IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| RODNEY D. PIERCE and MOSES MATTHEWS, <br><br> Plaintiffs, <br><br> v. <br><br> THE NORTH CAROLINA STATE BOARD OF ELECTIONS, ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections, JEFF CARMON III in his official capacity as Secretary of the North Carolina State Board of Elections, STACY "FOUR" EGGERS IV in his official capacity as a member of the North Carolina State Board of Elections, KEVIN N. LEWIS in his official capacity as a member of the North Carolina State Board of Elections, SIOBHAN O'DUFFY MILLEN in her official capacity as a member of the North Carolina State Board of Elections, PHILIP E. BERGER in his official capacity as President Pro Tem of the North Carolina Senate, and TIMOTHY K. MOORE in his official capacity as Speaker of the North Carolina House of Representatives, <br><br> Defendants. | Case No. 4:23-cv-00193-D |

**PLAINTIFFS' EMERGENCY MOTION FOR EXPEDITED BRIEFING AND DECISION ON FORTHCOMING MOTION FOR PRELIMINARY INJUNCTION**

For the reasons set forth in the accompanying memorandum in support, Plaintiffs Rodney D. Pierce and Moses Matthews respectfully request that the Court order an expedited schedule for briefing and decision on their forthcoming motion for a preliminary injunction, which will seek to enjoin use of Senate Districts 1 and 2 in the 2023 enacted map and order adoption of remedial districts which include a minority opportunity district comprised of Black Belt counties in

northeastern North Carolina. Specifically, Plaintiffs request the following schedule:

- Plaintiffs' motion for preliminary injunction, due **November 22, 2023**
- Defendants' response(s), due **November 27, 2023**
- Plaintiffs' reply, due **November 28, 2023**
- Oral argument, if any, on **November 29, 2023**

Although it would still be feasible and appropriate to grant a preliminary injunction and adopt a remedial map after candidate filing has begun under the 2023 enacted map, this proposed schedule would facilitate a decision on a preliminary injunction by **December 1, 2023**, which would allow for candidate filing to open in remedial districts without delay.

Wherefore, Plaintiffs respectfully request that the Court expedite briefing, argument, and decision on their forthcoming motion for preliminary injunction.

Dated: November 20, 2023　　　　　　　　Respectfully submitted,

| | |
|---|---|
| **ARNOLD & PORTER KAYE SCHOLER LLP** | **POYNER SPRUILL LLP** |
| R. Stanton Jones* <br> Elisabeth S. Theodore* <br> Samuel I. Ferenc* <br> 601 Massachusetts Ave. NW <br> Washington, DC 20001-3743 <br> 202.942.5000 <br> stanton.jones@arnoldporter.com <br> elisabeth.theodore@arnoldporter.com <br> sam.ferenc@arnoldporter.com | By: /s/ Edwin M. Speas, Jr. <br> Edwin M. Speas, Jr. <br> N.C. State Bar No. 4112 <br> P.O. Box 1801 <br> Raleigh, NC 27602-1801 <br> 919.783.6400 <br> ESpeas@poynerspruill.com <br><br> *Attorneys for Plaintiffs* <br> *\*Notices of Special Appearance forthcoming* |

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties registered in said system and also served via the following methods:

**Hand Delivery:**

    Hon. Tim Moore, Speaker of the House
    c/o Sam Hayes, Process Agent
    2304 Legislative Building
    16 W. Jones Street
    Raleigh, NC 27601

    Hon. Phil Berger
    President Pro Tempore of the North Carolina Senate
    c/o Joshua Yost, Process Agent
    2007 Legislative Building
    16 W. Jones Street
    Raleigh, NC 27601

**Via courtesy email to:**

    Phillip J. Strach
    Nelson Mullins
    phil.strach@nelsonmullins.com
    *On behalf of Defendants, Philip E. Berger and Timothy K. Moore*

    Paul Cox
    North Carolina State Board of Elections
    paul.cox@ncsbe.gov
    *On behalf of Defendants The North Carolina State Board of Elections, Alan Hirsch, Jeff Carmon III, Stacy "Four" Eggers IV, Kevin N. Lewis, and Siobhan O'Duffy Millen*

Dated: November 20, 2023

                                                By: /s/ Edwin M. Speas, Jr.
                                                      Edwin M. Speas, Jr.