Poyner Spruill LLP

Judge Dever
Attn: Case Manager
U.S. District Court,
Eastern District of North Carolina
310 New Bern Ave
Raleigh, NC 27601

December 11, 2023

RE: Pierce and Matthews v. The North Carolina State Board of Elections, et al.
(4:23-CV-193-D)

Dear Judge Dever:

We write on behalf of Plaintiffs in the above-captioned case to respectfully request clarification concerning the schedule for resolution of Plaintiffs' motion for a preliminary injunction, filed November 22, 2023. In particular, we wish to confirm that the motion will be decided in sufficient time for the aggrieved side to seek relief from the Fourth Circuit without a need to consider adjusting the March 2024 primary date.

Based on the denial of Plaintiffs' motion to expedite and the subsequent grant of Legislative Defendants' motion for an extension of time, all Defendants' responses to Plaintiffs' preliminary injunction motion are due Friday, December 22, 2023. To facilitate prompt resolution of the motion, Plaintiffs plan to file their reply brief (and any supporting materials) the following business day, Tuesday, December 26, 2023.

If this Court issues its decision on the motion by Friday, December 29, 2023, the aggrieved side will have time to seek emergency relief on appeal, such that the Fourth Circuit could conclusively settle the relevant district boundary in January 2024 without a need to consider moving the March 2024 primaries.

Plaintiffs appreciate that the Court has a heavy caseload, but this case is of extraordinary public importance, involving the voting rights of over a hundred thousand Black citizens in northeastern North Carolina's Black Belt counties. Respectfully, we submit that Plaintiffs' preliminary injunction motion -- which concerns only a single district boundary between two districts in the 2023 enacted Senate map -- should be decided here promptly to ensure the opportunity for timely review by the Fourth Circuit.

Accordingly, Plaintiffs respectfully request that the Court confirm, by December 14, 2023, that its decision on the preliminary injunction motion will issue by December 29, 2023.

We appreciate the Court's attention to this important matter.

Respectfully,

Edwin M. Speas, Jr.

WWW.POYNERSPRUILL.COM / RALEIGH / CHARLOTTE / ROCKY MOUNT / SOUTHERN PINES

301 Fayetteville Street, Suite 1900, Raleigh, NC 27601   P.O. Box 1801, Raleigh, NC 27602-1801   P: 919.783.6400

CC: Mary Carla Babb
mcbabb@ncdoj.gov
*Attorneys for Defendants The North Carolina State Board of Elections, Alan Hirsch, Jeff Carmon III, Stacy "Four" Eggers IV, Kevin N. Lewis, and Siobhan O'Duffy Millen*

Phillip J. Strach
phil.strach@nelsonmullins.com
Alyssa Riggins
alyssa.riggins@nelsonmullins.com
Cassie Holt
cassie.holt@nelsonmullins.com
Thomas A. Farr
tom.farr@nelsonmullins.com
*Attorneys for Defendants Philip E. Berger and Timothy K. Moore*