# Exhibit B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

RODNEY D. PIERCE and MOSES
MATTHEWS,

     Plaintiffs,

   v.

THE NORTH CAROLINA STATE BOARD
OF ELECTIONS, ALAN HIRSCH, in his
official capacity as Chair of the North Carolina
State Board of Elections, JEFF CARMON III
in his official capacity as Secretary of the
North Carolina State Board of Elections,
STACY "FOUR" EGGERS IV in his official
capacity as a member of the North Carolina
State Board of Elections, KEVIN N. LEWIS in
his official capacity as a member of the North
Carolina State Board of Elections, SIOBHAN
O'DUFFY MILLEN in her official capacity as
a member of the North Carolina State Board of
Elections, PHILIP E. BERGER in his official
capacity as President Pro Tem of the North
Carolina Senate, and TIMOTHY K. MOORE
in his official capacity as Speaker of the North
Carolina House of Representatives,

     Defendants.

No. 4:23-cv-193

## [PROPOSED] ORDER ON GOVERNOR ROY A. COOPER, III
## AND ATTORNEY GENERAL JOSHUA H. STEIN'S
## MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF
## IN SUPPORT OF PLAINTIFFS' MOTION
## FOR PRELIMINARY INJUNCTION

On December 12, 2023 Governor Roy A. Cooper, III and Attorney General Joshua H.

Stein moved for leave to file an amicus curiae brief in support of Plaintiffs' Motion for a

Preliminary Injunction.

IT IS HEREBEY ORDERED that the motion is GRANTED.

This the _____ day of _____, 20____.

_____
James C. Dever III
United States District Judge