IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:23-CV-193-D

| | | |
|---|---|---|
| RODNEY D. PIERCE and MOSES MATTHEWS, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | **ORDER** |
| THE NORTH CAROLINA STATE BOARD OF ELECTIONS, et al., | ) ) ) ) | |
| Defendants. | ) | |

The court has reviewed the order of the United States Court of Appeals for the Fourth Circuit dismissing appellants' appeal and reviewed the Fourth Circuit's judgment. Although the Fourth Circuit's judgment indicates that it will not issue its mandate for 21 days, this court is mindful of the time sensitive nature of the issues in this case. Thus, the court will proceed with the scheduled hearing on plaintiffs' motion for a preliminary injunction at 10:00 a.m. on Wednesday, January 10, 2024. The court also is aware of the severe weather on the East Coast and how that weather may disrupt air travel. Thus, any counsel in this case outside North Carolina may appear at tomorrow's hearing via videoconference technology. If counsel plans to do so, counsel should notify the court and contact Stephanie Mann at stephanie_mann@nced.uscourts.gov for technical information.

SO ORDERED. This 9 day of January, 2024.

JAMES C. DEVER III
United States District Judge