IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| RODNEY D. PIERCE and MOSES MATTHEWS, <br><br> Plaintiffs, <br><br> v. <br><br> THE NORTH CAROLINA STATE BOARD OF ELECTIONS, et al., <br><br> Defendants. | Case No. 4:23-cv-193-D |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Rodney D. Pierce and Moses Matthews appeal to the United States Court of Appeals for the Fourth Circuit from this Court's Order (D.E. 61) denying Plaintiffs' Motion for Preliminary Injunction (D.E. 16). *See* 28 U.S.C. § 1292(a)(1) (courts of appeals have jurisdiction of appeals from orders denying injunctions).

Dated: January 26, 2024

**POYNER SPRUILL LLP**

Edwin M. Speas, Jr.
N.C. State Bar No. 4112
espeas@poynerspruill.com
P.O. Box 1801
Raleigh, NC 27602-1801
919.783.6400

Respectfully submitted,

**ARNOLD & PORTER
  KAYE SCHOLER LLP**

By: /s/ R. Stanton Jones
R. Stanton Jones*
Stanton.Jones@arnoldporter.com
Elisabeth S. Theodore*
Elisabeth.Theodore@arnoldporter.com
Samuel I. Ferenc*
Sam.Ferenc@arnoldporter.com
601 Massachusetts Ave. NW
Washington, DC 20001-3743
202.942.5000

*Attorneys for Plaintiffs*

*Special Appearance

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties registered in said system.

Dated: January 26, 2024

                                                /s/ R. Stanton Jones
                                                R. Stanton Jones