FILED:  January 26, 2024

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————

No. 24-1095

(4:23-cv-00193-D-RN)

———————————

RODNEY D. PIERCE; MOSES MATTHEWS

        Plaintiffs - Appellants

v.

THE NORTH CAROLINA STATE BOARD OF ELECTIONS; ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; JEFF CARMON, III, in his official capacity as Secretary of the North Carolina State Board of Elections; STACY "FOUR" EGGERS, IV, in his official capacity as a member of the North Carolina State Board of Elections; KEVIN LEWIS, in his official capacity as a member of the North Carolina State Board of Elections; SIOBHAN MILLEN, in her official capacity as a member of the North Carolina State Board of Elections; PHILLIP E. BERGER, in his official capacity as President Pro Tem of the North Carolina Senate; TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives

        Defendants - Appellees

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Greenville |
| Originating Case Number | 4:23-cv-00193-D-RN |
| Date notice of appeal filed in originating court: | 01/26/2024 |
| Appellants | Rodney D. Pierce; Moses Matthews |

| Appellate Case Number | 24-1095 |
|---|---|
| Case Manager | Jeffrey S. Neal<br>804-916-2702 |