IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| RODNEY D. PIERCE; *et al.*,<br><br>      Plaintiffs,<br><br>    v.<br><br>THE NORTH CAROLINA STATE<br>BOARD OF ELECTIONS; *et al.*,<br><br>      Defendants. | Case No. 4:23-cv-193-D |

**JOINT NOTICE OF SUBMISSION OF PROPOSED SCHEDULING ORDERS**

    Pursuant to D.E. 61, 65, and 66, the parties jointly submit this Notice of Submission of Proposed Scheduling Orders within two business days of the issuance of an order by the United States Court of Appeals for the Fourth Circuit in No. 24-1095, *Pierce v. N.C. State Bd. of Elections*, on Thursday, March 28, 2024. The parties met and conferred and could not agree on a proposed schedule. As such, the parties provide the following:

    1.    Legislative Defendants' Proposed Schedule is attached hereto as **Exhibit 1.** Legislative Defendants submit that their Proposed Schedule allows the Court to properly consider endogenous elections, which this Court and the Fourth Circuit recognized are more probative than exogenous elections. [D.E. 61 at p. 31; D.E. 68 at pp. 27-28]. Legislative Defendants believe that Plaintiffs' proposed December 2, 2024 trial date would not provide sufficient time for the parties' experts to analyze the final election results from the November 2024 elections—the official certified results will not be final until after the Statewide canvass, which is most likely to be held

on or about November 26, 2024. Moreover, Legislative Defendants propose a trial date in the first week February 2025—approximately a year before primaries for the 2026 elections. Legislative Defendants' Proposed Schedule also contemplates Plaintiffs' expert reports to be served first, as Plaintiffs bear the burden of proof, and that deadline is over 8 weeks away from the date of this Notice.

2. Plaintiffs' Proposed Schedule is attached hereto as **Exhibit 2**. Plaintiffs submit that the Court should set trial no later than December 2024, which would allow the parties' experts to incorporate the results of the Districts 1 and 2 elections into their opinions. It is unnecessary and prejudicial to push out the trial date to February 2025 to allow for a second round of full blown expert reports and depositions. Given the realities of this litigation, potential appeals, and the need for remedial proceedings if Plaintiffs are successful, Plaintiffs anticipate that – under the schedule Legislative Defendants propose – Legislative Defendants may eventually argue that there is not enough time to afford relief in advance of 2026. Separately, Legislative Defendants' schedule is not reciprocal – they allot themselves 6 weeks to respond to Plaintiffs' expert reports, but they allot Plaintiffs only 3 weeks to respond to Legislative Defendants' expert reports, which may contain significant statistical analysis. The Court should order that all parties' opening expert reports, rebuttal expert reports, and reply reports are due on the same dates.

3. State Board Defendants have no objection to either Legislative Defendants' or Plaintiffs' Proposed Schedules.

Respectfully submitted, this the 1st day of April, 2024.

| **BAKER & HOSTETLER LLP** | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
|---|---|
| Richard B. Raile* <br> DC Bar No. 1015689 <br> Katherine L. McKnight* | By: /s/ Phillip J. Strach <br> Phillip J. Strach <br> North Carolina State Bar no. 29456 |

Trevor Stanley*
1050 Connecticut Ave. NW
Suite 1100
Washington DC 20036
Ph: (202) 861-1500
rraile@bakerlaw.com
kmcknight@bakerlaw.com
tstanley@bakerlaw.com

Rachel Hooper*
Texas State Bar no. 24039102
Tyler G. Doyle*
Texas State Bar no. 24072075
811 Main Street, Suite 1100
Houston, Texas 77002
Ph: (713) 751-1600
rhooper@bakerlaw.com
tgdoyle@bakerlaw.com

Patrick T. Lewis*
Ohio State Bar no. 0078314
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Ph: (216) 621-0200
plewis@bakerlaw.com

* *Appeared via Special Notice*

**NORTH CAROLINA
DEPARTMENT OF JUSTICE**

By:/s/ *Terence Steed (per email auth. 4.1.2024)*
 Terence Steed
 Special Deputy Attorney General
 N.C. State Bar No. 52809
 E-mail: tsteed@ncdoj.gov
 Mary Carla Babb
 Special Deputy Attorney General
 N.C. State Bar No. 25731
 mcbabb@ncdoj.gov
 N.C. Department of Justice
 P.O. Box 629
 Raleigh, NC 27602-0629
 Telephone: (919) 716-6567

*Attorneys for the State Board*

Thomas A. Farr
North Carolina State Bar no. 10871
Alyssa M. Riggins
North Carolina State Bar no. 52366
Cassie A. Holt
North Carolina State Bar no. 56505
Alexandra M. Bradley
North Carolina State Bar no. 54872
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800
phil.strach@nelsonmullins.com
tom.farr@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
cassie.holt@nelsonmullins.com
alex.bradley@nelsonmullins.com

*Attorneys for Legislative Defendants*

**ARNOLD & PORTER
    KAYE SCHOLER LLP**

By: /s/ *R. Stanton Jones*
    R. Stanton Jones*
    Stanton.Jones@arnoldporter.com
    Elisabeth S. Theodore*
    Elisabeth.Theodore@arnoldporter.com
    Samuel I. Ferenc*
    Sam.Ferenc@arnoldporter.com
    601 Massachusetts Ave. NW
    Washington, DC 20001-3743
    202.942.5000

**POYNER SPRUILL LLP**

    Edwin M. Speas, Jr.
    N.C. State Bar No. 4112
    espeas@poynerspruill.com
    P.O. Box 1801
    Raleigh, NC 27602-1801
    919.783.6400

*Attorneys for Plaintiffs*
**Special Appearance*

# CERTIFICATE OF SERVICE

I, Phillip J. Strach, hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will provide electronic notification to counsel of record.

This the 1st day of April, 2024.

                                            **NELSON MULLINS RILEY & SCARBOROUGH LLP**

                                            /s/ Phillip J. Strach
                                            Phillip J. Strach
                                            N.C. State Bar No. 29456