# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

RODNEY D. PIERCE; *et al.*,

    Plaintiffs,

v.

THE NORTH CAROLINA STATE
BOARD OF ELECTIONS; *et al.*,

    Defendants.

Case No. 4:23-cv-193-D

## [LEGISLATIVE DEFENDANTS' PROPOSED] SCHEDULING ORDER

Unless otherwise modified by this Court, the following deadlines shall apply in the above-captioned matter:

1. Deadline for the parties to conduct Rule 26(f) conference: **April 12, 2024**

2. Deadline for Rule 26 Initial Disclosures: **April 26, 2024**

3. Deadline for Plaintiffs' expert disclosure/reports: **May 31, 2024**

4. Deadline for Defendants' expert disclosure/reports: **July 12, 2024**

5. Deadline for Plaintiffs' rebuttal expert reports: **August 2, 2024**

6. Deadline for Defendants' rebuttal report for any new experts disclosed by Plaintiffs on August 2, 2024: **August 16, 2024**

7. Deadline to complete expert depositions: **August 30, 2024**

8. Deadline to complete all discovery: **September 13, 2024**

9. Deadline to file dispositive motions/ motions in limine, if any: **October 1, 2024**

10. Deadline to respond to dispositive motions/ motions in limine, if any: **October 22, 2024**

11. Deadline to reply to dispositive motions/ motions in limine, if any: **November 1, 2024**

12. Deadline to exchange pretrial disclosures required under Fed. R. Civ. P. 26(a)(3) and the Local Rules, as well as deposition designations, if any: **November 22, 2024**

13. Deadline to exchange any objections listed in Fed. R. Civ. P. 26(a)(3), and counter deposition designations, if any: **December 11, 2024**

14. Deadline to file final pretrial order: **December 20, 2024**

15. Deadline for RPV Experts to Supplement Reports with data from November 2024 Election (all parties-simultaneous exchange): **January 9, 2025**

16. Deadline for Rebuttals to RPV Expert Supplemental Reports disclosed on January 9 (all parties-simultaneous exchange): **January 16, 2025**

17. Deadline for Supplemental depositions on Supplemental RPV Reports (limit 3 hours): **January 24, 2025**

18. Final Pre-trial Conference: Week of January 20, 2025

19. Trial starting February 3, 2025, and lasting no more than five days.

20. Deadline to file proposed findings and fact and conclusions of law: 3 weeks after the conclusion of trial.