# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

RODNEY D. PIERCE, *et al.*,

    Plaintiffs,

v.

THE NORTH CAROLINA STATE
BOARD OF ELECTIONS, *et al.*,

    Defendants.

Case No. 4:23-cv-193-D

**[PLAINTIFFS' PROPOSED] SCHEDULING ORDER**

Unless otherwise modified by this Court, the following deadlines shall apply in the above-captioned matter:

1. Parties to conduct Rule 26(f) conference: **April 12, 2024**

2. Deadline to exchange Rule 26(a) initial disclosures: **April 26, 2024**

3. Deadline for all parties' opening expert reports: **May 31, 2024**

4. Deadline for all parties' responsive expert reports: **July 12, 2024**

5. Deadline for all parties' reply expert reports: **August 2, 2024**

6. Deadline for all parties' sur-reply expert reports: **August 16, 2024** (a party may only submit a sur-reply report if an opposing party submits a reply report by a new expert)

7. Deadline to complete expert depositions: **August 30, 2024**

8. Deadline to complete all discovery: **August 30, 2024**

9. Deadline to file dispositive motions/motions in limine, if any: **September 20, 2024**

10. Deadline to respond to dispositive motions/motions in limine, if any: **October 4, 2024**

11. Deadline to reply to dispositive motions/motions in limine, if any: **October 11, 2024**

12. Deadline to exchange pretrial disclosures required under FRCP 26(a)(3): **October 18, 2024**

13. Deadline to exchange any objections listed in FRCP 26(a)(3): **October 25, 2024**

14. Deadline to file final pretrial order: **November 1, 2024**

15. Final pretrial conference: **Week of November 18 or 25, 2024**, or at the Court's convenience

16. Simultaneous exchange of supplemental racially polarized voting reports with data from November 2024 election: **November 25, 2024**

17. Trial: Starting **December 2, 2024** (lasting no more than 5 days)

18. Deadline to file proposed findings and fact and conclusions of law: three weeks after the conclusion of trial.

2

Case 4:23-cv-00193-D-RN   Document 70-2   Filed 04/01/24   Page 3 of 3