FILED: April 12, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1095
(4:23-cv-00193-D-RN)

_____

RODNEY D. PIERCE; MOSES MATTHEWS

        Plaintiffs - Appellants

v.

THE NORTH CAROLINA STATE BOARD OF ELECTIONS; ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; JEFF CARMON, III, in his official capacity as Secretary of the North Carolina State Board of Elections; STACY "FOUR" EGGERS, IV, in his official capacity as a member of the North Carolina State Board of Elections; KEVIN LEWIS, in his official capacity as a member of the North Carolina State Board of Elections; SIOBHAN MILLEN, in her official capacity as a member of the North Carolina State Board of Elections; PHILLIP E. BERGER, in his official capacity as President Pro Tem of the North Carolina Senate; TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives

        Defendants - Appellees

------------------------------

ROY A. COOPER, III; JOSHUA STEIN

        Amici Supporting Appellants

_____

TEMPORARY STAY OF MANDATE

_____

Under Fed. R. App. P. 41(b), the filing of a timely petition for rehearing or rehearing en banc stays the mandate until the court has ruled on the petition. In accordance with Rule 41(b), the mandate is stayed pending further order of this court.

<em>/s/Nwamaka Anowi, Clerk</em>