**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION**

| | |
|---|---|
| RODNEY D. PIERCE and<br>MOSES MATTHEWS,<br><br>               Plaintiffs,<br><br>    v.<br><br>THE NORTH CAROLINA STATE BOARD<br>OF ELECTIONS, *et al.*,<br><br>               Defendants. | Case No. 4:23-cv-193-D |

## LEGISLATIVE DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE "DEMONSTRATION DISTRICT E" AND RELATED EXPERT OPINION

NOW COME Defendants, Philip E. Berger, in his official capacity as President Pro Tem of the North Carolina Senate, and Timothy K. Moore, in his official capacity as Speaker of the North Carolina House of Representatives (the "Legislative Defendants"), by counsel, and respectfully move this Court for the entry of an order *in limine* excluding "Demonstration District E" and related expert opinion by Plaintiffs' experts from trial in this matter.

WHEREFORE, for the reasons set forth in the accompanying memorandum in support, which is incorporated herein by this reference, Legislative Defendants seek an order that:

A.      Strikes all references to Demonstration District E from the August 30, 2024, expert reports of Plaintiffs' experts, Blakeman Esselstyn, Jonathan Mattingly, Ph.D., and Loren Collingwood, Ph.D.;

B.      Precludes Plaintiffs from offering any opinions or evidence at trial of this matter concerning Demonstration District E; and

C.      For any further relief as this Court deems just and proper.

Respectfully submitted, this the 18th day of October, 2024.

**BAKER & HOSTETLER LLP**

Richard B. Raile*
DC Bar No. 1015689
Katherine L. McKnight*
Trevor Stanley*
1050 Connecticut Ave. NW, Suite 1100
Washington DC 20036
Ph: (202) 861-1500
rraile@bakerlaw.com
kmcknight@bakerlaw.com
tstanley@bakerlaw.com

Patrick T. Lewis*
Ohio State Bar no. 0078314
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Ph: (216) 621-0200
plewis@bakerlaw.com

Erika Dackin Prouty*
Ohio State Bar No. 0095821
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
(614) 462-4710
eprouty@bakerlaw.com

Rachel Hooper*
Texas State Bar no. 24039102
Tyler G. Doyle*
Texas State Bar no. 24072075
811 Main Street, Suite 1100
Houston, Texas 77002
Ph: (713) 751-1600
rhooper@bakerlaw.com
tgdoyle@bakerlaw.com

*Appeared via Special Notice*

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: /s/ Phillip J. Strach
    Phillip J. Strach
    North Carolina State Bar no. 29456
    Alyssa M. Riggins
    North Carolina State Bar no. 52366
    Cassie A. Holt
    North Carolina State Bar no. 56505
    Jordan Koonts
    North Carolina State Bar no. 59363
    301 Hillsborough Street, Suite 1400
    Raleigh, North Carolina 27603
    Ph: (919) 329-3800
    phil.strach@nelsonmullins.com
    alyssa.riggins@nelsonmullins.com
    cassie.holt@nelsonmullins.com
    jordan.koonts@nelsonmullins.com

*Attorneys for Legislative Defendants*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the forgoing document was filed on the Court's electronic case filing

system, and that notice of the filing will be served on all counsel of record by the Court's system.

Copies of this filing are available via the Court's system.

This the 18th day of October, 2024.

**NELSON MULLINS RILEY &
SCARBOROUGH LLP**

By: /s/ Phillip J. Strach
        Phillip J. Strach
        North Carolina State Bar no. 29456