# Exhibit 3



# Transcript of Dr. Jonathan Mattingly

**Date:** September 27, 2024
**Case:** Pierce, et al. -v- The North Carolina State Board of Elections, et al.

**Planet Depos**
**Phone:** 888.433.3767 **| Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

**Page 1**

```
            IN THE UNITED STATES DISTRICT COURT

         IN THE EASTERN DISTRICT OF NORTH CAROLINA

                     EASTERN DIVISION

------------------------------------------------X

RODNEY D. PIERCE AND
MOSES MATTHEWS,
                     Plaintiffs,

                     CASE.: 4:23-CV-00193-D

     -against-


THE NORTH CAROLINA STATE BOARD
OF ELECTIONS, et al.,
                          Defendants.

------------------------------------------------X


                    DEPOSITION OF

                DR. JONATHAN MATTINGLY

                  NEW YORK, NEW YORK

                  September 27, 2024


REPORTED BY:  KIARA MILLER

FILE NO.:  553256
```

**Page 2**

```
            IN THE UNITED STATES DISTRICT COURT

         IN THE EASTERN DISTRICT OF NORTH CAROLINA

                     EASTERN DIVISION

------------------------------------------------X

RODNEY D. PIERCE AND
MOSES MATTHEWS,
                     Plaintiffs,

                     CASE.: 4:23-CV-00193-D

     -against-


THE NORTH CAROLINA STATE BOARD
OF ELECTIONS, et al.,
                          Defendants.

------------------------------------------------X


        Deposition of DR. JONATHAN MATTINGLY, taken on

        behalf of PLAINTIFFS, at 250 West 55th Street,

        New York, New York, commencing at 10:00 a.m.,

        September 27, 2024, before Kiara Miller.
```

**Page 3**

```
A P P E A R A N C E S :


ON BEHALF OF PLAINTIFFS:

            BAKER & HOSTETLER, LLP
            1050 Connecticut Avenue NW, Suite 1100
            Washington, DC 20036

            EMAIL: MMCKNIGHT@BAKERLAW.COM
                   PSTRACH@BAKERLAW.COM

            BY:    KATHERINE L. MCKNIGHT, ESQ.
                   PHILLIP STRACH, ESQ.

ON BEHALF OF DEFENDANTS:

            ARNOLD, PORTER, KAYE & SCHOLER, LLP
            601 Massachusetts Avenue NW
            Washington, D.C. 20001

            EMAIL: ELISABETH.THEODORE@ARNOLDPORTER.COM

            BY:   ELISABETH S. THEODORE, ESQ.
```

**Page 4**

DR. JONATHAN MATTINGLY, after having first been duly
sworn by a Notary Public of the State of New York,
was examined and testified as follows:

    COURT REPORTER:  Please state your
name and address for the record.

    THE WITNESS:  My name is Jonathan
Christopher Mattingly.  And my address
is 304 East Gear Street, Durham,
North Carolina 27701.

EXAMINATION BY

MR. STRACH:

Q  Good morning.

**A  Hi.**

Q  Dr. Mattingly, good to see you again.
We've spent some time together over the
years.  And good to see you, Elizabeth.

    So today we're taking your deposition in
a case styled as Pierce et al., versus State
Board of Elections, are you aware of that?

**A  I believe so.  I actually forget the
whole name, but Pierce is correct.**

Q  Pierce is right.  Okay, good.
And you gave your name to the court
reporter.

    Have you ever gone by any other name?

---

5

1  A   I have not.
2  Q   Okay.  The address you gave the court
3  reporter, is that your current address?
4  A   That's my current permanent address.
5  Q   And you're in New York City, tell me
6  what you're up in New York City for, other
7  than this deposition?
8  A   I'm on sabbatical visiting NYU.
9  Q   From Duke?
10 A   From Duke, that's right.
11 Q   And when did it start and when will it
12 end?
13 A   Started the sabbatical or my stay in New
14 York?
15 Q   The sabbatical.
16 A   The sabbatical started I think beginning
17 of fiscal year, so July 1st 2024 and will end
18 June 31, 2025.
19 Q   Of next year, okay, all right?
20 A   But I'm not the CPA.  I'm not the -- I
21 don't know exactly legally, but that's my
22 recollection.
23 Q   Gotcha.  You may be aware this case is
24 going to trial in February of next year?
25 A   That's correct.

---

6

1  Q   So will you be able to come down to
2  Raleigh --
3  A   Yes, I will.  I'm actually returning
4  regularly to North Carolina.  I'll be, yeah, I
5  go off and on.
6  Q   All right.  I know you've been deposed
7  before, but I'm trying to remember, have you
8  been deposed in the last two years?
9  A   That's a trick question.  I don't
10 remember.
11 Q   So '22 to '24?
12 A   Have I been deposed in the last
13 two years, my guess would be yes, but I could
14 be wrong.  Maybe not.  I think it was your
15 firm who last deposed me.  So you will
16 remember better when that was.
17 Q   So you know the rules.  So you're under
18 oath today.  To make the court reporter's
19 life easier, try not talking over each other.
20 I'll get the question out, you answer and
21 I'll try not to interrupt you.
22     If there's something you don't
23 understand about a question, let me know;
24 cause I'm not perfect, so I can ask dumb
25 questions sometimes, so let me know if you

---

7

1  think it's confusing.
2      If you need to take break, obviously,
3  let us know, we'll take a break.
4      Is there anything medication wise or
5  anything that would prevent you from
6  answering questions completely today?
7  A   Not to my knowledge, no, no.  Sorry
8  we're very far apart from each other today.
9  Q   You will have to speak up, we are good
10 ways away from each other in this room?
11 A   I will.
12 Q   You were retained by the plaintiff's in
13 this case as an expert; is that right?
14 A   Yes.
15 Q   Who retained you in particular?
16 A   Elizabeth Theodore.
17 Q   With the law firm of Arnold Porter?
18 A   Yes.
19 Q   Do you recall when you were first
20 retained for the Pierce case?
21 A   I believe they first reached out to me
22 in spring of this year.
23 Q   Of 2024?
24 A   Correct.
25 Q   Okay.  Do you recall which specific

---

8

1  districts are being challenged in this case?
2  A   To be honest, I'm not really privy to
3  all those details of the case.  I was really
4  asked to evaluate some things about how an
5  algorithm I had written behaved in certain
6  cases, so I actually don't know.
7  Q   All right.  What were you asked to
8  provide an expert opinion on, in this case?
9  A   I was asked to run a piece of software
10 that my group had written that implemented
11 the procedure outlawed in a couple of court
12 cases, I'll refer to as Stevenson, and how
13 that algorithm behaved under various
14 situations.
15 Q   When you say your group, who's in your
16 group?
17 A   It fluctuates over time.  It's just a
18 number of people at Duke who write papers
19 with me.
20 Q   Are they professors, students, who?
21 A   A mixture of the two and post docs, who
22 are actually essentially professors.
23 Q   Are there any names you can recall right
24 now that helped you in particular with this
25 project?

## 9

1  A   Yeah, as stated in my report.  Gregory
2  Herschlag.
3  Q   And Mr. Herschlag is he at Duke also?
4  A   Dr. Herschlag, he's an associate
5  professor at Duke.
6  Q   At Duke, okay.
7      And what specifically was his role in
8  helping you formulate the opinions that you
9  gave in this case?
10 A   He did some of the data processing and
11 some of the data manipulation and assisted
12 with running some of the runs of the
13 algorithm, but we discussed everything and...
14 Q   Did he help you develop the actual
15 algorithm itself?
16 A   Yes.  Yeah, we really just implemented
17 the algorithm that the Court laid out and
18 that was written in a paper that we wrote in,
19 2000 -- I don't remember when we wrote it, it
20 was finally published in 2019, but I can
21 double check that if it's important.
22 Q   What's your rate of compensation in this
23 case?
24 A   I think $400 an hour.
25 Q   Okay.  All right.

## 10

1      Do you know what fields you're being
2  offered as an expert in?
3  A   I don't know exactly what will be
4  submitted to the court.  I mean, I was asked
5  to give my, give my understanding of what the
6  algorithm that we wrote would output in
7  certain -- in various cases.  That was really
8  the scope of my report.
9  Q   Right.  Do you consider yourself an
10 expert in redistricting?
11 A   That's a very -- I would probably say
12 no.  Yes, in certain parts of it and other
13 parts of it, no.  In this case, I was really
14 asked to talk about this algorithm.
15 Q   Do you consider yourself an expert
16 regarding census data?
17 A   I use census data in my work.  It's not
18 my primary field of study.
19 Q   Do you consider yourself an expert on
20 the Voting Rights Act?
21 A   No.
22 Q   Do you consider yourself an expert in
23 mathematics?
24 A   Parts of mathematics.
25 Q   Which parts?

## 11

1  A   I -- the problem is if I give a very
2  large statement.  I mean, I'm particularly an
3  expert in stochastic analysis.  Random
4  dynamical systems.  Random algorithms.  Fluid
5  mechanics.  Approximate basing calculations.
6  Kind of applied mathematical biology.  Some
7  corners of mathematical biology.  I'm sure
8  there's something I forgot.
9  Q   Do you consider yourself an expert in
10 statics in particular?
11 A   Certain parts of statistics I'm only
12 knowledgable in.
13 Q   Which parts are those?
14 A   The parts I just mentioned.
15 Q   Okay.  Do you consider yourself an
16 expert in coding software called Python?
17 A   I think I have -- I'm very competent in
18 it, I don't know quite where I fit the bar to
19 be an expert in Python. I'm a very heavy
20 user.
21 Q   Did you use Python in any of your work
22 with this case?
23 A   Yes.
24 Q   In what way, in general, I have very
25 little knowledge of Python?

## 12

1  A   On this particular algorithm, this
2  instance of it was written in Python and all
3  of the graphical output, I think all of it,
4  was generated in Python, at least a large
5  amount of it was done in Python.  Python was
6  used for the data cleaning although maybe
7  there was some data cleaning done in Julia.
8  Q   And what's Julia?
9  A   Julia is another programming language.
10 Q   Is there any particular reason why you
11 used Python for this project?
12 A   It was the language we had already
13 written, the algorithm we released publicly
14 in 2019.
15 Q   Okay.
16 A   And Python is particularly good at
17 cleaning data.
18 Q   Okay.  Good.  All right.
19     So today we're going to primarily go
20 through your two reports, do you recall
21 submitting two reports in this case?
22 A   Yes.
23 Q   Okay.  And so we're going to go through
24 those.  And promise not going to be long.  I
25 think it could be longer, but as it turns

13

1  out it's not going to be that long.
2  Elizabeth will know more about that than I
3  do. All right.
4      So we're a long ways from each other.
5          (Whereupon, Expert Report of Dr.
6          Jonathan Mattingly was marked as
7          Exhibit 1 for identification as
8          of this date.)
9          (Whereupon, Rebuttal Expert
10         Report of Dr. Jonathan Mattingly
11         was marked as Exhibit 2 for
12         identification as of this date.)
13 Q   We've marked those as 1 and 2. If you
14 look at Exhibit 1, Dr. Mattingly. I don't
15 see a date anywhere in here, although I could
16 be wrong, but do you recall submitting this
17 on or around May 31 of this year?
18 A   I think if you look on the last page, my
19 bet is that it's on the last page, but let's
20 double check.
21      Yes. Executed May 31, 2000 -- It's on
22 the very last page. I apologize, the pages
23 somehow are not numbered.
24 Q   What page are you looking at?
25 A   That's exactly the point. They're not

14

1  numbered unfortunately, I apologize. If you
2  look halfway through the next page where
3  Appendix 1 starts, it's the last page before
4  Appendix 1.
5      Do you mind if I just write numbers on
6  them for our benefit right now?
7  Q   Yeah, fine with me.
8  A   It may simplify our conversations.
9  Q   Oh, I see. All right. So you submitted
10 this report on May 31, correct?
11 A   Correct.
12      That's Page 10, by the way.
13 Q   Are you aware that you had until July 16
14 to actually submit this report?
15 A   I was not aware.
16 Q   Okay. So you submitted this on May 31,
17 but then did not update it in any way before
18 July 16th?
19 A   I submitted the report you have in front
20 of me, that's all I submitted until I
21 submitted this rebuttal report.
22 Q   And then you submitted the rebuttal
23 report and put the date at the top as
24 August 30?
25 A   Yes. I believe that's correct.

15

1  Q   So in drafting either one of these
2  reports Exhibits 1 and Exhibit 2, did you
3  rely on any sources other than those
4  identified in the report and the appendices?
5  A   I'm not quite sure what you mean by
6  sources. I mean, I'm sure I looked up code
7  that I had written previously or how to do
8  something in Python, but I mean, I would say,
9  I mean, there's also quotes from the reports
10 from cases and things like that in here.
11      But I don't, as I understand what you
12 mean by sources, the answer is no, but I'm
13 not 100 percent sure.
14 Q   Okay. all right.
15      And do you intend to offer any expert
16 opinions in this case other than what are
17 offered in these two reports?
18 A   I don't believe so.
19 Q   Okay. And your CV was attached to the
20 May 31 report, correct?
21 A   Yes. I see it at the end.
22 Q   Is there anything that should be updated
23 as of today on the CV?
24 A   I don't think there is anything
25 substantive to this proceeding.

16

1  Q   Okay.
2  A   I am constantly giving talks and
3  visiting. For instance, NYU is not listed as
4  current academic position, visiting academic
5  position, but if you ask me for a copy today,
6  it would have that on it.
7  Q   Okay. Are any of the lectures that you
8  give at NYU related to redistricting?
9  A   I have not given one yet. There's a
10 chance that I may give one in the future
11 about the mathematical aspects of my work.
12 Q   Okay. And it looks like on the second
13 page of your CV it lists prior services as an
14 expert, Harper V Moore, et cetera.
15      Do you see that?
16 A   Yes.
17 Q   Are there any other cases that should be
18 added to that?
19 A   I don't think there's anything that's,
20 that I filed with the court at the moment. I
21 don't think there's anything that's been
22 filed that I've, no.
23 Q   Okay. So there may be cases that you
24 haven't submitted a report yet?
25 A   That's correct.

17

1 Q   That you may be involved in?
2 **A   Yes.**
3 Q   Have any of these courts, many of which
4 are North Carolina, but not all, have they
5 ever excluded any of your opinions?
6 **A   Not to my knowledge.**
7 Q   All right.  Have they ever denied credit
8 or given weight to any of your opinions?
9 **A   Not to my knowledge.**
10 Q   The Diamond V. Torres case, what's the
11 nature of that case?
12 **A   I'm a little worried about why that's**
13 **there.  I'm trying to remember what that was**
14 **at all actually.  To be honest, I was looking**
15 **at that myself and I was trying to remember**
16 **why that's there.  I'm worried that might be**
17 **a typo.  Copied from something, but I don't**
18 **actually remember right now.  I'd have to go**
19 **look it up, presumably these are in**
20 **alphabetical order, historical order, so you**
21 **picked the oldest one.**
22 Q   It looks like this was the filed in
23 2017, probably?
24 **A   Yeah.**
25 Q   Okay.  So Dr. Mattingly, do you have any

18

1 experience actually drawing the districting
2 maps?
3 **A   Would you clarify your question.**
4 Q   So outside of using algorithms, have you
5 ever sat down and used, let's say Maptitude
6 to actually draw districts in any map?
7 **A   A few times I've drawn a district to**
8 **start it for an initial condition for a run,**
9 **other than things like that or for a**
10 **demonstration in a class.**
11 Q   To the extent you've ever drawn
12 districts, have you used Maptitude or some
13 other software?
14 **A   I've never used Maptitude.**
15 Q   All right.
16 **A   I think I may have used data districting**
17 **early on, but most often I just do it**
18 **directly in Python.**
19 Q   Have you ever been asked to draw maps
20 for a government entity?
21 **A   At various times that court I believe**
22 **requested me to draw maps to give opinions on**
23 **various things.**
24 Q   Right.  But have you ever been hired by
25 a municipality, a state, et cetera, to draw

19

1 maps?
2 **A   No.**
3 Q   And so outside of your work as an
4 expert, have you ever been engaged by a
5 private group or individual to draw maps?
6 **A   No.**
7 Q   The North Carolina legislature in 2023,
8 drew new maps, which are the subject of this
9 litigation, do you recall that?
10 **A   Yes.**
11 Q   All right.  In connection with that
12 process, did you proposed any maps?
13 **A   No.**
14 Q   Okay.  In 2023, did you contact any
15 legislatures, republican or democrat, about
16 the maps?
17 **A   Oh, that's a good question.  There may**
18 **have been a chance at some point, in some**
19 **portal I put something in about us wishing**
20 **that they would study the effects of the maps**
21 **they drew, or something like that, but I**
22 **didn't propose any particular map.**
23 Q   Outside of any writings that you may
24 have made, articles, et cetera, did you ever
25 get on a phone call with a North Carolina

20

1 legislator?
2 **A   I've certainly talked with people in the**
3 **legislature who contacted me about questions**
4 **about things, yes, but I've never called them**
5 **to give them an opinion about a map, if**
6 **that's what you're asking me.**
7 Q   Do you recall who from the legislatures
8 has called you in the past?
9 **A   I think -- I'm really bad with names.**
10 **So if I have to think, I'm sorry.**
11 Q   That's all right.
12 **A   At various times -- what's her name who**
13 **ran, she's -- I mean, at various times, I'm**
14 **sorry I'm really drawing a blank on some**
15 **names right now.  I think somebody -- I gave**
16 **once a talk explaining this -- this piece of**
17 **software once to people and there were people**
18 **on the phone.  I can't remember his name**
19 **right now.  I think Dan Blue might have been**
20 **there.  The person who I'm really trying to**
21 **remember, what's her name, anyway she's a**
22 **state Senator.**
23 Q   Do you remember talkings with somebody
24 named Pricey Harrison?
25 **A   No.  I don't.**

21

1    I talk to people when I run into them at
2  various things, right.
3    There was definitely a time when I went
4  to watch the drawing of the maps when they
5  had those late night session in the
6  legislature. I went over just to watch and I
7  talked to many legislatures or they
8  introduced themselves from both parties and
9  chatted with them.
10 Q    Was that in 2019 where they had the
11 committee room open --
12 A    Exactly, yeah, for sure.
13 Q    Did you ever talk to a fellow by the
14 name of Robert Reeves?
15 A    I don't believe so, but as I said, I
16 really lose names quickly, to the best of my
17 recollection, no.
18 Q    Okay. What about Natasha Marcus?
19 A    Oh, there's actually one other thing I
20 should mention. I did talk to some
21 federal -- the office of one of our
22 representatives about analyzing maps,
23 congressional maps across the country.
24    Again, what's his name? I think he's
25 District 13 right now, the one who's not

22

1  standing for reelection.
2  Q    Jeff Jackson?
3  A    No. Not Jeff Jackson. Maybe it's not
4  13. It's...
5  Q    Oh, was it Wiley Nickels?
6  A    Yes, Wiley Nickels. Yes, I never talked
7  to him. I've talked to some people from his
8  office.
9  Q    All right. Did you ever talk to a lady
10 by the name of Lisa Grafstein?
11 A    Not to my recollection.
12 Q    Okay. All right. We will -- I'm going
13 to hand you an article that you wrote. I'm
14 going to ask you just a few questions about
15 that.
16 A    Sure.
17    (Whereupon, Article "Quantifying
18    Gerrymandering" was marked as
19    Exhibit 3 for identification as
20    of this date.)
21 Q    So this is Exhibit 3, Dr. Mattingly.
22    Do you recognize this article?
23 A    This is a post from our blog I believe,
24 from our online blog.
25 Q    And did you author this?

23

1  A    Along with Greg Herschlag.
2  Q    Okay. And my read of this article is
3  that your contention was that the maps
4  introduced in 2023 were, "Gerrymandered along
5  part of the lines"?
6  A    I think the article is about them being
7  less responsive. And gerrymandering, that's
8  true.
9  Q    Okay.
10 A    But particularly less responsive I think
11 was the thrust of this article.
12 Q    And you were saying they were less
13 responsive than the maps from 2021?
14 A    Okay. This was a little while ago. I'd
15 have to look and see exactly. Can I just
16 take a moment to look over this?
17 Q    Yes, please.
18 A    Okay. What was your question, again?
19 Q    Correct me if I'm wrong, I think this
20 article, blog, post, whatever, is focused on
21 the congressional map that was proposed
22 in 2023; is that right?
23 A    It seems to both have congressional at
24 the beginning, and the last two sections, one
25 seems to be state house and one seems to be

24

1  state senate.
2  Q    Okay.
3  A    Because one of them is 120 seats and one
4  of them has on the order of 50.
5  Q    All right. And at least with regard to
6  the congressional map that was proposed
7  in 2023, it looks to me like you're comparing
8  it to the court ordered 2022 map?
9  A    I think what we're comparing it to is
10 the map used in the elections, in the
11 previous elections.
12 Q    Right. Which would have been a 2022
13 map?
14 A    Right. We're using -- comparing it to
15 the one that was proposed for the next
16 elections to the one that was used in the
17 previous election.
18 Q    All right. And you understand that
19 the 2022 map, which was used in 2022
20 elections, was drawn by the court's special
21 masters?
22 A    At least in the part, yes.
23 Q    Okay. Did you make any attempt to
24 compare the 2023 proposed congressional map
25 to the map that was enacted in 2021?

---

25

1  A   The map that was used in 2021?  I mean,
2  it wasn't used, right?
3  Q   That's right.
4  A   I mean, I don't -- I don't believe.
5  It's a little hard because these are actually
6  movies that you have there.  These plots are
7  movies and the movies, I can't run them on
8  the paper.  So I can't quite see what all
9  those labels are.
10     Let's see.  Let me just look here.
11     There's the remedial map -- oh, yes.
12  The overturn map is the one -- the one that
13  was overturned is the one in purple.
14     You asked -- if you look on page, that's
15  not numbered because it's just a blog post,
16  so I believe it's the third page.
17  Q   Oh, I see, okay.
18     So you're saying on Page 2, these
19  movies, these videos, the point you were
20  making there, as I read it, was that the 2023
21  proposed map was less responsive than
22  the 2022 map that was used in the election?
23  A   Yes.
24  Q   Okay.  Did any of this analysis take
25  into account whether or not the special

---

26

1  master drawing in the 2022 map had actually
2  attempted to favor democrats over
3  republicans?
4     MS. THEODORE:  Objection to form.
5  A   I'm not aware that they did do that.
6  Q   All right.
7  A   I mean, these are studies of the maps.
8  Q   Okay.  You didn't do any analysis of
9  whether the 2022 maps drawn by the special
10  masters actually favored democrats over
11  republicans as compared to the 2021 map?
12  A   The main question here was whether --
13  two questions are answered here.
14     One of them was whether the maps were
15  responsive, and the answer to the question
16  was that they were not response, the
17  overturned maps; that is to say when the
18  electorate changed its opinions, the maps did
19  not change outcomes.  And the remedial maps
20  did have that property and they tracked well
21  from what we saw from a unbiased distribution
22  created by our ensemble.
23  Q   All right.  When you say the electorate
24  changed their opinion, how you do measure
25  that?

---

27

1  A   Comparing different elections that have
2  different -- that express, you know,
3  different types of preferences.
4  Q   So you're just looking at election data?
5  A   Yeah.  Well, election data and some
6  modeling of this election data.  It depends
7  on which plot you're talking about.
8  Q   All right.  Now, in this Exhibit 3, this
9  blog post that you wrote in October of 2023,
10  you did not express any opinion in this
11  article that the proposed maps were any sort
12  of racial gerrymander, did you?
13     MS. THEODORE:  Objection to form.
14  A   We were just studying the maps as given.
15  Q   Right.  And you didn't draw any
16  conclusions about the effect on race in the
17  maps, correct?
18  A   We just studied whether they were
19  responsive and how they responded to our
20  ensemble.
21  Q   So the answer is you did not make any
22  conclusion about the race?
23  A   We didn't speak directly about race.  I
24  can't remember whether this ensemble had or
25  had not any information.

---

28

1  Q   Right.  Okay.  And as I read the blog
2  post, I don't see anything in here where you
3  criticize the legislature for not using
4  racial data; is that correct?
5  A   The scope of this was only about whether
6  it was a responsive map and how it compared
7  to the previous maps.
8  Q   All right.  And when you say
9  "responsive," do you mean partisan?  What do
10  you mean by "responsive"?
11  A   No.  I think it goes to the idea that if
12  there's a change in opinion in election,
13  sometimes parties who are -- the people who
14  are elected should change.
15  Q   So when you say a change in the
16  opinion --
17  A   It's a nonpartisan idea.  It just says
18  when the elections are heavily for one party
19  and then heavily for another party, when
20  those swings happen, there should, at least
21  to some of the seats, should be a change in
22  the outcome of the election.  So the maps
23  should be measuring the votes of, you know,
24  the will of the people, if you will.
25  Q   All right.  But what that boils down to

---

**29**

1  ultimately is the partisan breakdown of how
2  people vote, right?
3  **A  Um-hmm. It breaks down to whether when**
4  **it swings from favoring one party to the**
5  **other party, should there be a change in**
6  **who's elected.**
7  Q  All right. Okay. So responsiveness, at
8  the end of the day, measures swings in
9  partisanship among voters?
10  MS. THEODORE: Objection to form.
11  **A  I wouldn't say that. It measures**
12  **whether the maps respect those swings.**
13  Q  All right. But it assumes that voters
14  are -- voters are voting differently with
15  regard to partisanship in one election versus
16  another?
17  MS. THEODORE: Objection to form.
18  **A  It doesn't assume anything. It just**
19  **takes different elections and they have**
20  **certain structures about where people voted,**
21  **how they voted, which parties they voted for.**
22  **And the geography of those patterns, and then**
23  **it looks across those patterns and sees how.**
24  Q  Right. So in measuring responsiveness,
25  is there anything other than the partisan

**30**

1  nature of how people voted that goes into
2  that calculation?
3  **A  What goes into that calculation is**
4  **whether the outcome changes when you move**
5  **from an election that tilts in one way to an**
6  **election that tilts the other way.**
7  Q  And how it changes from R to D or D to
8  R?
9  **A  Either. Right. Just changes. So it's**
10  **a partisan -- it's not a partisan question.**
11  Q  But at the end of the day, it is a
12  partisan question, right? Because if you're
13  measuring whether people are going from R to
14  D or D to R?
15  **A  I guess, I would say it's a question**
16  **about the functioning of whether the votes**
17  **are not democrat, with a little D not a big**
18  **D. Whether the system is a democracy.**
19  Q  Right. And the way you're measuring
20  that is the partisan outcomes of how people
21  voted, right?
22  **A  Right. If the people change who they**
23  **support, does the person elected get changed.**
24  Q  Okay. So let's go back to Exhibit 1.
25  **A  Sure.**

**31**

1  Q  Your May 31 report.
2  How long have you been at Duke?
3  **A  2002 or 2003.**
4  Q  Okay.
5  **A  Depends on how you count.**
6  Q  So the way I understand this report was
7  you developed an algorithm to group counties
8  in North Carolina per the Stephenson and
9  Dickson rulings?
10  **A  Yes. We followed the procedure outlined**
11  **in those rulings and generated computer code**
12  **that followed those procedures.**
13  Q  All right. I'm not a math guy; used to
14  be a long time ago. I'm not any more.
15  How do you go about developing that
16  algorithm?
17  **A  We read the report and we took the parts**
18  **of that -- the steps in that ruling, the**
19  **steps in that ruling which could be automated**
20  **in a computer, not all of it could be. But**
21  **we took the parts that could be and then we**
22  **generated computer -- we thought about how to**
23  **do that efficiently. Then we wrote computer**
24  **code.**
25  Q  Okay. And what are the parts that you

**32**

1  recall that could be automated from those
2  rulings?
3  **A  So the rulings start off by saying that**
4  **if -- something about if there were BRA**
5  **districts, then those should be dealt with**
6  **or, you know, if there were things that had**
7  **to be dealt with first. And then after that,**
8  **there was an idea of clumping; first taking**
9  **counties that could, themselves, be**
10  **subdivided into an integer number of**
11  **districts plus or minus the tolerance, which**
12  **I believe is 5 percent in this case.**
13  **And then looked for group pairs of**
14  **districts that could be clumped, and then**
15  **again, be subdivided into an integer number,**
16  **a whole number. Integer -- by integer I mean**
17  **whole number of districts, and then triples**
18  **and then onward.**
19  Q  All right. So in developing the county
20  grouping rule for your algorithm, you
21  proceeded on single counties, two, three,
22  four, and so on?
23  **A  Right.**
24  Q  Okay. Does the code that you wrote to
25  do this grouping process have what's called a

33

1   main branch?
2   **A   I'm not quite sure what you mean by**
3   **that.**
4   Q   Okay.  Is there a main branch and then
5   separate branches that key off from that?
6       MS. THEODORE:  Objection to form.
7   **A   I mean, I'd have to go back and look at**
8   **the code.  We wrote it a while ago, to**
9   **exactly remember.  I presume most codes that**
10  **I've written, or have been involved in**
11  **writing, have subroutines.**
12  Q   Okay.  So you've got the overall routine
13  and then subroutines?
14  **A   Yes.**
15  Q   So if I'm calling that a branch, the
16  subroutines would be like separate branches?
17  **A   I'm not a hundred percent sure what you**
18  **speak to, but that is my current**
19  **understanding of what you're asking.**
20  Q   All right.  Are you familiar from
21  the Stephenson and Dickson cases of a rule
22  called the Traversal rule?
23  **A   I've been familiar with it in the past.**
24  **It's a bit -- I don't remember all the**
25  **nuances at this very moment.**

34

1   Q   Okay.  Does the algorithm that you wrote
2   for your report in this case account for the
3   Traversal rule?
4       MS. THEODORE:  Objection to form.
5   **A   My algorithm implements precisely what**
6   **the court asked to be implemented in**
7   **Stephenson.**
8   Q   All right.  I just don't see anywhere in
9   the report where you address the Traversal
10  rule.
11      Do you address that anywhere in this
12  report?
13  **A   It's orthogonal to the conversation of**
14  **Stephenson.**
15  Q   Say that again.
16  **A   It's orthogonal to the conversation of**
17  **Stephenson.**
18  Q   Okay.  What's orthogonal mean?
19  **A   Not relevant.**
20  Q   Okay.  So the Traversal rule is not
21  relevant to the Stephenson grouping?
22  **A   It's my understanding.  Stephenson is**
23  **just about putting together county clusters.**
24  **Not about the subdividing that happens within**
25  **those county clusters.**

35

1   Q   Okay.
2   **A   At least the part that's ruled out in**
3   **that algorithm.  There may be other parts,**
4   **but I'm not a lawyer.  And I don't claim to**
5   **have full recall of Stephenson at this**
6   **moment.**
7   Q   Right.  Okay.  So when you say that the
8   Traversal rule is not orthogonal to the
9   grouping requirement, is that something you
10  decided on your own or did somebody tell you
11  to treat it that way?
12      MS. THEODORE:  Objection to form.
13  **A   We didn't do anything other than exactly**
14  **what was said in the Stephenson report.**
15  Q   Okay.
16  **A   So this is precisely what was said in**
17  **Stephenson.**
18  Q   All right.  We can go look at
19  Stephenson.  But I'll just tell you that in
20  the eight or nine bullet points in
21  Stephenson, about how to group and draw
22  districting under that ruling, there are
23  several of those bullets that address
24  traversals into counties.
25      So are you saying you just did not

36

1   address that?
2       MS. THEODORE:  Objection to form.
3   **A   I think I need a clarification.  Could**
4   **you clarify what exactly what you mean by the**
5   **"Traversal rule" --**
6   Q   Sure.
7   **A   -- because I think there maybe various**
8   **things that people refer to as that.**
9   Q   Okay.  Got it.
10      So the Traversal rule says under
11  Stephenson, and then reaffirmed by Dickson:
12  That once you group the counties and you're
13  having to divide a county for purposes of
14  creating a district, you cannot draw a line
15  that traverses into a county more than one
16  time.
17  **A   So I believe the answer to your question**
18  **is the following.**
19      **There's a set of rules about how to**
20  **create the county clusterings, and then after**
21  **that, you, then, go and decide how to**
22  **subdivide each county cluster into districts.**
23  Q   Right.  So my question is --
24  **A   The part of my report only deals with**
25  **creating the county clusters.**

37

1  Q   Okay.  All right.  That's what I was
2  wondering.
3      So this report does not deal with the
4  Traversal rule beyond the overall county
5  grouping?
6  **A   That comes in a stage after this report.**
7  Q   Okay.  All right.  In developing the
8  algorithm for the county grouping piece of
9  this, other than yourself, who contributed to
10 that, the development of that algorithm?
11 **A   Greg Herschlag.  Two students who worked**
12 **with us, whose names are on the paper, that**
13 **we originally wrote.  And I always have**
14 **conversations with colleagues about ideas.**
15 **So I wouldn't want to swear that there was no**
16 **one else I talked to, but...**
17 Q   Right.  The students, are they on this
18 quantifying gerrymandering blog post?
19 **A   No.**
20 Q   No.  All right.
21 **A   They're on the report which is**
22 **attached -- no, they're not, actually,**
23 **they're on the original paper which developed**
24 **the algorithm.**
25 Q   Got it.  We'll look at that in a minute.

38

1      In developing and implementing the code
2  for the county groupings that you did for
3  your report in this case, did you get any
4  input from a person named Blake Esselstyn?
5  **A   I did not.**
6  Q   Have you talked to him at all?
7  **A   Since before -- since I've been -- I**
8  **have not talked to Blake since I was retained**
9  **for this case.**
10 Q   Okay.  And Mr. Esselstyn did a report in
11 this case.  Are you aware of that report?
12 **A   I'm not aware of that report.**
13 Q   Did you talk to him at all about aspects
14 of his report before he submitted it?
15 **A   No.  I didn't talk to him about this**
16 **case at all.**
17 Q   Okay.  In developing the algorithm, can
18 you describe the role you play versus what
19 Dr. Herschlag plays in terms of the actual
20 development of the code?
21 **A   Yeah, sure.  So there are various parts**
22 **of the code.  When we were developing the**
23 **code, we each wrote various parts of it and**
24 **put it together, and then tested it on**
25 **various examples.  Sometimes he tests,**

39

1  sometimes I test.
2  Q   Are there any aspects of the code that
3  Dr. Herschlag is primarily responsible for
4  aside from you?
5  **A   There are sections of the code that he**
6  **wrote, that if we want to check or modify, he**
7  **would probably take the first crack at it.**
8  Q   Okay.  Would it -- this may be a fair
9  question, may not be, I'll admit that.
10     Would it be to fair to say that
11 Dr. Herschlag developed the majority of the
12 code?
13 **A   I would have to go look at the code for**
14 **this particular piece of code to have an**
15 **opinion on that.**
16 Q   Okay.
17 **A   There are certainly parts that I wrote**
18 **the first draft of and certainly parts that**
19 **he wrote the first draft of.**
20 Q   Okay.  Was this grouping, county
21 grouping code, first published in
22 around 2020?
23 **A   No.  I'm actually not sure.  I think it**
24 **was released much earlier than that, but I**
25 **really actually don't know.**

40

1      **We released it publicly, in a public**
2  **repository, so anyone could look at the code**
3  **and comment on it, you know, use it, in fact.**
4  **It's been used by both -- by many people.**
5  Q   All right.  So whenever it was
6  published --
7  **A   Yeah.**
8  Q   -- whenever that might have been, did
9  that version of the algorithm take race into
10 account at all?
11 **A   All we did was follow what Stephenson**
12 **said.**
13 Q   Okay.  Did you make any attempt on that
14 code that was published back then to
15 incorporate the statements in Stephenson
16 about VRA districts?
17     MS. THEODORE:  Objection to form.
18     Go ahead.
19 **A   I mean, if you read our reports and our**
20 **paper, we very clear say at all points, like**
21 **first Stephenson says deal with the VRA, and**
22 **then deal with the county groupings.  And so**
23 **the code has always been able to take**
24 **whatever you decide to start the county**
25 **groupings from.**

41

1 Q  So the code was not built as it was
2 published back then to take the VRA into
3 account?
4 A  It was always able to, yes.
5 Q  But it did not use racial data to try to
6 draw VRA districts?
7    MS. THEODORE: Objection to form.  Go
8    ahead.
9 A  I just -- it assumed that one would
10 give those districts to the code.
11 Q  Okay.  All right.
12    The code as it was originally published,
13 whenever it was, 2019, 2020, did the
14 algorithm in that published version of the
15 code give the computer person the ability to
16 freeze VRA districts and group around it?
17 A  It was already present in the code from
18 the very beginning.  We updated the code a
19 little bit later to make it easier to do
20 that.
21 Q  All right.  Okay.  So you're saying that
22 as originally published, 2019, 2020, the code
23 allowed for freezing of districts to group
24 around them?
25 A  Yes.  It allowed for a version of that

42

1 in the very beginning.
2 Q  We'll look at what we'll mark as 4.
3    (Whereupon, Article "Optimal
4    Legislative County Clustering in
5    North Carolina" was marked as
6    Exhibit 4 for identification as
7    of this date.)
8 Q  Does this article look familiar to you?
9 A  Yes.  It does.
10 Q  Was it -- it looks like it was published
11 in 2020?
12 A  To clarify. this related to my previous
13 answer, the version was published in 2020,
14 but it was released publicly on a publicly
15 available preprint archive, I think earlier
16 than that, 2019 at least.  Hence, my
17 equivocating on your previous question.
18 Q  All right.  Just in general, what was
19 this article about?
20 A  This article was about the outcome of
21 our project to implement the Stephenson
22 procedure in code, in Python, and then used
23 in some simple experimentation with it.
24 Q  All right.  Is there anything in this
25 article that discusses freezing VRA districts

43

1 and grouping around those?
2 A  First of all, it's a long article that I
3 wrote a long time ago.  So I do not want
4 to -- I believe that it -- my -- let's see.
5 Yes, on Page 20, it talks about VRA districts
6 at least.
7 Q  It says there that, "For purposes of
8 this paper, we avoid considering race when
9 clustering the clusters because they were
10 adopted without considering VRA"; is that
11 right?
12 A  I don't think that's what it says.
13 Q  Yeah.  Look on the left-hand side of the
14 page.  Toward the bottom, it says, "For the
15 purposes of this paper."
16 A  You said a lot of other things, which I
17 don't think -- it just says that -- let me
18 read.
19    So I believe in this paper we -- and in
20 the other paper that came afterwards, we were
21 very clear that we only dealt with what
22 happened after it had been decided whether or
23 not there were VRA districts or not and
24 whether they were specified.  And we were
25 only deal within with the second part of that

44

1 conversation.
2 Q  So as of this paper that we're looking
3 at, Exhibit 4, you did not consider race,
4 correct?
5 A  Right.  We were only considering the
6 part of the Stephenson algorithm that came
7 after one in deciding whether they were VRA
8 districts or not.
9 Q  All right.  It looks like the Stephenson
10 rules you label as constraints; is that
11 right?
12 A  Where are you looking, if I may ask?
13 Q  It's the same page, just going down a
14 little bit further.
15 A  Oh, yes.
16 Q  Constraints one, two and three.
17    Do you see those?
18 A  Yes.  Let me just read up above.
19    Yes.
20 Q  And the three constraints you note in
21 these paragraphs do not involve traversals,
22 correct?
23 A  These constraints above are just from
24 the North Carolina constitution.  I think
25 these are direct statements from the

45

1   constitution.
2   Q   Yeah, correct.  But they don't involve
3   anything about traversals?
4       MS. THEODORE:  Objection to form.
5   A   I'm confused.  I think we already
6   established that these algorithms deal with
7   the part before the traversals.
8   Q   Okay.  All right.
9       Now, is there anything in this article,
10  Dr. Mattingly, that discusses freezing VRA
11  districts and grouping around them?
12  A   I don't remember if it's in this article
13  or the other one.  I know in some of these
14  articles we absolutely talk about the idea
15  that one has to decide ahead of time whether
16  there are VRA districts or not.  And then
17  after that, run the algorithm as we presented
18  it.  I don't recall whether we exactly
19  discussed that in this one or the other ones.
20  I certainly remember discussing it.
21  Q   All right.  If you look at the last
22  page, there's a section called
23  Acknowledgments.
24  A   Yes.
25  Q   It says:

46

1       "The authors are thankful to
2   Blake Esselstyn and Eddie Speas bring
3   this important question to our
4   attention, as well as generally
5   educating us about legal and GIS issues
6   involved."
7       What was the important question that
8   they brought to you potentially?
9   A   Yeah.  So, first of all, I have to say,
10  this was published in 2020, it was probably
11  first posted in 2019, which means the work
12  was probably done in 2018, '17.  So you're
13  asking me to remember through the haze of
14  time, right, so.
15      What I believe we were talking about
16  right then was the fact that the government,
17  the court, the citizens of North Carolina, at
18  that moment had no reliable way to generate
19  the county clusterings.  Right.  Somebody
20  brought up some county clusterings and just
21  presented them.  Usually when they
22  presented them, they only had one county
23  clustering.  The one that they found, and I
24  don't know how they found it.
25      And I thought it was an interesting

47

1   question to say, wouldn't it be nice to give
2   to the state, the courts, the legislature,
3   the people, the ability to see what the
4   county clusterings were, what possible county
5   clusterings existed.  And that was the
6   problem.
7   Q   All right.  And that's primarily what
8   this article was addressing?
9   A   Correct.
10  Q   Was this article ever peer reviewed?
11  A   Yes.
12      MR. STRACH:  Can we take a quick
13  break?
14      THE WITNESS:  Sure.  If you want.
15      MR. STRACH:  Five minutes.
16  Is that all right, Elizabeth?
17      MS. THEODORE:  Yeah, sure.
18          (Whereupon, a recess was taken
19           from 11:02 AM until 11:10 AM.)
20  Q   Do you recall when you first published
21  the code that allowed you to freeze the VRA
22  districts and then group around them?
23  A   So, as I already stated, the code from
24  the very beginning had that ability.  It was
25  not difficult to do that.  We made it a bit

48

1   more explicit in an update in 2023, I
2   believe, in the fall of 2023.
3   Q   In the fall of 2023?
4   A   I believe that's correct.
5   Q   All right.  And I think you said you
6   were retained in the spring of '24?
7   A   Sorry, say that again.
8   Q   You were retained for this case in the
9   spring of '24?
10  A   Correct.
11  Q   Okay.  Is there a reason why you updated
12  the code to make it more explicit about
13  freezing districts in 2023?
14  A   We had always intended to make that more
15  explicit.  Anyone who asked, we told them
16  that was possible.  We were also at a special
17  semester at a research institute, that
18  semester, talking about fairness in
19  algorithms and gerrymandering.  And just in
20  various conversations, it can kind of come
21  back to our mind that we'd always meant to do
22  and we wanted to experiment a little bit.
23  Q   What was the institute that you
24  mentioned?
25  A   SLMath.

49

1  Q   What is that, for somebody knows nothing
2  about it?
3  A   It's a government institute in the hills
4  of Berkley, privately and publicly funded in
5  San Francisco.  Well, in Berkley, to be
6  exact.
7  Q   All right.  So was it sort of a
8  conference or something?
9  A   There was a semester on fairness and
10 algorithms, talking about everything from
11 machine learning to auctions, types of
12 auctions, to all different stuff.
13 Q   What brought you out there?  Were you
14 teaching a course or just visiting?
15 A   I was one of the organizers of the
16 semester.
17 Q   All right.  This institute, does it have
18 a website, is it publicly available?
19 A   Yes.  It does have a website.
20 Q   So in 2023, you published the code that
21 made it more explicit about its ability to
22 freeze districts and group around them; is
23 that right?
24 A   Yeah.  We periodically, you know, tweaks
25 we've made to the code mature, we sometimes

50

1  decide that if other people seem that may be
2  interested in having that ability, we push it
3  forward.  We were talking to someone at
4  Oklahoma about some of their work related to
5  our work.
6  Q   Okay.  When you made that -- when you
7  tweaked the code to make that more explicit,
8  did you ever reduce that to any sort of
9  article?
10 A   No.
11 Q   All right.  Has that aspect of this code
12 ever been peer reviewed?
13 A   The code is not explicitly peer
14 reviewed.  It's on a website -- it's on a
15 publicly facing archive.  Anyone can look at
16 it.
17 Q   Right.
18 A   So the articles are what appear.
19 Q   Right.  That's my question.  Other than
20 this 2020 article, when you tweaked the code
21 to address the freezing issue, did you ever
22 reduce that to an article to be peer
23 reviewed?
24 A   No.  However, I will say that the main
25 body of the code largely didn't change.  It's

51

1  really about the preprocessing.
2  Q   All right.  But in this 2020 article
3  that's labeled Exhibit 4, which was peer
4  reviewed, this article does not address the
5  freezing process, correct?
6  A   Right.  We didn't write another article
7  after we treat the code.  This one does not
8  directly address that.
9  Q   In publishing that code in late 2023,
10 did you have any discussions with lawyers
11 involved in this code about, wow, that'd be a
12 great idea, let's do that?
13 A   No.
14 Q   Okay.  And the code that you published
15 in late 2023, is that the exact same code
16 that you used in this case?
17 A   Yes.
18 Q   Okay.
19 A   I believe so.  I mean, there's other
20 code around it, but the repository is the
21 same repository.
22 Q   All right.  So it's essentially the same
23 code that you used for this case that you
24 published in October of 2023?
25 A   I believe so, yes.

52

1  Q   Okay.
2  A   Yeah.  I believe so.  I'd have to check.
3  It's certainly based on it.  We always make
4  small changes when you need to do something.
5  Q   All right.  Sitting here today, are
6  there any material differences between the
7  code you used in this case and that code?
8  A   I don't believe so.  We may have
9  refined -- I can't remember when we added a
10 second way to think about freezing districts.
11 I can't remember whether it was in the one we
12 released in 2023 or -- because that was the
13 main addition beyond what was already easily
14 done in the earlier code.
15 Q   All right.  So let's talk about that.
16 A   One second.  If you don't mind.  Sorry.
17 Q   So as I recall from the report you
18 submitted in this case, which is Exhibit 1,
19 as I recall, you had two different ways of
20 dealing with counties that were split and
21 regrouping.  Can you explain those?
22 A   Yes.  So, in one way, you simply -- are
23 you asking about freezing?  You said split.
24 Did you mean split?
25 Q   I'm sorry.  Freezing and then

53

1 regrouping.
2 **A  Yes. Okay.**
3 **In one of them, you simply freeze**
4 **districts and essentially remove them from**
5 **the map. So pretend that they were not ever**
6 **in the map. And whatever's left, that's a**
7 **new state and you redistrict on that state.**
8 **In the other way, you essentially freeze**
9 **a district and say, this district will**
10 **maintain as whole, but must be included in**
11 **some county grouping.**
12 Q  Okay.
13 **A  Right. And it kind of -- it depends a**
14 **little bit, in many of the easy cases, some**
15 **of the cases, you're taking out an entire**
16 **kind of county, entire district, and then**
17 **what's leftover, you just treat that as a**
18 **new -- and those are the new county**
19 **groupings. It was not clear to us what was**
20 **exactly intended in Stephenson, so we made**
21 **two different.**
22 Q  So you've developed two different ways
23 to deal with grouping around the freeze
24 districts, right?
25 **A  Yes.**

54

1 Q  Okay. What aspect of that was present
2 all the time in the original algorithm?
3 **A  They were essentially both there always.**
4 **It was most easiest and transparent probably**
5 **to just do the one where you simply removed a**
6 **part from the state, but the other one was**
7 **also doable from the very beginning.**
8 Q  All right. For the second strategy for
9 dealing with frozen district and regrouping,
10 when did you actually publish that code?
11 **A  I'm a little -- I don't recall**
12 **precisely.**
13 Q  Was it after you were retained in this
14 case?
15 **A  Again, I don't recall.**
16 Q  Okay. If you look at back at
17 Exhibit 11, your primary report, you have a
18 section on the fourth page.
19 Called, "Accounting for districts that
20 may be required by the VRA."
21 Do you see that?
22 **A  Yes.**
23 Q  Are you familiar with a case called the
24 Gingles case?
25 **A  Loosely, yes.**

55

1 Q  Anything that you recall about the
2 Gingles case as you sit here today?
3 **A  It's about the Voting Rights Act.**
4 Q  Okay. In this case, do you intend to
5 offer any opinion on the Gingles factors?
6 **A  I only intend to offer an opinion on**
7 **what happens when you write this Stephenson**
8 **algorithm.**
9 Q  All right. Let's look at Page 6, which
10 appears to be your regrouping around the
11 plaintiff's demonstration District A.
12 Do you see that?
13 **A  I see the output of the Stephenson**
14 **criteria, yes, District A.**
15 Q  All right. And what is District A? Is
16 it that yellow district at the top of the
17 state?
18 **A  I'd have to check, but it's the --**
19 **described in the section above.**
20 Q  Right, okay. That's Vance,
21 Warren, Halifax, et cetera?
22 **A  Correct.**
23 Q  Then just below that district, there is
24 a purple grouping constituting Edgecombe and
25 Pitt.

56

1 Do you see that?
2 **A  I do.**
3 Q  All right. And were you asked by
4 counsel in this case, to freeze that -- those
5 two counties as well as the district to the
6 north?
7 **A  For demonstration District A, yes.**
8 Q  All right. So in this part of the
9 report you froze both the VRA districts to
10 the north, which is Vance, Warren, Halifax et
11 cetera, and you also froze Pitt and
12 Edgecombe?
13 **A  Yes. For demonstration for District A.**
14 Q  But Pitt and Edgecombe are not in
15 demonstration District A; is that correct?
16 **A  I'm not sure what, I'm not privy to all**
17 **the -- exactly how you want to refer to this.**
18 **All I know is I was asked to freeze the**
19 **regions that are listed here. Which include**
20 **Pitt and Edgecombe and also have north --**
21 **Vance, Warren, Halifax, all the way through**
22 **to Washington.**
23 Q  So sitting here today, you don't know
24 why you were asked to freeze those two
25 counties?

57

1  A  No. I was asked to freeze those and
2  then produce what the Stephenson algorithm
3  would produce for county groupings after
4  those were removed.
5  Q  All right. So is it fair to say then
6  that in this map on Page 6, the groupings
7  that your algorithm produced are dependent
8  upon demonstration District A and
9  Pitt-Edgecombe being frozen?
10 A  If -- I can say this, if you freeze
11 those districts, this is the outcome of the
12 Stephenson algorithm.
13 Q  Right, okay, and below the statewide map
14 there's, you depict different choices among
15 groupings that the legislature can make if
16 this was the grouping, right?
17 A  That's correct.
18 Q  And so for instance, if you look at --
19 these aren't labeled so I'm going to do the
20 best I can.
21 A  That's all right.
22 Q  Underneath the statewide map you got
23 groupings kind of in the west, do you see
24 that?
25 A  Yes. The ones that are orange.

58

1  Q  Yeah. Then you have a set of groupings
2  that are in the east.
3     Do you see that one?
4  A  Yes. There are two groupings in the
5  east and a grouping in the west.
6  Q  Right. So it appears to me that in both
7  groupings in the east there would be two
8  choices in the east regarding groupings,
9  right?
10 A  Yes.
11 Q  And both groupings have in common a very
12 large grouping in the east that comprises the
13 entire eastern part of the state and then a
14 bunch of counties a little bit to the west of
15 that?
16    MS. THEODORE: Objection to form.
17 A  I mean, I don't know what very large
18 means, this is the output of the algorithm.
19 Q  Okay, right. So I just want to make
20 sure I'm clear on is that both of those
21 eastern North Carolina groupings, there's one
22 very large grouping and then one grouping
23 that consists of about two counties?
24    MS. THEODORE: Objection to form.
25 A  There's one that consists of two

59

1  counties and then there's a main one, yes.
2  Q  And these two groupings in the east, you
3  did not -- you didn't make any attempt to
4  draw districts within those groupings, right?
5  A  I did not.
6  Q  Then your report goes on to discuss
7  demonstration District B.
8     Do you see that?
9  A  I actually just want to make one
10 clarification, you may not have noticed that
11 it runs across the top on the other page.
12 Q  I just saw that, yeah, and the one that
13 runs across the top on Page 7, similarly has
14 one, I'm going to call it large grouping, you
15 people can dispute what that means. But then
16 there's a second grouping of two counties at
17 the bottom, right?
18    MS. THEODORE: Objection to form.
19 A  Just to clarify, in the east, we were
20 mistaken when we said earlier there are
21 actually three choices and it consists of two
22 different groupings, yes.
23 Q  Right, okay.
24    All right. So then if we look at
25 demonstration District B.

60

1     And look at the groupings and the
2  choices on Page 8.
3  A  Um-hmm.
4  Q  This one, the frozen district is Chowan,
5  Warren, Gates, Halifax, et cetera?
6  A  Chowan, Warren, Gates, Halifax all the
7  way through to, yes.
8  Q  And then in this particular frozen
9  district in District B, it splits Pasquotank
10 County; is that right?
11 A  Yes. As described in the paragraph just
12 below the heading of District B.
13 Q  All right. So here where you have a
14 split county in the frozen demonstration
15 district, what does your algorithm do to
16 account for the split county?
17 A  So as I described earlier, there are
18 two-ways it goes about that. It either just
19 says we're going to remove this part of the
20 map completely and have that be one -- just
21 remove that district completely and then
22 district the rest, or alternatively -- let me
23 just make sure I'm looking in the right
24 place.
25    So there were two choices I described

61

1 earlier and by the way, nothing that we did
2 those choices matter, it just freezes that
3 district and then it builds the county
4 clusters around it.
5 Q   But how does it treat specifically the
6 split county?
7 A   In one case it freezes those as a
8 district and then pairs that to create a kind
9 of clustering. The other one it removes that
10 from consideration and then sees what the
11 other county cluster would be to complete
12 that. It turns out that subtly doesn't
13 matter. It gives the same answer in all
14 cases.
15 Q   Okay. And so the algorithms ability to
16 treat that split county in the two different
17 ways you've described, has that algorithm
18 ever been peer reviewed?
19     MS. THEODORE: Objection to form.
20 A   I'm not sure what you mean by peer
21 reviewed.
22     The papers are peer reviewed, the code
23 is released to the public.
24 Q   So you've never published a paper about
25 how to deal with split counties in this

62

1 manner that's been peer reviewed?
2 A   No.
3 Q   Then in demonstration District C with
4 the maps on the next page, in that one it was
5 a frozen district consisting of Hertford,
6 North Hampton, et cetera and then it split
7 Vance County; is that right?
8     MS. THEODORE: Objection to form.
9 A   It's a rather long paragraph that
10 describes it right under the --
11 Q   Right. But in District C it splits
12 Vance, right?
13 A   Yes. It says eight of 12 precincts of
14 Vance County.
15 Q   All right.
16 A   These were frozen, yes.
17 Q   So then looking at the statewide map on
18 the next page.
19     Does that map show Vance County split in
20 some manner. What is that map reflecting?
21 A   I have to look at where Vance is
22 exactly, I always get confused. Vance is
23 right up here, right.
24     Well, it puts it into a cluster. So all
25 it was saying was that was frozen into one

63

1 district. It put it in a cluster with three,
2 right.
3 Q   Right. So Vance County is the county to
4 the right of this green?
5 A   That's right. Right next to Granville,
6 I believe, correct.
7 Q   So this map does not reflect it as being
8 split, it reflects it as being whole?
9 A   No. It reflects all of Vance County
10 being in a three county cluster. It was
11 based on having the previously mentioned
12 districts being one of those three districts.
13 Q   Okay. In this map, which is
14 demonstration District C, do you also freeze
15 Pitt-Edgecombe in this one?
16 A   I don't believe so. No.
17 Q   And is there a reason for that other
18 than that's what you were told not to do?
19 A   I just -- I created the frozen districts
20 and saw what the Stephenson algorithm did
21 around that.
22 Q   All right. Then if you look at
23 demonstration District D, just below that on
24 the page, you froze a district consisting of
25 Bertie, Halifax, et cetera which also

64

1 included Pasquotank split; is that right?
2     MS. THEODORE: Objection to form.
3 A   It says it includes six of the nine
4 precincts of Pasquotank, yes.
5 Q   So Pasquotank was not whole in that
6 demonstration District D.
7 A   They were frozen, right. I think that
8 in the county clusterings, yeah, no, it's
9 just what it says there.
10 Q   So in the demonstration District D, the
11 demonstration district splits Pasquotank, but
12 you include it as whole within one county
13 grouping?
14 A   Correct. I believe this is the one
15 that's labeled three or did I get the wrong
16 one.
17     MS. THEODORE: I think you need to
18     flip to the next page.
19 A   Oh, I'm sorry. I'm on the wrong page.
20 Q   Yeah, it's the map right above your
21 signature.
22 A   Yeah, yeah, sorry. I apologize. I was
23 confused. Yes, the one that has two, the
24 yellow, so there are two districts in there.
25 Of them being the aforementioned.

65

1   Q   Okay.  And was there a way to run the
2   grouping by treating the split part of
3   Pasquotank as a whole county and then
4   including the rest of Pasquotank in a
5   different grouping?
6   **A   That wasn't a decision that was made by**
7   **us, that's a decision that's made by the**
8   **Stephenson algorithm.**
9   Q   Okay.  I believe Plaintiff's have
10  submitted a demonstration District E in this
11  case.  Have you run the same analysis on
12  that?
13  **A   I believe that's the one in my rebuttal**
14  **report.**
15  Q   Okay.  Let's take a look at Exhibit 2.
16      And this one also includes Bertie,
17  Gates, et cetera, and part of Pasquotank
18  County; is that right?
19  **A   Yes.  That's described in the beginning**
20  **of Section 2.**
21  Q   All right.  And in both of the results
22  of your regrouping around District E,
23  Pasquotank is shown as whole in the grouping;
24  is that right?
25  **A   Again, it's in a grouping, these**

66

1   **drawings are showing not the individual**
2   **districts, but showing the groupings.  So**
3   **it's saying that the county is an entire**
4   **grouping, District 2 with two districts, the**
5   **rust colored one and the far northeast of the**
6   **state.**
7   Q   If I'm looking at this right, it's
8   showing Pasquotank as being a whole county
9   within that grouping; is that right?
10  **A   Yes.  These are the county -- yes, it's**
11  **saying there should be two districts in that**
12  **county grouping.**
13  Q   Okay.  And in Exhibit 2, the rebuttal
14  report, did you freeze Pitt-Edgecombe in this
15  one?
16  **A   I believe you're speaking to the map at**
17  **the top of Page 2; is that correct?**
18  Q   Yeah.
19  **A   So this is freezing part of what was**
20  **frozen previously in demonstration**
21  **District A, but now we did not freeze Pitt**
22  **and Edgecombe.**
23  Q   What about the map on Page 3, does that
24  freeze Pitt and Edgecombe?
25  **A   I do not believe so.  It just lists the**

67

1   **frozen, doesn't list Pitt and Edgecombe.**
2   Q   And is there a reason why in District A
3   you froze Pitt and Edgecombe, but not in any
4   of the other districts other than what -- the
5   instructions you got from counsel?
6   **A   The reason was, is that is what I was**
7   **asked to do.**
8   Q   Thank you.
9       All right.  We're going to look at what
10  I'll mark as Exhibit 5.
11          (Whereupon, Screen shot from
12          Code Repository was marked as
13          Exhibit 5 for identification as
14          of this date.)
15  Q   So I'll just tell you this is a screen
16  shot from the code repository that you
17  produced in the backup data, at the very top
18  it says master, what does that mean?
19  **A   That's the branch of the Git repository**
20  **that's holding this code.**
21  Q   Would it be fair to call it a master
22  branch?
23  **A   Yeah, I mean, nowadays we usually call**
24  **it main.  But when this repository was**
25  **created it was still called master.**

68

1   Q   Okay.  So you see it's got some dates
2   associated with it?
3   **A   Yes.**
4   Q   Down at the bottom it's August 30, 2019;
5   was that the first time that the code base
6   was added to the repository?
7   **A   I believe so.**
8   Q   All right.
9   **A   It says initial commit, so that seems to**
10  **back that up.**
11  Q   And it's this code labeled August 30,
12  2019, that was peer reviewed, correct?
13  **A   The code wasn't, the article was.**
14  Q   Okay.  The article was based on this
15  code dated August 30, 2019?
16  **A   The article used this code.  So the**
17  **content of the output of this code.**
18  Q   All right.  And when you say a main or
19  master branch of the code, what is that?
20      MS. THEODORE:  Objection to form.
21  **A   It's an inversion control software, like**
22  **GIT, it's a way of tracking different**
23  **branches, if you want to create other**
24  **branches of a code base.  Sometime it's**
25  **useful when multiple people are working on**

69

1 code or even just by yourself.
2 Q   Okay.  So is it way to test new features
3 of the code and then merge them into the main
4 branch?
5     MS. THEODORE:  Objection to form.
6 A   That could be a use of it.  It's not
7 exclusively or always a use of it.
8 Q   Okay.  And then it looks like if we're
9 just going up a little bit, it looks like
10 there were some changes in July of 2021, does
11 that look correct?
12 A   Yes.
13 Q   What were those changes?
14 A   So I really couldn't comment without
15 seeing the exact modifications to the code.
16 I'm basing all my answers on the annotations
17 made in the commit.  It seems that one of
18 them was adding a wrapper, which -- for
19 fuzziness we call it, which let us search the
20 tree in a broader way than Stephenson
21 requested.  Another one apparently was just
22 some small teak, a bug somewhere that was
23 found.  Some output or something that wasn't
24 the way we wanted it.  The other one was an
25 example notebook that was added.  We added

70

1 some example notebooks to use the code.  This
2 is all public, or course, so this is out
3 there for review in the public, yeah.
4 Q   Okay.
5     And it looks like there was another
6 update in October of 2023, right?
7 A   Yes.
8 Q   And is the October 3rd update the
9 freezing ability that was added?
10    MS. THEODORE:  Objection to form.
11 A   As I already stated, the freezing
12 ability was already there.  It just gave some
13 hooks to make it a little easier for somebody
14 to use.
15 Q   Okay.  And so then all these changes in
16 July of '21, October 2023, were they, then,
17 included in the master or main branch?
18 A   You're asking me things that are very
19 hard to check right here.  So I really -- I
20 can't.  I believe so.  These are all -- if
21 you -- I don't know where this came from.  I
22 assume this is from our GIT repository.  It
23 says -- it purports to be the master printout
24 of the comments from the master branch, you
25 know, without going in and checking, I can't

71

1 say with any certainty of what you're asking.
2 Q   Okay.  All right.  Let's look at what
3 I'll mark as Exhibit 6.
4     (Whereupon, Screenshot of Code
5     Repository was marked as Exhibit
6     6 for identification as of this
7     date.)
8 Q   This is just another screenshot from
9 your code repository, that you produced to
10 us?
11 A   Yes.
12 Q   Does it look familiar?
13 A   I can read what it is.  I think I know
14 what it is, but I haven't looked at this
15 recently.
16 Q   Okay.  It looks like something was added
17 April 28, 2024.
18     Can you describe to me what that is?
19 A   Let me just read it.
20     Yeah, so, I mean, again, it's hard for
21 me to actually comment what's here.  I'm
22 basing -- almost everything is based on my
23 vague recollection of what was happening at
24 that time and what the comments are here, so
25 you're talking about the April 28?  Is that

72

1 the one?
2 Q   Yes.
3 A   So I wrote some code, which I had
4 separate from for a while that did some
5 visualizations.  And I merged some of that
6 back into the main code base and sent it to
7 Greg and he merged it into this.  I mean, he
8 committed it to this base.
9 Q   Okay.  And was this change made after
10 you were contacted by counsel to help in this
11 case?
12 A   I'm not sure.  But this is about
13 visualization.
14 Q   All right.
15 A   That's what the graying out means.
16 Q   Did the April 28 change make any
17 substantive changes to the algorithm?
18 A   Based on what's written here in the
19 comments, I would say no.  But I don't have
20 access to that information.
21 Q   Okay.  Then there's another change on
22 May 20, 2024, that says, "Adding partial
23 clustering capability."
24     Do you see that?
25 A   Yes.

73

1   Q   And did that create additional code or
2   alter any code in the existing algorithm?
3   A   Again, I didn't make this commit and I
4   can't comment precisely what's in this
5   commit.
6   Q   Who could?  Dr. Herschlag?
7   A   I mean, if I had access to the Git
8   Repository, or he could, yes.
9   Q   Was this May 20th change -- I mean, it
10  says adding "partial clustering capability."
11      Did that change allow you to deal with
12  counties that were split in terms of the
13  freezing capability?
14  A   So, again, I don't recall exactly.  Not
15  always when commits are made are when the
16  code might have been changed.  It might just
17  take someone a while to pushing it to the
18  repository.  We sent you the code that we
19  used entirely.  I believe as a -- we sent
20  them as an attachment or something or we gave
21  them access to the repository in the -- when
22  we -- in the code we used.
23      This -- the ability to do the partial
24  clustering was always, in one way, at least,
25  was always there.  We did implement one of

74

1   these two methods at a later date, and I
2   can't remember exactly the timing of that.
3   And this is when this was pushed to this
4   repository.  I don't know exactly when that
5   change was made.
6   Q   All right.  But the best information we
7   have is that it was done around May 20, 2024?
8       MS. THEODORE:  Objection to form.
9   A   I don't know if that's the best
10  information we have.  That's -- I mean,
11  you've only given me this printout of this
12  repository.  I'd have to check other things
13  and it may not even be checkable.
14  Q   Did this change on May 20, 2024, did it
15  require adding new lines of code to the
16  algorithm?
17      MS. THEODORE:  Objection to form.
18  A   As I said, this is just recording when
19  this was checked into the repository.  The
20  editing or code may have been changed at a
21  different time.  And I don't -- from
22  without -- from what you've given me, it's
23  impossible for me to tell you exactly what
24  this change was.
25  Q   All right.  Is it fair to say, though,

75

1   that whenever the change was made it would
2   have added lines to the code?
3   A   Again, without -- I don't know if it
4   added lines.
5   Q   Okay.  All right.  Then there was
6   another update on May 29, 2024.
7       Do you know if that update altered any
8   of the code or the algorithm?
9   A   I mean, presumably since it was
10  pushed -- since it was recorded as a change,
11  it changed something.  I can't attest to what
12  was changed, what changed exactly.
13  Q   All right.  And it looks like
14  Dr. Herschlag could speak to that?
15      MS. THEODORE:  Objection to form.
16  A   Or the repository, yes, yeah.
17  Q   Okay.  Where it says, "Greying changing"
18  at the top, what does that mean, "greying"?
19  A   Where are you talking?
20  Q   At the very top of the exhibit,
21  G-R-E-Y-I-N-G?
22  A   Okay.  I believe that this is all -- my
23  best guess, that this has to do with
24  merging my individual code into that main
25  branch.  Greying is just when you look at

76

1   these pictures here.
2   Q   The grey areas?
3   A   The ability to pull these out in a
4   systematic way.  When we first did this
5   paper, we had to do this by hand and it was
6   laborious and irritating.  And then I wrote
7   code which was not merged into the main
8   branch that I just ran separately, and I
9   passed it on when we used it in this case.
10  Q   So it was merged into the main branch
11  after you published your paper in 2020?
12  A   It was not -- it's secondary.  It's not
13  the main algorithm.  It has nothing to do
14  with the Stephenson algorithm.  Once you get
15  the answer out of the Stephenson algorithm,
16  how do you make the graphs to present those
17  answers.
18  Q   Okay.  Let's look at what we'll mark as
19  Exhibit 7.
20          (Whereupon, Printout "Adding
21          Partial Clustering Capabilities"
22          was marked as Exhibit 7 for
23          identification as of this date.)
24  Q   So I'll tell you that this is a printout
25  from the "Adding partial clustering

77

1 capabilities branch."
2    Does that look familiar to you?
3 **A   The branch?**
4 Q   Yeah. The -- we saw that on May
5 20, 2024, in Exhibit 6, it had an entry
6 called "Add in partial clustering
7 capability."
8    This appears to show --
9 **A   Yes. That was not a separate branch,**
10 **but, yes, that's a commit, yes.**
11 Q   Okay. Got it. Commit.
12    This appears to show changes made to the
13 actual code as part of that; is that correct?
14 **A   Yes.**
15 Q   All right. And if I'm reading it
16 correctly, at the top, it says there were 130
17 additions and 9 deletions; is that right?
18 **A   That's what the Git merge routine did.**
19 **It's -- I mean, that's not something you**
20 **should infer a lot from. But, yes, that's --**
21 **it definitely says at the top "130 and 9**
22 **deletions".**
23 Q   Okay. So as of this May 20, '24 date,
24 there were, in fact, changes, additions and
25 deletions made to the actual code, correct?

78

1    MS. THEODORE: Objection to form.
2    Go ahead.
3 **A   I'm not sure. Some of these -- what all**
4 **these have to do with, I'd have to check.**
5 **Some of these I definitely see have to do**
6 **with the plotting of the imagery. As I**
7 **mentioned, some of them have to do with --**
8 **yes, some of them have to do with -- yes,**
9 **it's changes to the code.**
10 Q   All right. And it looks like maybe
11 Dr. Herschlag made those changes to the code;
12 is that right, he's named at the top?
13 **A   He's the one that made this commit. It**
14 **doesn't mean he made these changes.**
15 Q   Okay. And tell me what a commit is for
16 a non-math guy.
17 **A   It's a term when you push changes to**
18 **code to a repository, commit them to a**
19 **repository.**
20 Q   Okay. And some --
21 **A   Some of these look like my plotting**
22 **code.**
23 Q   Okay. Yeah, I was going to ask you.
24    So sitting here today looking at this
25 exhibit, can you tell me of these changes,

79

1 what were -- what was made by Dr. Herschlag
2 versus what was made by you?
3 **A   I could not. These changes are all out**
4 **of context. These are just one line changed**
5 **here, one line. There's no context in the**
6 **code.**
7 Q   All right. And do you know if you
8 worked with the Dr. Herschlag to make these
9 changes?
10 **A   We discuss everything, yeah.**
11 Q   Okay. And after these changes were
12 made, did you take time to vet the changes?
13 **A   What do you mean "vet the changes"?**
14 Q   So run them to make sure they were doing
15 what they were supposed to do?
16 **A   We checked -- we got consistent output**
17 **with our runs, yes.**
18 Q   Okay. Were these changes in Exhibit 7
19 ever merged into the main branch; to your
20 recollection?
21    MS. THEODORE: Objection to form.
22 **A   I have no idea.**
23 Q   Okay. Is it standard practice to merge
24 changes like this into the main or master
25 branch?

80

1 **A   It just depends on your workflow.**
2 **Different people make different choices. I**
3 **do sometimes. I do not other times.**
4 Q   And if you look back at Exhibit 6, which
5 are the greying changing thing. Is it fair
6 to say that the version of the code that you
7 used to produce your report in this case,
8 used the May -- used the code as of May 29,
9 2024?
10 **A   It's really hard for me to be precise**
11 **about that. I don't know.**
12 Q   If you had used the code from 2019 that
13 we looked at earlier, the initial commit from
14 2019, if you used that code to run your
15 analysis for your report in this case, would
16 it have worked without errors?
17    MS. THEODORE: Objection to form.
18 **A   It's -- I mean, sometimes the initial**
19 **commit is a blank. Has no code in it at all.**
20 **So I'm not sure, I'd have to go look.**
21 Q   Okay.
22    MR. STRACH: Let's take a quick break.
23    THE WITNESS: Sure.
24       (Whereupon, a recess was taken
25       from 11:59 AM until 12:01 PM.)

81

1    MR. STRACH:  Back on the record.
2  Q   If you'll look back at Exhibit 5,
3  Dr. Mattingly.
4  **A   Hold on one second.**
5      **Yes, please.**
6  Q   Just a couple of questions about this.
7      At the very top, on October 3, 2023, it
8  says, "Updating with ideal pop control and
9  linting."
10     What's "ideal pop control"?
11 **A   Okay.  Again, so without actually**
12 **looking at the code, there was a line at the**
13 **very top of the code that let one set the**
14 **ideal population per district, like what do**
15 **you want the population district is.  The**
16 **earliest versions, you could always just edit**
17 **that line and change it to be whatever you**
18 **wanted, but by default, it's set to the**
19 **state's population as divided by the total**
20 **number of the districts.**
21     **We just made it a little bit explicit**
22 **there that if one wanted to -- that one could**
23 **explicitly by hand set the ideal population,**
24 **which was something that was an easy mistake**
25 **one would make if one wasn't careful when**

82

1  **freezing certain districts that you might**
2  **accidentally set the population to be**
3  **something different than what it was supposed**
4  **to be.**
5      **So it just made it more user friendly to**
6  **the set that ideal pop.**
7  Q   Okay.  Do you remember what it was set
8  at?
9  **A   No.  It's set at whatever the state**
10 **population divided by the number of**
11 **districts.**
12 Q   Okay.
13 **A   And linting is a computer science term**
14 **referring to the checking of code that it's**
15 **in kind of good formatted shape, and it seems**
16 **to have no kind of prima fascia formatting**
17 **errors that would lead to bugs.**
18 Q   Okay.  The ideal pop control setting,
19 was that taking into account the frozen
20 district population, or not?
21 **A   I'm not quite sure what you mean.**
22 Q   In other words, you've set the ideal pop
23 control, and you said it was the population
24 of the state divided by the number of
25 districts.

83

1      In making that setting, did you account
2  for the population of the frozen district?
3  **A   We always used the entire state's**
4  **population divided by the number of**
5  **districts.**
6  Q   Okay.
7      MR. STRACH:  All right.  That's all
8      the questions I have.  Thank you,
9      Dr. Mattingly.
10     MS. THEODORE:  I may have -- if I can
11     just take ten minutes, I think I'm
12     going to have just a couple of
13     questions.
14         (Whereupon, a recess was taken
15         from 12:04 PM until 12:13 PM.)
16 EXAMINATION BY
17 MS. THEODORE:
18 Q   Dr. Mattingly, I just want to ask you a
19 couple of questions about the treatment of
20 traversal to clarify some things.
21     So I'm going to read you a sentence from
22 Stephenson, and it says:
23     "In counties having a 2000 census
24     population sufficient to support the
25     formation of one non-VRA legislative

84

1  district falling out at or within plus
2  or minus 5 percent deviation from the
3  ideal population consistent with one
4  person, one vote requirements, the WCP
5  requires that the physical boundaries
6  of any such non-legislative district
7  not cross or traverse the exterior
8  geographic line of such county."
9      Does that sound familiar to you?
10 **A   Yes.**
11 Q   And does your algorithm take account of
12 traversals in the sense described in what
13 I've just read?
14 **A   Yes, absolutely.**
15 Q   Stephenson then says, next:
16     "When two or more non-VRA
17     legislative districts may be created
18     within a single county, which districts
19     fall at or within plus or minus
20     5 percent deviation from the ideal
21     population consistent with one person,
22     one vote requirements, single member,
23     non-VRA districts shall be formed
24     within said county.  Such non-VRA
25     districts shall be compact and should

85

1    not traverse the exterior geographic
2    boundary of any such county."
3          Does that the sound familiar to
4    you from Stephenson?
5    A    Yes.
6    Q    Does your algorithm ensure that in any
7    single county grouping containing two
8    districts, the two districts do not traverse
9    the exterior geographic boundary of that
10   single county?
11   A    County grouping.
12   Q    Let me rephrase.
13   A    Yes.
14   Q    Does your algorithm ensure that in any
15   county grouping that contain one county and
16   two districts, that two districts do not
17   traverse the exterior geographic boundary of
18   the county?
19   A    Yes.
20   Q    Okay. And then Stephenson says, "Within
21   any such contiguous multicounty groupings,
22   compact districts shall be formed consistent
23   with the at or within plus or minus 5 percent
24   standard whose boundary lines do not cross or
25   traverse the exterior line of the multicounty

86

1    grouping."
2          Does that sound familiar to you?
3    A    Yes.
4    Q    And does your algorithm ensure that in a
5    continuos multicounty grouping that contains
6    multiple districts, that districts do not
7    cross or traverse the exterior line of the
8    multicounty grouping?
9    A    Yes.
10   Q    Okay. And then Stephenson states:
11         "Provided, however, that the
12   resulting interior county lines created
13   by any such groupings may be crossed or
14   traversed in the creation of districts
15   within said multicounty groupings, but
16   only to the extent necessary to comply
17   with the at or within plus or minus
18   5 percent, one person, one vote
19   standard."
20         Do you recall that?
21   A    Yeah. Could you actually read it again?
22   I apologize. That was a lot to take in at
23   once.
24   Q    Sure. And then Stephenson states:
25         "Provided, however, that the

87

1    resulting interior county lines created
2    by any such groupings may be crossed or
3    traversed in the creation of districts
4    within said multicounty grouping, but
5    only to the extent necessary to comply
6    with the at or within plus or minus
7    5 percent, one person, one vote
8    standard."
9          Does that the sound familiar?
10   A    Yes.
11   Q    Okay. And your algorithm does not
12   create the districts with the grouping,
13   correct?
14   A    That is correct.
15   Q    So it doesn't produce or create
16   traversals of interior county lines within a
17   multicounty grouping; is that true?
18   A    That is true.
19   Q    Okay. And then I just want to ask one
20   question about -- so what was that --
21   the 2020 paper, what exhibit number was that?
22         Do you recall?
23   A    This one?
24   Q    Four. Okay. I'm just going to ask you
25   one question about Exhibit 4.

88

1          If you want to flip to Page 27 of that.
2    A    Page 27?
3    Q    Yeah.
4    A    Okay. Yes, ma'am.
5    Q    Okay. And you see there's a section
6    there called, "Minimizing Traversals",
7    Section 6.1?
8    A    Yeah.
9    Q    All right. Does that refresh your
10   recollection that this paper does discuss
11   traversals?
12   A    Yeah.
13         MS. THEODORE: Okay. That's all that
14   I have.
15         MR. STRACH: All right. No further
16   questions. Thank you.
17         MS. THEODORE: Thank you.
18         (Whereupon, this examination was
19         concluded at 12:17 PM.)
20
21
22   _____
23   JONATHAN MATTINGLY
24
25

89

1  Subscribed and sworn to
   before me on this _____ day
2  of _____, _____.
3
4  _____
   Notary Public
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

90

1          I N D E X
2  WITNESS: JONATHAN MATTINGLY
3  EXAMINATION BY              PAGE
4  MR. STRACH                   4
5  MS. THEODORE                83
6
7          E X H I B I T S

8  MATTINGLY      DESCRIPTION       PAGE
9  Exhibit 2     Rebuttal Expert     13
                 Report of Dr.
10               Jonathan Mattingly
11 Exhibit 1     Expert Report of Dr.  13
                 Jonathan Mattingly
12
   Exhibit 3     Article "Quantifying  22
13               Gerrymandering"
14 Exhibit 4     Article "Optimal      42
                 Legislative County
15               Clustering in North
                 Carolina"
16
   Exhibit 5     Screen shot from      67
17               Code Repository
18 Exhibit 6     Screenshot of Code    71
                 Repository
19
   Exhibit 7     Printout "Adding      76
20               Partial Clustering
                 Capabilities"
21
22
23
24
25

91

1          C E R T I F I C A T E
2
3  I, KIARA MILLER,
4  a Shorthand Reporter and Notary Public of the
5  State of New York, do hereby certify:
6
7  That the witness whose examination is
8  hereinbefore set forth, was duly sworn or
9  affirmed by me, and the foregoing transcript is
10 a true record of the testimony given by such
11 witness.
12
13 I further certify that I am not related to any
14 of the parties to this action by blood or
15 marriage, and that I am in no way interested in
16 the outcome of this matter.
17
18          *Kiara Miller*
19        _____
20             KIARA MILLER
21
22
23
24
25

| A |
| --- |

**ability**
41:15, 47:3,
47:24, 49:21,
50:2, 61:15,
70:9, 70:12,
73:23, 76:3
**able**
6:1, 40:23,
41:4
**about**
6:23, 8:4,
10:14, 13:2,
16:11, 17:12,
19:15, 19:19,
20:3, 20:4,
20:5, 21:18,
21:22, 22:14,
23:6, 27:7,
27:16, 27:22,
27:23, 28:5,
29:20, 30:16,
31:15, 31:22,
32:4, 34:23,
34:24, 35:21,
36:19, 37:14,
38:13, 38:15,
40:16, 42:19,
42:20, 43:5,
45:3, 45:14,
46:5, 46:15,
48:12, 48:18,
49:2, 49:10,
49:21, 50:4,
51:1, 51:11,
52:10, 52:15,
52:23, 55:1,
55:3, 58:23,
60:18, 61:24,
66:23, 71:25,
72:12, 80:11,
81:6, 83:19,
87:20, 87:25
**above**
44:18, 44:23,
55:19, 64:20
**absolutely**
45:14, 84:14

**academic**
16:4
**access**
72:20, 73:7,
73:21
**accidentally**
82:2
**account**
25:25, 34:2,
40:10, 41:3,
60:16, 82:19,
83:1, 84:11
**accounting**
54:19
**acknowledgments**
45:23
**across**
21:23, 29:23,
59:11, 59:13
**act**
10:20, 55:3
**action**
91:14
**actual**
9:14, 38:19,
77:13, 77:25
**actually**
4:20, 6:3, 8:6,
8:22, 14:14,
17:14, 17:18,
18:1, 18:6,
21:19, 25:5,
26:1, 26:10,
37:22, 39:23,
39:25, 54:10,
59:9, 59:21,
71:21, 81:11,
86:21
**add**
77:6
**added**
16:18, 52:9,
68:6, 69:25,
70:9, 71:16,
75:2, 75:4
**adding**
69:18, 72:22,
73:10, 74:15,

76:20, 76:25,
90:27
**addition**
52:13
**additional**
73:1
**additions**
77:17, 77:24
**address**
4:5, 4:7, 5:2,
5:3, 5:4, 34:9,
34:11, 35:23,
36:1, 50:21,
51:4, 51:8
**addressing**
47:8
**admit**
39:9
**adopted**
43:10
**affirmed**
91:9
**aforementioned**
64:25
**after**
4:1, 32:7,
36:20, 37:6,
43:22, 44:7,
45:17, 51:7,
54:13, 57:3,
72:9, 76:11,
79:11
**afterwards**
43:20
**again**
4:14, 21:24,
23:18, 32:15,
34:15, 48:7,
54:15, 65:25,
71:20, 73:3,
73:14, 75:3,
81:11, 86:21
**against**
1:9, 2:9
**ago**
23:14, 31:14,
33:8, 43:3
**ahead**
40:18, 41:8,

45:15, 78:2
**al**
1:12, 2:12,
4:18
**algorithm**
8:5, 8:13,
9:13, 9:15,
9:17, 10:6,
10:14, 12:1,
12:13, 31:7,
31:16, 32:20,
34:1, 34:5,
35:3, 37:8,
37:10, 37:24,
38:17, 40:9,
41:14, 44:6,
45:17, 54:2,
55:8, 57:2,
57:7, 57:12,
58:18, 60:15,
61:17, 63:20,
65:8, 72:17,
73:2, 74:16,
75:8, 76:13,
76:14, 76:15,
84:11, 85:6,
85:14, 86:4,
87:11
**algorithms**
11:4, 18:4,
45:6, 48:19,
49:10, 61:15
**allow**
73:11
**allowed**
41:23, 41:25,
47:21
**almost**
71:22
**along**
23:1, 23:4
**alphabetical**
17:20
**already**
12:12, 41:17,
45:5, 47:23,
52:13, 70:11,
70:12

| | | | |
|---|---|---|---|
| **also** | **answers** | **apparently** | 68:13, 68:14, |
| 9:3, 15:9, | 69:16, 76:17 | 69:21 | 68:16, 90:15, |
| 48:16, 54:7, | **any** | **appear** | 90:17 |
| 56:11, 56:20, | 4:25, 8:23, | 50:18 | **articles** |
| 63:14, 63:25, | 11:21, 12:10, | **appears** | 19:24, 45:14, |
| 65:16 | 14:17, 15:3, | 55:10, 58:6, | 50:18 |
| **alter** | 15:15, 16:7, | 77:8, 77:12 | **aside** |
| 73:2 | 16:17, 17:3, | **appendices** | 39:4 |
| **altered** | 17:5, 17:8, | 15:4 | **asked** |
| 75:7 | 17:25, 18:6, | **appendix** | 8:4, 8:7, 8:9, |
| **alternatively** | 19:12, 19:14, | 14:3, 14:4 | 10:4, 10:14, |
| 60:22 | 19:22, 19:23, | **applied** | 18:19, 25:14, |
| **although** | 24:23, 25:24, | 11:6 | 34:6, 48:15, |
| 12:6, 13:15 | 26:8, 27:10, | **approximate** | 56:3, 56:18, |
| **always** | 27:11, 27:15, | 11:5 | 56:24, 57:1, |
| 37:13, 40:23, | 27:21, 27:25, | **april** | 67:7 |
| 41:4, 48:14, | 31:14, 38:3, | 71:17, 71:25, | **asking** |
| 48:21, 52:3, | 39:2, 40:13, | 72:16 | 20:6, 33:19, |
| 54:3, 62:22, | 50:8, 51:10, | **archive** | 46:13, 52:23, |
| 69:7, 73:15, | 52:6, 55:5, | 42:15, 50:15 | 70:18, 71:1 |
| 73:24, 73:25, | 59:3, 67:3, | **areas** | **aspect** |
| 81:16, 83:3 | 71:1, 72:16, | 76:2 | 50:11, 54:1 |
| **among** | 73:2, 75:7, | **aren't** | **aspects** |
| 29:9, 57:14 | 84:6, 85:2, | 57:19 | 16:11, 38:13, |
| **amount** | 85:6, 85:14, | **arnold** | 39:2 |
| 12:5 | 85:21, 86:13, | 3:14, 7:17 | **assisted** |
| **analysis** | 87:2, 91:13 | **around** | 9:11 |
| 11:3, 25:24, | **anyone** | 13:17, 39:22, | **associate** |
| 26:8, 65:11, | 40:2, 48:15, | 41:16, 41:24, | 9:4 |
| 80:15 | 50:15 | 43:1, 45:11, | **associated** |
| **analyzing** | **anything** | 47:22, 49:22, | 68:2 |
| 21:22 | 7:4, 7:5, | 51:20, 53:23, | **assume** |
| **annotations** | 15:22, 15:24, | 55:10, 61:4, | 29:18, 70:22 |
| 69:16 | 16:19, 16:21, | 63:21, 65:22, | **assumed** |
| **another** | 28:2, 29:18, | 74:7 | 41:9 |
| 12:9, 28:19, | 29:25, 35:13, | **article** | **assumes** |
| 29:16, 51:6, | 42:24, 45:3, | 22:13, 22:17, | 29:13 |
| 69:21, 70:5, | 45:9, 55:1 | 22:22, 23:2, | **attached** |
| 71:8, 72:21, | **anyway** | 23:6, 23:11, | 15:19, 37:22 |
| 75:6 | 20:21 | 23:20, 27:11, | **attachment** |
| **answer** | **anywhere** | 42:3, 42:8, | 73:20 |
| 6:20, 15:12, | 13:15, 34:8, | 42:19, 42:20, | **attempt** |
| 26:15, 27:21, | 34:11 | 42:25, 43:2, | 24:23, 40:13, |
| 36:17, 42:13, | **apart** | 45:9, 45:12, | 59:3 |
| 61:13, 76:15 | 7:8 | 47:8, 47:10, | **attempted** |
| **answered** | **apologize** | 50:9, 50:20, | 26:2 |
| 26:13 | 13:22, 14:1, | 50:22, 51:2, | **attention** |
| **answering** | 64:22, 86:22 | 51:4, 51:6, | 46:4 |
| 7:6 | | | |

attest
75:11
auctions
49:11, 49:12
august
14:24, 68:4,
68:11, 68:15
author
22:25
authors
46:1
automated
31:19, 32:1
available
42:15, 49:18
avenue
3:5, 3:15
avoid
43:8
aware
4:19, 5:23,
14:13, 14:15,
26:5, 38:11,
38:12
away
7:10

**B**

back
30:24, 33:7,
40:14, 41:2,
48:21, 54:16,
68:10, 72:6,
80:4, 81:1, 81:2
backup
67:17
bad
20:9
baker
3:4
bar
11:18
base
68:5, 68:24,
72:6, 72:8
based
52:3, 63:11,
68:14, 71:22,

72:18
basing
11:5, 69:16,
71:22
because
24:3, 25:5,
25:15, 30:12,
36:7, 43:9,
52:12
been
4:1, 6:6, 6:8,
6:12, 16:21,
18:19, 18:24,
19:4, 19:18,
20:19, 24:12,
31:2, 33:10,
33:23, 38:7,
40:4, 40:8,
40:23, 43:22,
50:12, 61:18,
62:1, 73:16,
74:20
before
2:19, 6:7,
14:3, 14:17,
38:7, 38:14,
45:7, 89:2
beginning
5:16, 23:24,
41:18, 42:1,
47:24, 54:7,
65:19
behalf
2:17, 3:3, 3:13
behaved
8:5, 8:13
being
8:1, 10:1,
23:6, 57:9,
63:7, 63:8,
63:10, 63:12,
64:25, 66:8
believe
4:20, 7:21,
14:25, 15:18,
18:21, 21:15,
22:23, 25:4,
25:16, 32:12,

36:17, 43:4,
43:19, 46:15,
48:2, 48:4,
51:19, 51:25,
52:2, 52:8,
63:6, 63:16,
64:14, 65:9,
65:13, 66:16,
66:25, 68:7,
70:20, 73:19,
75:22
below
55:13, 57:13,
60:12, 63:23
benefit
14:6
berkley
49:4, 49:5
bertie
63:25, 65:16
best
21:16, 57:20,
74:6, 74:9,
75:23
bet
13:19
better
6:16
between
52:6
beyond
37:4, 52:13
big
30:17
biology
11:6, 11:7
bit
33:24, 41:19,
44:14, 47:25,
48:22, 53:14,
58:14, 69:9,
81:21
blake
38:4, 38:8,
46:2
blank
20:14, 80:19
blog
22:23, 22:24,

23:20, 25:15,
27:9, 28:1,
37:18
blood
91:14
blue
20:19
board
1:11, 2:11,
4:19
body
50:25
boils
28:25
both
21:8, 23:23,
40:4, 54:3,
56:9, 58:6,
58:11, 58:20,
65:21
bottom
43:14, 59:17,
68:4
boundaries
84:5
boundary
85:2, 85:9,
85:17, 85:24
bra
32:4
branch
33:1, 33:4,
33:15, 67:19,
67:22, 68:19,
69:4, 70:17,
70:24, 75:25,
76:8, 76:10,
77:1, 77:3,
77:9, 79:19,
79:25
branches
33:5, 33:16,
68:23, 68:24
break
7:2, 7:3,
47:13, 80:22
breakdown
29:1

breaks
29:3
bring
46:2
broader
69:20
brought
46:8, 46:20,
49:13
bug
69:22
bugs
82:17
builds
61:3
built
41:1
bullet
35:20
bullets
35:23
bunch
58:14

**C**

calculation
30:2, 30:3
calculations
11:5
call
19:25, 59:14,
67:21, 67:23,
69:19
called
11:16, 20:4,
20:8, 32:25,
33:22, 45:22,
54:19, 54:23,
67:25, 77:6,
88:6
calling
33:15
came
43:20, 44:6,
70:21
can't
20:18, 25:7,
25:8, 27:24,

52:9, 52:11,
70:20, 70:25,
73:4, 74:2,
75:11
cannot
36:14
capabilities
76:21, 77:1,
90:29
capability
72:23, 73:10,
73:13, 77:7
careful
81:25
carolina
1:2, 1:11, 2:2,
2:11, 4:9, 6:4,
17:4, 19:7,
19:25, 31:8,
42:5, 44:24,
46:17, 58:21,
90:20
case
1:8, 2:8, 4:18,
5:23, 7:13,
7:20, 8:1, 8:3,
8:8, 9:9, 9:23,
10:13, 11:22,
12:21, 15:16,
17:10, 17:11,
32:12, 34:2,
38:3, 38:9,
38:11, 38:16,
48:8, 51:16,
51:23, 52:7,
52:18, 54:14,
54:23, 54:24,
55:2, 55:4,
56:4, 61:7,
65:11, 72:11,
76:9, 80:7,
80:15
cases
8:6, 8:12,
10:7, 15:10,
16:17, 16:23,
33:21, 53:14,
53:15, 61:14

cause
6:24
census
10:16, 10:17,
83:23
certain
8:5, 10:7,
10:12, 11:11,
29:20, 82:1
certainly
20:2, 39:17,
39:18, 45:20,
52:3
certainty
71:1
certify
91:5, 91:13
cetera
16:14, 18:25,
19:24, 55:21,
56:11, 60:5,
62:6, 63:25,
65:17
challenged
8:1
chance
16:10, 19:18
change
26:19, 28:12,
28:14, 28:15,
28:21, 29:5,
30:22, 50:25,
72:9, 72:16,
72:21, 73:9,
73:11, 74:5,
74:14, 74:24,
75:1, 75:10,
81:17
changed
26:18, 26:24,
30:23, 73:16,
74:20, 75:11,
75:12, 79:4
changes
30:4, 30:7,
30:9, 52:4,
69:10, 69:13,
70:15, 72:17,

77:12, 77:24,
78:9, 78:11,
78:14, 78:17,
78:25, 79:3,
79:9, 79:11,
79:12, 79:13,
79:18, 79:24
changing
75:17, 80:5
chatted
21:9
check
9:21, 13:20,
39:6, 52:2,
55:18, 70:19,
74:12, 78:4
checkable
74:13
checked
74:19, 79:16
checking
70:25, 82:14
choices
57:14, 58:8,
59:21, 60:2,
60:25, 61:2,
80:2
chowan
60:4, 60:6
christopher
4:7
citizens
46:17
city
5:5, 5:6
claim
35:4
clarification
36:3, 59:10
clarify
18:3, 36:4,
42:12, 59:19,
83:20
class
18:10
cleaning
12:6, 12:7,
12:17

**clear**
40:20, 43:21,
53:19, 58:20
**clumped**
32:14
**clumping**
32:8
**cluster**
36:22, 61:11,
62:24, 63:1,
63:10
**clustering**
42:4, 43:9,
46:23, 61:9,
72:23, 73:10,
73:24, 76:21,
76:25, 77:6,
90:19, 90:28
**clusterings**
36:20, 46:19,
46:20, 47:4,
47:5, 64:8
**clusters**
34:23, 34:25,
36:25, 43:9,
61:4
**code**
15:6, 31:11,
31:24, 32:24,
33:8, 38:1,
38:20, 38:22,
38:23, 39:2,
39:5, 39:12,
39:13, 39:14,
39:21, 40:2,
40:14, 40:23,
41:1, 41:10,
41:12, 41:15,
41:17, 41:18,
41:22, 42:22,
47:21, 47:23,
48:12, 49:20,
49:25, 50:7,
50:11, 50:13,
50:20, 50:25,
51:7, 51:9,
51:11, 51:14,
51:15, 51:20,

51:23, 52:7,
52:14, 54:10,
61:22, 67:12,
67:16, 67:20,
68:5, 68:11,
68:13, 68:15,
68:16, 68:17,
68:19, 68:24,
69:1, 69:3,
69:15, 70:1,
71:4, 71:9,
72:3, 72:6,
73:1, 73:2,
73:16, 73:18,
73:22, 74:15,
74:20, 75:2,
75:8, 75:24,
76:7, 77:13,
77:25, 78:9,
78:11, 78:18,
78:22, 79:6,
80:6, 80:8,
80:12, 80:14,
80:19, 81:12,
81:13, 82:14,
90:23, 90:24
**codes**
33:9
**coding**
11:16
**colleagues**
37:14
**colored**
66:5
**com**
3:7, 3:8, 3:17
**come**
6:1, 48:20
**comes**
37:6
**commencing**
2:18
**comment**
40:3, 69:14,
71:21, 73:4
**comments**
70:24, 71:24,
72:19

**commit**
68:9, 69:17,
73:3, 73:5,
77:10, 77:11,
78:13, 78:15,
78:18, 80:13,
80:19
**commits**
73:15
**committed**
72:8
**committee**
21:11
**common**
58:11
**compact**
84:25, 85:22
**compare**
24:24
**compared**
26:11, 28:6
**comparing**
24:7, 24:9,
24:14, 27:1
**compensation**
9:22
**competent**
11:17
**complete**
61:11
**completely**
7:6, 60:20,
60:21
**comply**
86:16, 87:5
**comprises**
58:12
**computer**
31:11, 31:20,
31:22, 31:23,
41:15, 82:13
**concluded**
88:19
**conclusion**
27:22
**conclusions**
27:16
**condition**
18:8

**conference**
49:8
**confused**
45:5, 62:22,
64:23
**confusing**
7:1
**congressional**
21:23, 23:21,
23:23, 24:6,
24:24
**connecticut**
3:5
**connection**
19:11
**consider**
10:9, 10:15,
10:19, 10:22,
11:9, 11:15,
44:3
**consideration**
61:10
**considering**
43:8, 43:10,
44:5
**consistent**
79:16, 84:3,
84:21, 85:22
**consisting**
62:5, 63:24
**consists**
58:23, 58:25,
59:21
**constantly**
16:2
**constituting**
55:24
**constitution**
44:24, 45:1
**constraints**
44:10, 44:16,
44:20, 44:23
**contact**
19:14
**contacted**
20:3, 72:10
**contain**
85:15

containing
85:7
contains
86:5
content
68:17
contention
23:3
context
79:4, 79:5
contiguous
85:21
continuos
86:5
contributed
37:9
control
68:21, 81:8,
81:10, 82:18,
82:23
conversation
34:13, 34:16,
44:1
conversations
14:8, 37:14,
48:20
copied
17:17
copy
16:5
corners
11:7
correct
4:21, 5:25,
7:24, 14:10,
14:11, 14:25,
15:20, 16:25,
23:19, 27:17,
28:4, 44:4,
44:22, 45:2,
47:9, 48:4,
48:10, 51:5,
55:22, 56:15,
57:17, 63:6,
64:14, 66:17,
68:12, 69:11,
77:13, 77:25,
87:13, 87:14

correctly
77:16
could
6:13, 12:25,
13:15, 31:19,
31:20, 31:21,
32:1, 32:9,
32:14, 36:3,
40:2, 69:6,
73:6, 73:8,
75:14, 79:3,
81:16, 81:22,
86:21
couldn't
69:14
counsel
56:4, 67:5,
72:10
count
31:5
counties
31:7, 32:9,
32:21, 35:24,
36:12, 52:20,
56:5, 56:25,
58:14, 58:23,
59:1, 59:16,
61:25, 73:12,
83:23
country
21:23
county
32:19, 34:23,
34:25, 36:13,
36:15, 36:20,
36:22, 36:25,
37:4, 37:8,
38:2, 39:20,
40:22, 40:24,
42:4, 46:19,
46:20, 46:22,
47:4, 53:11,
53:16, 53:18,
57:3, 60:10,
60:14, 60:16,
61:3, 61:6,
61:11, 61:16,
62:7, 62:14,

62:19, 63:3,
63:9, 63:10,
64:8, 64:12,
65:3, 65:18,
66:3, 66:8,
66:10, 66:12,
84:8, 84:18,
84:24, 85:2,
85:7, 85:10,
85:11, 85:15,
85:18, 86:12,
87:1, 87:16,
90:18
couple
8:11, 81:6,
83:12, 83:19
course
49:14, 70:2
court
1:1, 2:1, 4:4,
4:23, 5:2, 6:18,
8:11, 9:17,
10:4, 16:20,
18:21, 24:8,
34:6, 46:17
court's
24:20
courts
17:3, 47:2
cpa
5:20
crack
39:7
create
36:20, 61:8,
68:23, 73:1,
87:12, 87:15
created
26:22, 63:19,
67:25, 84:17,
86:12, 87:1
creating
36:14, 36:25
creation
86:14, 87:3
credit
17:7
criteria
55:14

criticize
28:3
cross
84:7, 85:24,
86:7
crossed
86:13, 87:2
current
5:3, 5:4, 16:4,
33:18
cv
15:19, 15:23,
16:13

**D**

dan
20:19
data
9:10, 9:11,
10:16, 10:17,
12:6, 12:7,
12:17, 18:16,
27:4, 27:5,
27:6, 28:4,
41:5, 67:17
date
13:8, 13:12,
13:15, 14:23,
22:20, 42:7,
67:14, 71:7,
74:1, 76:23,
77:23
dated
68:15
dates
68:1
day
29:8, 30:11,
89:2
dc
3:6
deal
37:3, 40:21,
40:22, 43:25,
45:6, 53:23,
61:25, 73:11
dealing
52:20, 54:9

deals
36:24
dealt
32:5, 32:7,
43:21
decide
36:21, 40:24,
45:15, 50:1
decided
35:10, 43:22
deciding
44:7
decision
65:6, 65:7
default
81:18
defendants
1:13, 2:13,
3:13
definitely
21:3, 77:21,
78:5
deletions
77:17, 77:22,
77:25
democracy
30:18
democrat
19:15, 30:17
democrats
26:2, 26:10
demonstration
18:10, 55:11,
56:7, 56:13,
56:15, 57:8,
59:7, 59:25,
60:14, 62:3,
63:14, 63:23,
64:6, 64:10,
64:11, 65:10,
66:20
denied
17:7
dependent
57:7
depends
27:6, 31:5,
53:13, 80:1

depict
57:14
deposed
6:6, 6:8, 6:12,
6:15
deposition
1:16, 2:16,
4:17, 5:7
describe
38:18, 71:18
described
55:19, 60:11,
60:17, 60:25,
61:17, 65:19,
84:12
describes
62:10
description
90:8
details
8:3
develop
9:14
developed
31:7, 37:23,
39:11, 53:22
developing
31:15, 32:19,
37:7, 38:1,
38:17, 38:22
development
37:10, 38:20
deviation
84:2, 84:20
diamond
17:10
dickson
31:9, 33:21,
36:11
differences
52:6
different
27:1, 27:2,
27:3, 29:19,
49:12, 52:19,
53:21, 53:22,
57:14, 59:22,
61:16, 65:5,

68:22, 74:21,
80:2, 82:3
differently
29:14
difficult
47:25
direct
44:25
directly
18:18, 27:23,
51:8
discuss
59:6, 79:10,
88:10
discussed
9:13, 45:19
discusses
42:25, 45:10
discussing
45:20
discussions
51:10
dispute
59:15
distribution
26:21
district
1:1, 1:2, 2:1,
2:2, 18:7,
21:25, 36:14,
53:9, 53:16,
54:9, 55:11,
55:14, 55:15,
55:16, 55:23,
56:5, 56:7,
56:13, 56:15,
57:8, 59:7,
59:25, 60:4,
60:9, 60:12,
60:15, 60:21,
60:22, 61:3,
61:8, 62:3,
62:5, 62:11,
63:1, 63:14,
63:23, 63:24,
64:6, 64:10,
64:11, 65:10,
65:22, 66:4,

66:21, 67:2,
81:14, 81:15,
82:20, 83:2,
84:1, 84:6
districting
18:1, 18:16,
35:22
districts
8:1, 18:6,
18:12, 32:5,
32:11, 32:14,
32:17, 36:22,
40:16, 41:6,
41:10, 41:16,
41:23, 42:25,
43:5, 43:23,
44:8, 45:11,
45:16, 47:22,
48:13, 49:22,
52:10, 53:4,
53:24, 54:19,
56:9, 57:11,
59:4, 63:12,
63:19, 64:24,
66:2, 66:4,
66:11, 67:4,
81:20, 82:1,
82:11, 82:25,
83:5, 84:17,
84:18, 84:23,
84:25, 85:8,
85:16, 85:22,
86:6, 86:14,
87:3, 87:12
divide
36:13
divided
81:19, 82:10,
82:24, 83:4
division
1:3, 2:3
doable
54:7
docs
8:21
doing
79:14
done
12:5, 12:7,

46:12, 52:14,
74:7
**double**
9:21, 13:20
**down**
6:1, 18:5,
28:25, 29:3,
44:13, 68:4
**dr**
1:17, 2:16,
4:1, 4:14, 9:4,
13:5, 13:10,
13:14, 17:25,
22:21, 38:19,
39:3, 39:11,
45:10, 73:6,
75:14, 78:11,
79:1, 79:8,
81:3, 83:9,
83:18, 90:10,
90:12
**draft**
39:18, 39:19
**drafting**
15:1
**draw**
18:6, 18:19,
18:22, 18:25,
19:5, 27:15,
35:21, 36:14,
41:6, 59:4
**drawing**
18:1, 20:14,
21:4, 26:1
**drawings**
66:1
**drawn**
18:7, 18:11,
24:20, 26:9
**drew**
19:8, 19:21
**duke**
5:9, 5:10,
8:18, 9:3, 9:5,
9:6, 31:2
**duly**
4:1, 91:8
**dumb**
6:24

**durham**
4:8
**dynamical**
11:4

**E**

**each**
6:19, 7:8,
7:10, 13:4,
36:22, 38:23
**earlier**
39:24, 42:15,
52:14, 59:20,
60:17, 61:1,
80:13
**earliest**
81:16
**early**
18:17
**easier**
6:19, 41:19,
70:13
**easiest**
54:4
**easily**
52:13
**east**
4:8, 58:2,
58:5, 58:7,
58:8, 58:12,
59:2, 59:19
**eastern**
1:2, 1:3, 2:2,
2:3, 58:13,
58:21
**easy**
53:14, 81:24
**eddie**
46:2
**edgecombe**
55:24, 56:12,
56:14, 56:20,
66:22, 66:24,
67:1, 67:3
**edit**
81:16
**editing**
74:20

**educating**
46:5
**effect**
27:16
**effects**
19:20
**efficiently**
31:23
**eight**
35:20, 62:13
**either**
15:1, 30:9,
60:18
**elected**
28:14, 29:6,
30:23
**election**
24:17, 25:22,
27:4, 27:5,
27:6, 28:12,
28:22, 29:15,
30:5, 30:6
**elections**
1:12, 2:12,
4:19, 24:10,
24:11, 24:16,
24:20, 27:1,
28:18, 29:19
**electorate**
26:18, 26:23
**elisabeth**
3:17, 3:18
**elizabeth**
4:16, 7:16,
13:2, 47:16
**else**
37:16
**email**
3:7, 3:17
**enacted**
24:25
**end**
5:12, 5:17,
15:21, 29:8,
30:11
**engaged**
19:4
**ensemble**
26:22, 27:20,

27:24
**ensure**
85:6, 85:14,
86:4
**entire**
53:15, 53:16,
58:13, 66:3,
83:3
**entirely**
73:19
**entity**
18:20
**entry**
77:5
**equivocating**
42:17
**errors**
80:16, 82:17
**esq**
3:10, 3:11,
3:18
**esselstyn**
38:4, 38:10,
46:2
**essentially**
8:22, 51:22,
53:4, 53:8, 54:3
**established**
45:6
**et**
1:12, 2:12,
4:18, 16:14,
18:25, 19:24,
55:21, 56:10,
60:5, 62:6,
63:25, 65:17
**evaluate**
8:4
**even**
69:1, 74:13
**ever**
4:25, 17:5,
17:7, 18:5,
18:11, 18:19,
18:24, 19:4,
19:24, 21:13,
22:9, 47:10,
50:8, 50:12,

50:21, 53:5,
61:18, 79:19
**everything**
9:13, 49:10,
71:22, 79:10
**exact**
49:6, 51:15,
69:15
**exactly**
5:21, 10:3,
13:25, 21:12,
23:15, 33:9,
35:13, 36:4,
45:18, 53:20,
56:17, 62:22,
73:14, 74:2,
74:4, 74:23,
75:12
**examination**
4:10, 83:16,
88:18, 90:3,
91:7
**examined**
4:3
**example**
69:25, 70:1
**examples**
38:25
**excluded**
17:5
**exclusively**
69:7
**executed**
13:21
**exhibit**
13:7, 13:11,
13:14, 15:2,
22:19, 22:21,
27:8, 30:24,
42:6, 44:3,
51:3, 52:18,
54:17, 65:15,
66:13, 67:10,
67:13, 71:3,
71:5, 75:20,
76:19, 76:22,
77:5, 78:25,
79:18, 80:4,

81:2, 87:21,
87:25, 90:9,
90:12, 90:15,
90:17, 90:22,
90:24, 90:27
**exhibits**
15:2
**existed**
47:5
**existing**
73:2
**experience**
18:1
**experiment**
48:22
**experimentation**
42:23
**expert**
7:13, 8:8,
10:2, 10:10,
10:15, 10:19,
10:22, 11:3,
11:9, 11:16,
11:19, 13:5,
13:9, 15:15,
16:14, 19:4,
90:9, 90:12
**explain**
52:21
**explaining**
20:16
**explicit**
48:1, 48:12,
48:15, 49:21,
50:7, 81:21
**explicitly**
50:13, 81:23
**express**
27:2, 27:10
**extent**
18:11, 86:16,
87:5
**exterior**
84:7, 85:1,
85:9, 85:17,
85:25, 86:7

**F**

**facing**
50:15

**fact**
40:3, 46:16,
77:24
**factors**
55:5
**fair**
39:8, 39:10,
57:5, 67:21,
74:25, 80:5
**fairness**
48:18, 49:9
**fall**
48:2, 48:3,
84:19
**falling**
84:1
**familiar**
33:20, 33:23,
42:8, 54:23,
71:12, 77:2,
84:9, 85:3,
86:2, 87:9
**far**
7:8, 66:5
**fascia**
82:16
**favor**
26:2
**favored**
26:10
**favoring**
29:4
**features**
69:2
**february**
5:24
**federal**
21:21
**fellow**
21:13
**few**
18:7, 22:14
**field**
10:18
**fields**
10:1
**file**
1:22

**filed**
16:20, 16:22,
17:22
**finally**
9:20
**fine**
14:7
**firm**
6:15, 7:17
**first**
4:1, 7:19,
7:21, 32:7,
32:8, 39:7,
39:18, 39:19,
39:21, 40:21,
43:2, 46:9,
46:11, 47:20,
68:5, 76:4
**fiscal**
5:17
**fit**
11:18
**five**
47:15
**flip**
64:18, 88:1
**fluctuates**
8:17
**fluid**
11:4
**focused**
23:20
**follow**
40:11
**followed**
31:10, 31:12
**following**
36:18
**follows**
4:3
**foregoing**
91:9
**forget**
4:20
**forgot**
11:8
**form**
26:4, 27:13,

29:10, 29:17,
33:6, 34:4,
35:12, 36:2,
40:17, 41:7,
45:4, 58:16,
58:24, 59:18,
61:19, 62:8,
64:2, 68:20,
69:5, 70:10,
74:8, 74:17,
75:15, 78:1,
79:21, 80:17
**formation**
83:25
**formatted**
82:15
**formatting**
82:16
**formed**
84:23, 85:22
**formulate**
9:8
**forth**
91:8
**forward**
50:3
**found**
46:23, 46:24,
69:23
**four**
32:22, 87:24
**fourth**
54:18
**francisco**
49:5
**freeze**
41:16, 47:21,
49:22, 53:3,
53:8, 53:23,
56:4, 56:18,
56:24, 57:1,
57:10, 63:14,
66:14, 66:21,
66:24
**freezes**
61:2, 61:7
**freezing**
41:23, 42:25,

45:10, 48:13,
50:21, 51:5,
52:10, 52:23,
52:25, 66:19,
70:9, 70:11,
73:13, 82:1
**friendly**
82:5
**front**
14:19
**froze**
56:9, 56:11,
63:24, 67:3
**frozen**
54:9, 57:9,
60:4, 60:8,
60:14, 62:5,
62:16, 62:25,
63:19, 64:7,
66:20, 67:1,
82:19, 83:2
**full**
35:5
**functioning**
30:16
**funded**
49:4
**further**
44:14, 88:15,
91:13
**future**
16:10
**fuzziness**
69:19

---

**G**

**g-r-e-y-i-n-g**
75:21
**gates**
60:5, 60:6,
65:17
**gave**
4:23, 5:2, 9:9,
20:15, 70:12,
73:20
**gear**
4:8
**general**
11:24, 42:18

**generally**
46:4
**generate**
46:18
**generated**
12:4, 31:11,
31:22
**geographic**
84:8, 85:1,
85:9, 85:17
**geography**
29:22
**gerrymander**
27:12
**gerrymandered**
23:4
**gerrymandering**
22:18, 23:7,
37:18, 48:19,
90:16
**gingles**
54:24, 55:2,
55:5
**gis**
46:5
**git**
67:19, 68:22,
70:22, 73:7,
77:18
**give**
10:5, 11:1,
16:8, 16:10,
18:22, 20:5,
41:10, 41:15,
47:1
**given**
16:9, 17:8,
27:14, 74:11,
74:22, 91:10
**gives**
61:13
**giving**
16:2
**go**
6:5, 12:19,
12:23, 17:18,
30:24, 31:15,
33:7, 35:18,

36:21, 39:13,
40:18, 41:7,
78:2, 80:20
**goes**
28:11, 30:1,
30:3, 59:6,
60:18
**going**
5:24, 12:19,
12:23, 12:24,
13:1, 22:12,
22:14, 30:13,
44:13, 57:19,
59:14, 60:19,
67:9, 69:9,
70:25, 78:23,
83:12, 83:21,
87:24
**gone**
4:25
**good**
4:12, 4:14,
4:16, 4:22, 7:9,
12:16, 12:18,
19:17, 82:15
**gotcha**
5:23
**government**
18:20, 46:16,
49:3
**grafstein**
22:10
**granville**
63:5
**graphical**
12:3
**graphs**
76:16
**graying**
72:15
**great**
51:12
**green**
63:4
**greg**
23:1, 37:11,
72:7
**gregory**
9:1

**grey**
76:2
**greying**
75:17, 75:18,
75:25, 80:5
**group**
8:10, 8:15,
8:16, 19:5,
31:7, 32:13,
35:21, 36:12,
41:16, 41:23,
47:22, 49:22
**grouping**
32:20, 32:25,
34:21, 35:9,
37:5, 37:8,
39:20, 39:21,
43:1, 45:11,
53:11, 53:23,
55:24, 57:16,
58:5, 58:12,
58:22, 59:14,
59:16, 64:13,
65:2, 65:5,
65:23, 65:25,
66:4, 66:9,
66:12, 85:7,
85:11, 85:15,
86:1, 86:5,
86:8, 87:4,
87:12, 87:17
**groupings**
38:2, 40:22,
40:25, 53:19,
57:3, 57:6,
57:15, 57:23,
58:1, 58:4,
58:7, 58:8,
58:11, 58:21,
59:2, 59:4,
59:22, 60:1,
66:2, 85:21,
86:13, 86:15,
87:2
**guess**
6:13, 30:15,
75:23
**guy**
31:13, 78:16

**H**

**halfway**
14:2
**halifax**
55:21, 56:10,
56:21, 60:5,
60:6, 63:25
**hampton**
62:6
**hand**
22:13, 76:5,
81:23
**happen**
28:20
**happened**
43:22
**happening**
71:23
**happens**
34:24, 55:7
**hard**
25:5, 70:19,
71:20, 80:10
**harper**
16:14
**harrison**
20:24
**haze**
46:13
**heading**
60:12
**heavily**
28:18, 28:19
**heavy**
11:19
**help**
9:14, 72:10
**helped**
8:24
**helping**
9:8
**hence**
42:16
**here**
13:15, 15:10,
25:10, 26:12,
26:13, 28:2,

52:5, 55:2,
56:19, 56:23,
60:13, 62:23,
70:19, 71:21,
71:24, 72:18,
76:1, 78:24,
79:5
**hereby**
91:5
**hereinbefore**
91:8
**herschlag**
9:2, 9:3, 9:4,
23:1, 37:11,
38:19, 39:3,
39:11, 73:6,
75:14, 78:11,
79:1, 79:8
**hertford**
62:5
**hi**
4:13
**hills**
49:3
**hired**
18:24
**historical**
17:20
**hold**
81:4
**holding**
67:20
**honest**
8:2, 17:14
**hooks**
70:13
**hostetler**
3:4
**hour**
9:24
**house**
23:25
**however**
50:24, 86:11,
86:25
**hundred**
33:17

**I**

**idea**
28:11, 28:17,

32:8, 45:14,
51:12, 79:22
**ideal**
81:8, 81:10,
81:14, 81:23,
82:6, 82:18,
82:22, 84:3,
84:20
**ideas**
37:14
**identification**
13:7, 13:12,
22:19, 42:6,
67:13, 71:6,
76:23
**identified**
15:4
**imagery**
78:6
**implement**
42:21, 73:25
**implemented**
8:10, 9:16,
34:6
**implementing**
38:1
**implements**
34:5
**important**
9:21, 46:3,
46:7
**impossible**
74:23
**include**
56:19, 64:12
**included**
53:10, 64:1,
70:17
**includes**
64:3, 65:16
**including**
65:4
**incorporate**
40:15
**individual**
19:5, 66:1,
75:24
**infer**
77:20

information
27:25, 72:20,
74:6, 74:10
initial
18:8, 68:9,
80:13, 80:18
input
38:4
instance
12:2, 16:3,
57:18
institute
48:17, 48:23,
49:3, 49:17
instructions
67:5
integer
32:10, 32:15,
32:16
intend
15:15, 55:4,
55:6
intended
48:14, 53:20
interested
50:2, 91:15
interesting
46:25
interior
86:12, 87:1,
87:16
interrupt
6:21
introduced
21:8, 23:4
inversion
68:21
involve
44:21, 45:2
involved
17:1, 33:10,
46:6, 51:11
irritating
76:6
issue
50:21
issues
46:5

itself
9:15

**J**

jackson
22:2, 22:3
jeff
22:2, 22:3
jonathan
1:17, 2:16,
4:1, 4:6, 13:6,
13:10, 88:23,
90:2, 90:11,
90:13
julia
12:7, 12:8,
12:9
july
5:17, 14:13,
14:18, 69:10,
70:16
june
5:18

**K**

katherine
3:10
kaye
3:14
key
33:5
kiara
1:21, 2:19,
91:3, 91:20
kind
11:6, 48:20,
53:13, 53:16,
57:23, 61:8,
82:15, 82:16
know
5:21, 6:6,
6:17, 6:23,
6:25, 7:3, 8:6,
10:1, 10:3,
11:18, 13:2,
27:2, 28:23,
32:6, 39:25,
40:3, 45:13,

46:24, 49:24,
56:18, 56:23,
58:17, 70:21,
70:25, 71:13,
74:4, 74:9,
75:3, 75:7,
79:7, 80:11
knowledgable
11:12
knowledge
7:7, 11:25,
17:6, 17:9
knows
49:1

**L**

label
44:10
labeled
51:3, 57:19,
64:15, 68:11
labels
25:9
laborious
76:6
lady
22:9
laid
9:17
language
12:9, 12:12
large
11:2, 12:4,
58:12, 58:17,
58:22, 59:14
largely
50:25
last
6:8, 6:12,
6:15, 13:18,
13:19, 13:22,
14:3, 23:24,
45:21
late
21:5, 51:9,
51:15
later
41:19, 74:1

law
7:17
lawyer
35:4
lawyers
51:10
lead
82:17
learning
49:11
least
12:4, 24:5,
24:22, 28:20,
35:2, 42:16,
43:6, 73:24
lectures
16:7
left
53:6
left-hand
43:13
leftover
53:17
legal
46:5
legally
5:21
legislative
42:4, 83:25,
84:17, 90:18
legislator
20:1
legislature
19:7, 20:3,
21:6, 28:3,
47:2, 57:15
legislatures
19:15, 20:7,
21:7
less
23:7, 23:10,
23:12, 25:21
let's
13:19, 18:5,
25:10, 30:24,
43:4, 51:12,
52:15, 55:9,
65:15, 71:2,

76:18, 80:22
**life**
6:19
**line**
36:14, 79:4,
79:5, 81:12,
81:17, 84:8,
85:25, 86:7
**lines**
23:5, 74:15,
75:2, 75:4,
85:24, 86:12,
87:1, 87:16
**linting**
81:9, 82:13
**lisa**
22:10
**list**
67:1
**listed**
16:3, 56:19
**lists**
16:13, 66:25
**litigation**
19:9
**little**
11:25, 17:12,
23:14, 25:5,
30:17, 41:19,
44:14, 48:22,
53:14, 54:11,
58:14, 69:9,
70:13, 81:21
**llp**
3:4, 3:14
**long**
12:24, 13:1,
13:4, 31:2,
31:14, 43:2,
43:3, 62:9
**longer**
12:25
**look**
13:14, 13:18,
14:2, 17:19,
23:15, 23:16,
25:10, 25:14,
33:7, 35:18,

37:25, 39:13,
40:2, 42:2,
42:8, 43:13,
45:21, 50:15,
54:16, 55:9,
57:18, 59:24,
60:1, 62:21,
63:22, 65:15,
67:9, 69:11,
71:2, 71:12,
75:25, 76:18,
77:2, 78:21,
80:4, 80:20,
81:2
**looked**
15:6, 32:13,
71:14, 80:13
**looking**
13:24, 17:14,
27:4, 44:2,
44:12, 60:23,
62:17, 66:7,
78:24, 81:12
**looks**
16:12, 17:22,
24:7, 29:23,
42:10, 44:9,
69:8, 69:9,
70:5, 71:16,
75:13, 78:10
**loosely**
54:25
**lose**
21:16
**lot**
43:16, 77:20,
86:22

---
**M**
---
**ma'am**
88:4
**machine**
49:11
**made**
19:24, 47:25,
49:21, 49:25,
50:6, 53:20,
65:6, 65:7,

69:17, 72:9,
73:15, 74:5,
75:1, 77:12,
77:25, 78:11,
78:13, 78:14,
79:1, 79:2,
79:12, 81:21,
82:5
**main**
26:12, 33:1,
33:4, 50:24,
52:13, 59:1,
67:24, 68:18,
69:3, 70:17,
72:6, 75:24,
76:7, 76:10,
76:13, 79:19,
79:24
**maintain**
53:10
**majority**
39:11
**make**
6:18, 24:23,
27:21, 40:13,
41:19, 48:12,
48:14, 50:7,
52:3, 57:15,
58:19, 59:3,
59:9, 60:23,
70:13, 72:16,
73:3, 76:16,
79:8, 79:14,
80:2, 81:25
**making**
25:20, 83:1
**manipulation**
9:11
**manner**
62:1, 62:20
**many**
17:3, 21:7,
40:4, 53:14
**map**
18:6, 19:22,
20:5, 23:21,
24:6, 24:8,
24:10, 24:13,

24:19, 24:24,
24:25, 25:1,
25:11, 25:12,
25:21, 25:22,
26:1, 26:11,
28:6, 53:5,
53:6, 57:6,
57:13, 57:22,
60:20, 62:17,
62:19, 62:20,
63:7, 63:13,
64:20, 66:16,
66:23
**maps**
18:2, 18:19,
18:22, 19:1,
19:5, 19:8,
19:12, 19:16,
19:20, 21:4,
21:22, 21:23,
23:3, 23:13,
26:7, 26:9,
26:14, 26:17,
26:18, 26:19,
27:11, 27:14,
27:17, 28:7,
28:22, 29:12,
62:4
**maptitude**
18:5, 18:12,
18:14
**marcus**
21:18
**mark**
42:2, 67:10,
71:3, 76:18
**marked**
13:6, 13:11,
13:13, 22:18,
42:5, 67:12,
71:5, 76:22
**marriage**
91:15
**massachusetts**
3:15
**master**
26:1, 67:18,
67:21, 67:25,

68:19, 70:17,
70:23, 70:24,
79:24
**masters**
24:21, 26:10
**material**
52:6
**math**
31:13
**mathematical**
11:6, 11:7,
16:11
**mathematics**
10:23, 10:24
**matter**
61:2, 61:13,
91:16
**matthews**
1:6, 2:6
**mattingly**
1:17, 2:16,
4:1, 4:7, 4:14,
13:6, 13:10,
13:14, 17:25,
22:21, 45:10,
81:3, 83:9,
83:18, 88:23,
90:2, 90:8,
90:11, 90:13
**mature**
49:25
**maybe**
6:14, 12:6,
22:3, 36:7,
78:10
**mcknight**
3:10
**mean**
10:4, 11:2,
15:5, 15:6,
15:8, 15:9,
15:12, 20:13,
25:1, 25:4,
26:7, 28:9,
28:10, 32:16,
33:2, 33:7,
34:18, 36:4,
40:19, 51:19,

52:24, 58:17,
61:20, 67:18,
67:23, 71:20,
72:7, 73:7,
73:9, 74:10,
75:9, 75:18,
77:19, 78:14,
79:13, 80:18,
82:21
**means**
46:11, 58:18,
59:15, 72:15
**meant**
48:21
**measure**
26:24
**measures**
29:8, 29:11
**measuring**
28:23, 29:24,
30:13, 30:19
**mechanics**
11:5
**medication**
7:4
**member**
84:22
**mention**
21:20
**mentioned**
11:14, 48:24,
63:11, 78:7
**merge**
69:3, 77:18,
79:23
**merged**
72:5, 72:7,
76:7, 76:10,
79:19
**merging**
75:24
**methods**
74:1
**might**
17:16, 20:19,
40:8, 73:16,
82:1
**miller**
1:21, 2:19,

91:3, 91:20
**mind**
14:5, 48:21,
52:16
**minimizing**
88:6
**minus**
32:11, 84:2,
84:19, 85:23,
86:17, 87:6
**minute**
37:25
**minutes**
47:15, 83:11
**mistake**
81:24
**mistaken**
59:20
**mixture**
8:21
**mmcknight@bakerl-
aw**
3:7
**modeling**
27:6
**modifications**
69:15
**modify**
39:6
**moment**
16:20, 23:16,
33:25, 35:6,
46:18
**moore**
16:14
**more**
13:2, 31:14,
36:15, 48:1,
48:12, 48:14,
49:21, 50:7,
82:5, 84:16
**morning**
4:12
**moses**
1:6, 2:6
**most**
18:17, 33:9,
54:4

**move**
30:4
**movies**
25:6, 25:7,
25:19
**much**
39:24
**multicounty**
85:21, 85:25,
86:5, 86:8,
86:15, 87:4,
87:17
**multiple**
68:25, 86:6
**municipality**
18:25
**must**
53:10
**myself**
17:15

| N |
|---|

**name**
4:5, 4:6, 4:21,
4:23, 4:25,
20:12, 20:18,
20:21, 21:14,
21:24, 22:10
**named**
20:24, 38:4,
78:12
**names**
8:23, 20:9,
20:15, 21:16,
37:12
**natasha**
21:18
**nature**
17:11, 30:1
**necessary**
86:16, 87:5
**need**
7:2, 36:3,
52:4, 64:17
**never**
18:14, 20:4,
22:6, 61:24
**new**
1:18, 2:18,

4:2, 5:5, 5:6,
5:13, 19:8,
53:7, 53:18,
69:2, 74:15,
91:5
**next**
5:19, 5:24,
14:2, 24:15,
62:4, 62:18,
63:5, 64:18,
84:15
**nice**
47:1
**nickels**
22:5, 22:6
**night**
21:5
**nine**
35:20, 64:3
**non-legislative**
84:6
**non-math**
78:16
**non-vra**
83:25, 84:16,
84:23, 84:24
**nonpartisan**
28:17
**north**
1:2, 1:11, 2:2,
2:11, 4:9, 6:4,
17:4, 19:7,
19:25, 31:8,
42:5, 44:24,
46:17, 56:6,
56:10, 56:20,
58:21, 62:6,
90:19
**northeast**
66:5
**notary**
4:2, 89:6, 91:4
**note**
44:20
**notebook**
69:25
**notebooks**
70:1

**nothing**
49:1, 61:1,
76:13
**noticed**
59:10
**nowadays**
67:23
**nuances**
33:25
**number**
8:18, 32:10,
32:15, 32:16,
32:17, 81:20,
82:10, 82:24,
83:4, 87:21
**numbered**
13:23, 14:1,
25:15
**numbers**
14:5
**nw**
3:5, 3:15
**nyu**
5:8, 16:3, 16:8

**O**

**oath**
6:18
**objection**
26:4, 27:13,
29:10, 29:17,
33:6, 34:4,
35:12, 36:2,
40:17, 41:7,
45:4, 58:16,
58:24, 59:18,
61:19, 62:8,
64:2, 68:20,
69:5, 70:10,
74:8, 74:17,
75:15, 78:1,
79:21, 80:17
**obviously**
7:2
**october**
27:9, 51:24,
70:6, 70:8,
70:16, 81:7

**offer**
15:15, 55:5,
55:6
**offered**
10:2, 15:17
**office**
21:21, 22:8
**often**
18:17
**oh**
14:9, 19:17,
21:19, 22:5,
25:11, 25:17,
44:15, 64:19
**oklahoma**
50:4
**oldest**
17:21
**once**
20:16, 20:17,
36:12, 76:14,
86:23
**one**
15:1, 16:9,
16:10, 17:21,
21:19, 21:21,
21:25, 23:24,
23:25, 24:3,
24:15, 24:16,
25:12, 25:13,
26:14, 28:18,
29:4, 29:15,
30:5, 36:15,
37:16, 41:9,
44:7, 44:16,
45:13, 45:15,
45:19, 46:22,
46:23, 49:15,
51:7, 52:11,
52:16, 52:22,
53:3, 54:5,
54:6, 58:3,
58:21, 58:22,
58:25, 59:1,
59:9, 59:12,
59:14, 60:4,
60:20, 61:7,
61:9, 62:4,

62:25, 63:12,
63:15, 64:12,
64:14, 64:16,
64:23, 64:25,
65:13, 65:16,
66:5, 66:15,
69:17, 69:21,
69:24, 72:1,
73:24, 73:25,
78:13, 79:4,
79:5, 81:4,
81:13, 81:22,
81:25, 83:25,
84:3, 84:4,
84:21, 84:22,
85:15, 86:18,
87:7, 87:19,
87:23, 87:25
**ones**
45:19, 57:25
**online**
22:24
**only**
11:11, 28:5,
36:24, 43:21,
43:25, 44:5,
46:22, 55:6,
74:11, 86:16,
87:5
**onward**
32:18
**open**
21:11
**opinion**
8:8, 20:5,
26:24, 27:10,
28:12, 28:16,
39:15, 55:5,
55:6
**opinions**
9:8, 15:16,
17:5, 17:8,
18:22, 26:18
**optimal**
42:3, 90:17
**orange**
57:25
**order**
17:20, 24:4

ordered
24:8
organizers
49:15
original
37:23, 54:2
originally
37:13, 41:12,
41:22
orthogonal
34:13, 34:16,
34:18, 35:8
other
4:25, 5:6,
6:19, 7:8, 7:10,
10:12, 13:4,
15:3, 15:16,
16:17, 18:9,
18:13, 21:19,
29:5, 29:25,
30:6, 35:3,
35:13, 37:9,
43:16, 43:20,
45:13, 45:19,
50:1, 50:19,
51:19, 53:8,
54:6, 59:11,
61:9, 61:11,
63:17, 67:4,
68:23, 69:24,
74:12, 80:3,
82:22
out
6:20, 7:21,
9:17, 13:1,
35:2, 49:13,
53:15, 61:12,
70:2, 72:15,
76:3, 76:15,
79:3, 84:1
outcome
28:22, 30:4,
42:20, 57:11,
91:16
outcomes
26:19, 30:20
outlawed
8:11

outlined
31:10
output
10:6, 12:3,
55:13, 58:18,
68:17, 69:23,
79:16
outside
18:4, 19:3,
19:23
over
4:15, 6:19,
8:17, 21:6,
23:16, 26:2,
26:10
overall
33:12, 37:4
overturn
25:12
overturned
25:13, 26:17
own
35:10

---
**P**
---

page
13:18, 13:19,
13:22, 13:24,
14:2, 14:3,
14:12, 16:13,
25:14, 25:16,
25:18, 43:5,
43:14, 44:13,
45:22, 54:18,
55:9, 57:6,
59:11, 59:13,
60:2, 62:4,
62:18, 63:24,
64:18, 64:19,
66:17, 66:23,
88:1, 88:2,
90:3, 90:8
pages
13:22
pairs
32:13, 61:8
paper
9:18, 25:8,

37:12, 37:23,
40:20, 43:8,
43:15, 43:19,
43:20, 44:2,
61:24, 76:5,
76:11, 87:21,
88:10
papers
8:18, 61:22
paragraph
60:11, 62:9
paragraphs
44:21
part
23:5, 24:22,
35:2, 36:24,
43:25, 44:6,
45:7, 54:6,
56:8, 58:13,
60:19, 65:2,
65:17, 66:19,
77:13
partial
72:22, 73:10,
73:23, 76:21,
76:25, 77:6,
90:28
particular
7:15, 8:24,
11:10, 12:1,
12:10, 19:22,
39:14, 60:8
particularly
11:2, 12:16,
23:10
parties
21:8, 28:13,
29:21, 91:14
partisan
28:9, 29:1,
29:25, 30:10,
30:12, 30:20
partisanship
29:9, 29:15
parts
10:12, 10:13,
10:24, 10:25,
11:11, 11:13,

11:14, 31:17,
31:21, 31:25,
35:3, 38:21,
38:23, 39:17,
39:18
party
28:18, 28:19,
29:4, 29:5
pasquotank
60:9, 64:1,
64:4, 64:5,
64:11, 65:3,
65:4, 65:17,
65:23, 66:8
passed
76:9
past
20:8, 33:23
patterns
29:22, 29:23
peer
47:10, 50:12,
50:13, 50:22,
51:3, 61:18,
61:20, 61:22,
62:1, 68:12
people
8:18, 20:2,
20:17, 21:1,
22:7, 28:13,
28:24, 29:2,
29:20, 30:1,
30:13, 30:20,
30:22, 36:8,
40:4, 47:3,
50:1, 59:15,
68:25, 80:2
percent
15:13, 32:12,
33:17, 84:2,
84:20, 85:23,
86:18, 87:7
perfect
6:24
periodically
49:24
permanent
5:4

person
20:20, 30:23,
38:4, 41:15,
84:4, 84:21,
86:18, 87:7
**phillip**
3:11
**phone**
19:25, 20:18
**physical**
84:5
**picked**
17:21
**pictures**
76:1
**piece**
8:9, 20:16,
37:8, 39:14
**pierce**
1:5, 2:5, 4:18,
4:21, 4:22, 7:20
**pitt**
55:25, 56:11,
56:14, 56:20,
66:21, 66:24,
67:1, 67:3
**pitt-edgecombe**
57:9, 63:15,
66:14
**place**
60:24
**plaintiff's**
7:12, 55:11,
65:9
**plaintiffs**
1:7, 2:7, 2:17,
3:3
**play**
38:18
**plays**
38:19
**please**
4:4, 23:17,
81:5
**plot**
27:7
**plots**
25:6

**plotting**
78:6, 78:21
**plus**
32:11, 84:1,
84:19, 85:23,
86:17, 87:6
**point**
13:25, 19:18,
25:19
**points**
35:20, 40:20
**pop**
81:8, 81:10,
82:6, 82:18,
82:22
**population**
81:14, 81:15,
81:19, 81:23,
82:2, 82:10,
82:20, 82:23,
83:2, 83:4,
83:24, 84:3,
84:21
**portal**
19:19
**porter**
3:14, 7:17
**position**
16:4, 16:5
**possible**
47:4, 48:16
**post**
8:21, 22:23,
23:20, 25:15,
27:9, 28:2,
37:18
**posted**
46:11
**potentially**
46:8
**practice**
79:23
**precincts**
62:13, 64:4
**precise**
80:10
**precisely**
34:5, 35:16,

54:12, 73:4
**preferences**
27:3
**preprint**
42:15
**preprocessing**
51:1
**present**
41:17, 54:1,
76:16
**presented**
45:17, 46:21,
46:22
**presumably**
17:19, 75:9
**presume**
33:9
**pretend**
53:5
**prevent**
7:5
**previous**
24:11, 24:17,
28:7, 42:12,
42:17
**previously**
15:7, 63:11,
66:20
**pricey**
20:24
**prima**
82:16
**primarily**
12:19, 39:3,
47:7
**primary**
10:18, 54:17
**printout**
70:23, 74:11,
76:20, 76:24,
90:27
**prior**
16:13
**private**
19:5
**privately**
49:4
**privy**
8:2, 56:16

**probably**
10:11, 17:23,
39:7, 46:10,
46:12, 54:4
**problem**
11:1, 47:6
**procedure**
8:11, 31:10,
42:22
**procedures**
31:12
**proceeded**
32:21
**proceeding**
15:25
**process**
19:12, 32:25,
51:5
**processing**
9:10
**produce**
57:2, 57:3,
80:7, 87:15
**produced**
57:7, 67:17,
71:9
**professor**
9:5
**professors**
8:20, 8:22
**programming**
12:9
**project**
8:25, 12:11,
42:21
**promise**
12:24
**property**
26:20
**propose**
19:22
**proposed**
19:12, 23:21,
24:6, 24:15,
24:24, 25:21,
27:11
**provide**
8:8

provided
86:11, 86:25
pstrach@bakerlaw
3:8
public
4:2, 40:1,
61:23, 70:2,
70:3, 89:6, 91:4
publicly
12:13, 40:1,
42:14, 49:4,
49:18, 50:15
publish
54:10
published
9:20, 39:21,
40:6, 40:14,
41:2, 41:12,
41:14, 41:22,
42:10, 42:13,
46:10, 47:20,
49:20, 51:14,
51:24, 61:24,
76:11
publishing
51:9
pull
76:3
purple
25:13, 55:24
purports
70:23
purposes
36:13, 43:7,
43:15
push
50:2, 78:17
pushed
74:3, 75:10
pushing
73:17
put
14:23, 19:19,
38:24, 63:1
puts
62:24
putting
34:23

python
11:16, 11:19,
11:21, 11:25,
12:2, 12:4,
12:5, 12:11,
12:16, 15:8,
18:18, 42:22

**Q**

quantifying
22:17, 37:18,
90:15
question
6:9, 6:20,
6:23, 18:3,
19:17, 23:18,
26:12, 26:15,
30:10, 30:12,
30:15, 36:17,
36:23, 39:9,
42:17, 46:3,
46:7, 47:1,
50:19, 87:20,
87:25
questions
6:25, 7:6,
20:3, 22:14,
26:13, 81:6,
83:8, 83:13,
83:19, 88:16
quick
47:12, 80:22
quickly
21:16
quite
11:18, 15:5,
25:8, 33:2,
82:21
quotes
15:9

**R**

race
27:16, 27:22,
27:23, 40:9,
43:8, 44:3
racial
27:12, 28:4,

41:5
raleigh
6:2
ran
20:13, 76:8
random
11:3, 11:4
rate
9:22
rather
62:9
reached
7:21
read
23:2, 25:20,
28:1, 31:17,
40:19, 43:18,
44:18, 71:13,
71:19, 83:21,
84:13, 86:21
reading
77:15
reaffirmed
36:11
really
8:2, 8:3, 9:16,
10:7, 10:13,
20:9, 20:14,
20:20, 21:16,
39:25, 51:1,
69:14, 70:19,
80:10
reason
12:10, 48:11,
63:17, 67:2,
67:6
rebuttal
13:9, 14:21,
14:22, 65:13,
66:13, 90:9
recall
7:19, 7:25,
8:23, 12:20,
13:16, 19:9,
20:7, 32:1,
35:5, 45:18,
47:20, 52:17,
52:19, 54:11,

54:15, 55:1,
73:14, 86:20,
87:22
recently
71:15
recess
47:18, 80:24,
83:14
recognize
22:22
recollection
5:22, 21:17,
22:11, 71:23,
79:20, 88:10
record
4:5, 81:1,
91:10
recorded
75:10
recording
74:18
redistrict
53:7
redistricting
10:10, 16:8
reduce
50:8, 50:22
reelection
22:1
reeves
21:14
refer
8:12, 36:8,
56:17
referring
82:14
refined
52:9
reflect
63:7
reflecting
62:20
reflects
63:8, 63:9
refresh
88:9
regard
24:5, 29:15

| | | | |
|---|---|---|---|
| **regarding**<br>10:16, 58:8<br>**regions**<br>56:19<br>**regrouping**<br>52:21, 53:1,<br>54:9, 55:10,<br>65:22<br>**regularly**<br>6:4<br>**related**<br>16:8, 42:12,<br>50:4, 91:13<br>**released**<br>12:13, 39:24,<br>40:1, 42:14,<br>52:12, 61:23<br>**relevant**<br>34:19, 34:21<br>**reliable**<br>46:18<br>**rely**<br>15:3<br>**remedial**<br>25:11, 26:19<br>**remember**<br>6:7, 6:10,<br>6:16, 9:19,<br>17:13, 17:15,<br>17:18, 20:18,<br>20:21, 20:23,<br>27:24, 33:9,<br>33:24, 45:12,<br>45:20, 46:13,<br>52:9, 52:11,<br>74:2, 82:7<br>**remove**<br>53:4, 60:19,<br>60:21<br>**removed**<br>54:5, 57:4<br>**removes**<br>61:9<br>**rephrase**<br>85:12<br>**report**<br>9:1, 10:8,<br>13:5, 13:10, | 14:10, 14:14,<br>14:19, 14:21,<br>14:23, 15:4,<br>15:20, 16:24,<br>31:1, 31:6,<br>31:17, 34:2,<br>34:9, 34:12,<br>35:14, 36:24,<br>37:3, 37:6,<br>37:21, 38:3,<br>38:10, 38:11,<br>38:12, 38:14,<br>52:17, 54:17,<br>56:9, 59:6,<br>65:14, 66:14,<br>80:7, 80:15,<br>90:10, 90:12<br>**reported**<br>1:21<br>**reporter**<br>4:4, 4:24, 5:3,<br>91:4<br>**reporter's**<br>6:18<br>**reports**<br>12:20, 12:21,<br>15:2, 15:9,<br>15:17, 40:19<br>**repository**<br>40:2, 51:20,<br>51:21, 67:12,<br>67:16, 67:19,<br>67:24, 68:6,<br>70:22, 71:5,<br>71:9, 73:8,<br>73:18, 73:21,<br>74:4, 74:12,<br>74:19, 75:16,<br>78:18, 78:19,<br>90:23, 90:25<br>**representatives**<br>21:22<br>**republican**<br>19:15<br>**republicans**<br>26:3, 26:11<br>**requested**<br>18:22, 69:21 | **require**<br>74:15<br>**required**<br>54:20<br>**requirement**<br>35:9<br>**requirements**<br>84:4, 84:22<br>**requires**<br>84:5<br>**research**<br>48:17<br>**respect**<br>29:12<br>**responded**<br>27:19<br>**response**<br>26:16<br>**responsible**<br>39:3<br>**responsive**<br>23:7, 23:10,<br>23:13, 25:21,<br>26:15, 27:19,<br>28:6, 28:9,<br>28:10<br>**responsiveness**<br>29:7, 29:24<br>**rest**<br>60:22, 65:4<br>**resulting**<br>86:12, 87:1<br>**results**<br>65:21<br>**retained**<br>7:12, 7:15,<br>7:20, 38:8,<br>48:6, 48:8,<br>54:13<br>**returning**<br>6:3<br>**review**<br>70:3<br>**reviewed**<br>47:10, 50:12,<br>50:14, 50:23,<br>51:4, 61:18,<br>61:21, 61:22, | 62:1, 68:12<br>**rights**<br>10:20, 55:3<br>**robert**<br>21:14<br>**rodney**<br>1:5, 2:5<br>**role**<br>9:7, 38:18<br>**room**<br>7:10, 21:11<br>**routine**<br>33:12, 77:18<br>**rule**<br>32:20, 33:21,<br>33:22, 34:3,<br>34:10, 34:20,<br>35:8, 36:5,<br>36:10, 37:4<br>**ruled**<br>35:2<br>**rules**<br>6:17, 36:19,<br>44:10<br>**ruling**<br>31:18, 31:19,<br>35:22<br>**rulings**<br>31:9, 31:11,<br>32:2, 32:3<br>**run**<br>8:9, 18:8,<br>21:1, 25:7,<br>45:17, 65:1,<br>65:11, 79:14,<br>80:14<br>**running**<br>9:12<br>**runs**<br>9:12, 59:11,<br>59:13, 79:17<br>**rust**<br>66:5<br><br>**———— S ————**<br><br>**s**<br>3:1<br>**sabbatical**<br>5:8, 5:13, |

5:15, 5:16

**said**
21:15, 35:14,
35:16, 40:12,
43:16, 48:5,
52:23, 59:20,
74:18, 82:23,
84:24, 86:15,
87:4

**same**
44:13, 51:15,
51:21, 51:22,
61:13, 65:11

**san**
49:5

**sat**
18:5

**saw**
26:21, 59:12,
63:20, 77:4

**say**
8:15, 10:11,
15:8, 18:5,
26:17, 26:23,
28:8, 28:15,
29:11, 30:15,
34:15, 35:7,
39:10, 40:20,
46:9, 47:1,
48:7, 50:24,
53:9, 57:5,
57:10, 68:18,
71:1, 72:19,
74:25, 80:6

**saying**
23:12, 25:18,
32:3, 35:25,
41:21, 62:25,
66:3, 66:11

**says**
28:17, 36:10,
40:21, 43:7,
43:12, 43:14,
43:17, 45:25,
60:19, 62:13,
64:3, 64:9,
67:18, 68:9,
70:23, 72:22,

73:10, 75:17,
77:16, 77:21,
81:8, 83:22,
84:15, 85:20

**scholer**
3:14

**science**
82:13

**scope**
10:8, 28:5

**screen**
67:11, 67:15,
90:22

**screenshot**
71:4, 71:8,
90:24

**search**
69:19

**seats**
24:3, 28:21

**second**
16:12, 43:25,
52:10, 52:16,
54:8, 59:16,
81:4

**secondary**
76:12

**section**
45:22, 54:18,
55:19, 65:20,
88:5, 88:7

**sections**
23:24, 39:5

**see**
4:14, 4:16,
13:15, 14:9,
15:21, 16:15,
23:15, 25:8,
25:10, 25:17,
28:2, 34:8,
43:4, 44:17,
47:3, 54:21,
55:12, 55:13,
56:1, 57:23,
58:3, 59:8,
68:1, 72:24,
78:5, 88:5

**seeing**
69:15

**seem**
50:1

**seems**
23:23, 23:25,
68:9, 69:17,
82:15

**sees**
29:23, 61:10

**semester**
48:17, 48:18,
49:9, 49:16

**senate**
24:1

**senator**
20:22

**sense**
84:12

**sent**
72:6, 73:18,
73:19

**sentence**
83:21

**separate**
33:5, 33:16,
72:4, 77:9

**separately**
76:8

**september**
1:19, 2:19

**services**
16:13

**session**
21:5

**set**
36:19, 58:1,
81:13, 81:18,
81:23, 82:2,
82:6, 82:7,
82:9, 82:22,
91:8

**setting**
82:18, 83:1

**several**
35:23

**shall**
84:23, 84:25,
85:22

**shape**
82:15

**shorthand**
91:4

**shot**
67:11, 67:16,
90:22

**should**
15:22, 16:17,
21:20, 28:14,
28:20, 28:21,
28:23, 29:5,
32:5, 66:11,
77:20, 84:25

**show**
62:19, 77:8,
77:12

**showing**
66:1, 66:2,
66:8

**shown**
65:23

**side**
43:13

**signature**
64:21

**signature-kyoss**
91:18

**similarly**
59:13

**simple**
42:23

**simplify**
14:8

**simply**
52:22, 53:3,
54:5

**since**
38:7, 38:8,
75:9, 75:10

**single**
32:21, 84:18,
84:22, 85:7,
85:10

**sit**
55:2

**sitting**
52:5, 56:23,
78:24

**situations**
8:14

six
64:3
slmath
48:25
small
52:4, 69:22
software
8:9, 11:16,
18:13, 20:17,
68:21
some
4:15, 8:4,
9:10, 9:11,
9:12, 11:6,
12:7, 18:12,
19:18, 20:14,
21:20, 22:7,
27:5, 28:21,
42:23, 45:13,
46:20, 50:4,
53:11, 53:14,
62:20, 68:1,
69:10, 69:22,
69:23, 70:1,
70:12, 72:3,
72:4, 72:5,
78:3, 78:5,
78:7, 78:8,
78:20, 78:21,
83:20
somebody
20:15, 20:23,
35:10, 46:19,
49:1, 70:13
somehow
13:23
someone
50:3, 73:17
something
6:22, 11:8,
15:8, 17:17,
19:19, 19:21,
32:4, 35:9,
49:8, 52:4,
69:23, 71:16,
73:20, 75:11,
77:19, 81:24,
82:3

sometime
68:24
sometimes
6:25, 28:13,
38:25, 39:1,
49:25, 80:3,
80:18
somewhere
69:22
sorry
7:7, 20:10,
20:14, 48:7,
52:16, 52:25,
64:19, 64:22
sort
27:11, 49:7,
50:8
sound
84:9, 85:3,
86:2, 87:9
sources
15:3, 15:6,
15:12
speak
7:9, 27:23,
33:18, 75:14
speaking
66:16
speas
46:2
special
24:20, 25:25,
26:9, 48:16
specific
7:25
specifically
9:7, 61:5
specified
43:24
spent
4:15
split
52:20, 52:23,
52:24, 60:14,
60:16, 61:6,
61:16, 61:25,
62:6, 62:19,
63:8, 64:1,

65:2, 73:12
splits
60:9, 62:11,
64:11
spring
7:22, 48:6,
48:9
stage
37:6
standard
79:23, 85:24,
86:19, 87:8
standing
22:1
start
5:11, 18:8,
32:3, 40:24
started
5:13, 5:16
starts
14:3
state
1:11, 2:11,
4:2, 4:4, 4:18,
18:25, 20:22,
23:25, 24:1,
47:2, 53:7,
54:6, 55:17,
58:13, 66:6,
82:9, 82:24,
91:5
state's
81:19, 83:3
stated
9:1, 47:23,
70:11
statement
11:2
statements
40:15, 44:25
states
1:1, 2:1,
86:10, 86:24
statewide
57:13, 57:22,
62:17
statics
11:10

statistics
11:11
stay
5:13
stephenson
31:8, 33:21,
34:7, 34:14,
34:17, 34:21,
34:22, 35:5,
35:14, 35:17,
35:19, 35:21,
36:11, 40:11,
40:15, 40:21,
42:21, 44:6,
44:9, 53:20,
55:7, 55:13,
57:2, 57:12,
63:20, 65:8,
69:20, 76:14,
76:15, 83:22,
84:15, 85:4,
85:20, 86:10,
86:24
steps
31:18, 31:19
stevenson
8:12
still
67:25
stochastic
11:3
strach
3:11, 4:11,
47:12, 47:15,
80:22, 81:1,
83:7, 88:15,
90:4
strategy
54:8
street
2:17, 4:8
structures
29:20
students
8:20, 37:11,
37:17
studied
27:18

studies
26:7
study
10:18, 19:20
studying
27:14
stuff
49:12
styled
4:18
subdivide
36:22
subdivided
32:10, 32:15
subdividing
34:24
subject
19:8
submit
14:14
submitted
10:4, 14:9,
14:16, 14:19,
14:20, 14:21,
14:22, 16:24,
38:14, 52:18,
65:10
submitting
12:21, 13:16
subroutines
33:11, 33:13,
33:16
subscribed
89:1
substantive
15:25, 72:17
subtly
61:12
sufficient
83:24
suite
3:5
support
30:23, 83:24
supposed
79:15, 82:3
sure
11:7, 15:5,

15:6, 15:13,
21:12, 22:16,
30:25, 33:2,
33:17, 36:6,
38:21, 39:23,
47:14, 47:17,
56:16, 58:20,
60:23, 61:20,
72:12, 78:3,
79:14, 80:20,
80:23, 82:21,
86:24
swear
37:15
swings
28:20, 29:4,
29:8, 29:12
sworn
4:2, 89:1, 91:8
system
30:18
systematic
76:4
systems
11:4

**T**

take
7:2, 7:3,
23:16, 25:24,
39:7, 40:9,
40:23, 41:2,
47:12, 65:15,
73:17, 79:12,
80:22, 83:11,
84:11, 86:22
taken
2:16, 47:18,
80:24, 83:14
takes
29:19
taking
4:17, 32:8,
53:15, 82:19
talk
10:14, 20:16,
21:1, 21:13,
21:20, 22:9,

38:13, 38:15,
45:14, 52:15
talked
20:2, 21:7,
22:6, 22:7,
37:16, 38:6,
38:8
talking
6:19, 27:7,
46:15, 48:18,
49:10, 50:3,
71:25, 75:19
talkings
20:23
talks
16:2, 43:5
teaching
49:14
teak
69:22
tell
5:5, 35:10,
35:19, 67:15,
74:23, 76:24,
78:15, 78:25
ten
83:11
term
78:17, 82:13
terms
38:19, 73:12
test
39:1, 69:2
tested
38:24
testified
4:3
testimony
91:10
tests
38:25
th
2:17, 14:18,
73:9
thank
67:8, 83:8,
88:16, 88:17
thankful
46:1

that'd
51:11
themselves
21:8, 32:9
theodore
3:18, 7:16,
26:4, 27:13,
29:10, 29:17,
33:6, 34:4,
35:12, 36:2,
40:17, 41:7,
45:4, 47:17,
58:16, 58:24,
59:18, 61:19,
62:8, 64:2,
64:17, 68:20,
69:5, 70:10,
74:8, 74:17,
75:15, 78:1,
79:21, 80:17,
83:10, 83:17,
88:13, 88:17,
90:5
theodore@arnoldp-
orter
3:17
thing
21:19, 80:5
things
8:4, 15:10,
18:9, 18:23,
20:4, 21:2,
32:6, 36:8,
43:16, 70:18,
74:12, 83:20
think
5:16, 6:14,
7:1, 9:24,
11:17, 12:3,
13:18, 15:24,
16:19, 16:21,
18:16, 20:9,
20:10, 20:15,
20:19, 21:24,
23:6, 23:10,
23:19, 24:9,
28:11, 36:3,
36:7, 39:23,

42:15, 43:12,
43:17, 44:24,
45:5, 48:5,
52:10, 64:7,
64:17, 71:13,
83:11
**third**
25:16
**thought**
12:25, 31:22,
46:25
**three**
32:21, 44:16,
44:20, 59:21,
63:1, 63:10,
63:12, 64:15
**through**
12:20, 12:23,
14:2, 46:13,
56:21, 60:7
**thrust**
23:11
**tilts**
30:5, 30:6
**time**
4:15, 8:17,
21:3, 31:14,
36:16, 43:3,
45:15, 46:14,
54:2, 68:5,
71:24, 74:21,
79:12
**times**
18:7, 18:21,
20:12, 20:13,
80:3
**timing**
74:2
**today**
4:17, 6:18,
7:6, 7:8, 12:19,
15:23, 16:5,
52:5, 55:2,
56:23, 78:24
**together**
4:15, 34:23,
38:24
**told**
48:15, 63:18

**tolerance**
32:11
**took**
31:17, 31:21
**top**
14:23, 55:16,
59:11, 59:13,
66:17, 67:17,
75:18, 75:20,
77:16, 77:21,
78:12, 81:7,
81:13
**torres**
17:10
**total**
81:19
**toward**
43:14
**tracked**
26:20
**tracking**
68:22
**transcript**
91:9
**transparent**
54:4
**traversal**
33:22, 34:3,
34:9, 34:20,
35:8, 36:5,
36:10, 37:4,
83:20
**traversals**
35:24, 44:21,
45:3, 45:7,
84:12, 87:16,
88:6, 88:11
**traverse**
84:7, 85:1,
85:8, 85:17,
85:25, 86:7
**traversed**
86:14, 87:3
**traverses**
36:15
**treat**
35:11, 51:7,
53:17, 61:5,

61:16
**treating**
65:2
**treatment**
83:19
**tree**
69:20
**trial**
5:24
**trick**
6:9
**triples**
32:17
**true**
23:8, 87:17,
87:18, 91:10
**try**
6:19, 6:21,
41:5
**trying**
6:7, 17:13,
17:15, 20:20
**turns**
12:25, 61:12
**tweaked**
50:7, 50:20
**tweaks**
49:24
**two**
6:8, 6:13,
8:21, 12:20,
12:21, 15:17,
23:24, 26:13,
32:21, 37:11,
44:16, 52:19,
53:21, 53:22,
56:5, 56:24,
58:4, 58:7,
58:23, 58:25,
59:2, 59:16,
59:21, 60:25,
61:16, 64:23,
64:24, 66:4,
66:11, 74:1,
84:16, 85:7,
85:8, 85:16
**two-ways**
60:18

**types**
27:3, 49:11
**typo**
17:17

**U**

**ultimately**
29:1
**um-hmm**
29:3, 60:3
**unbiased**
26:21
**under**
6:17, 8:13,
35:22, 36:10,
62:10
**underneath**
57:22
**understand**
6:23, 15:11,
24:18, 31:6
**understanding**
10:5, 33:19,
34:22
**unfortunately**
14:1
**united**
1:1, 2:1
**until**
14:13, 14:20,
47:19, 80:25,
83:15
**update**
14:17, 48:1,
70:6, 70:8,
75:6, 75:7
**updated**
15:22, 41:18,
48:11
**updating**
81:8
**use**
10:17, 11:21,
40:3, 41:5,
69:6, 69:7,
70:1, 70:14
**useful**
68:25

**user**
11:20, 82:5
**using**
18:4, 24:14, 28:3
**usually**
46:21, 67:23

**V**

**vague**
71:23
**vance**
55:20, 56:10, 56:21, 62:7, 62:12, 62:14, 62:19, 62:21, 62:22, 63:3, 63:9
**various**
8:13, 10:7, 18:21, 18:23, 20:12, 20:13, 21:2, 36:7, 38:21, 38:23, 38:25, 48:20
**version**
40:9, 41:14, 41:25, 42:13, 80:6
**versions**
81:16
**versus**
4:18, 29:15, 38:18, 79:2
**vet**
79:12, 79:13
**videos**
25:19
**visiting**
5:8, 16:3, 16:4, 49:14
**visualization**
72:13
**visualizations**
72:5
**vote**
29:2, 84:4, 84:22, 86:18,

87:7
**voted**
29:20, 29:21, 30:1, 30:21
**voters**
29:9, 29:13, 29:14
**votes**
28:23, 30:16
**voting**
10:20, 29:14, 55:3
**vra**
40:16, 40:21, 41:2, 41:6, 41:16, 42:25, 43:5, 43:23, 44:7, 45:10, 45:16, 47:21, 54:20, 56:9
**vra"**
43:10

**W**

**want**
37:15, 39:6, 43:3, 47:14, 56:17, 58:19, 59:9, 68:23, 81:15, 83:18, 87:19, 88:1
**wanted**
48:22, 69:24, 81:18, 81:22
**warren**
55:21, 56:10, 56:21, 60:5, 60:6
**washington**
3:6, 3:16, 56:22
**watch**
21:4, 21:6
**way**
11:24, 14:12, 14:17, 30:5, 30:6, 30:19, 31:6, 35:11,

46:18, 52:10, 52:22, 53:8, 56:21, 60:7, 61:1, 65:1, 68:22, 69:2, 69:20, 69:24, 73:24, 76:4, 91:15
**ways**
7:10, 13:4, 52:19, 53:22, 61:17
**wcp**
84:4
**we'll**
7:3, 37:25, 42:2, 76:18
**we're**
4:17, 7:8, 12:19, 12:23, 13:4, 24:9, 24:14, 44:2, 60:19, 67:9, 69:8
**we've**
4:15, 13:13, 49:25
**website**
49:18, 49:19, 50:14
**weight**
17:8
**went**
21:3, 21:6
**west**
2:17, 57:23, 58:5, 58:14
**whatever**
23:20, 40:24, 81:17, 82:9
**whatever's**
53:6
**whenever**
40:5, 40:8, 41:13, 75:1
**whereupon**
13:5, 13:9, 22:17, 42:3,

47:18, 67:11, 71:4, 76:20, 80:24, 83:14, 88:18
**whether**
25:25, 26:9, 26:12, 26:14, 27:18, 27:24, 28:5, 29:3, 29:12, 30:4, 30:13, 30:16, 30:18, 43:22, 43:24, 44:7, 45:15, 45:18, 52:11
**whole**
4:21, 32:16, 32:17, 53:10, 63:8, 64:5, 64:12, 65:3, 65:23, 66:8
**wiley**
22:5, 22:6
**wise**
7:4
**wishing**
19:19
**within**
34:24, 43:25, 59:4, 64:12, 66:9, 84:1, 84:18, 84:19, 84:24, 85:20, 85:23, 86:15, 86:17, 87:4, 87:6, 87:16
**without**
43:10, 69:14, 70:25, 74:22, 75:3, 80:16, 81:11
**witness**
4:6, 47:14, 80:23, 90:2, 91:7, 91:11
**wondering**
37:2
**words**
82:22

work
10:17, 11:21,
16:11, 19:3,
46:11, 50:4,
50:5
worked
37:11, 79:8,
80:16
workflow
80:1
working
68:25
worried
17:12, 17:16
wouldn't
29:11, 37:15,
47:1
wow
51:11
wrapper
69:18
write
8:18, 14:5,
51:6, 55:7
writing
33:11
writings
19:23
written
8:5, 8:10,
9:18, 12:2,
12:13, 15:7,
33:10, 72:18
wrong
6:14, 13:16,
23:19, 64:15,
64:19
wrote
9:18, 9:19,
10:6, 22:13,
27:9, 31:23,
32:24, 33:8,
34:1, 37:13,
38:23, 39:6,
39:17, 39:19,
43:3, 72:3, 76:6

**Y**

yeah
6:4, 9:1, 9:16,

14:7, 17:24,
21:12, 27:5,
38:21, 40:7,
43:13, 45:2,
46:9, 47:17,
49:24, 52:2,
58:1, 59:12,
64:8, 64:20,
64:22, 66:18,
67:23, 70:3,
71:20, 75:16,
77:4, 78:23,
79:10, 86:21,
88:3, 88:8,
88:12
year
5:17, 5:19,
5:24, 7:22,
13:17
years
4:16, 6:8, 6:13
yellow
55:16, 64:24
york
1:18, 2:18,
4:2, 5:5, 5:6,
5:14, 91:5
yourself
10:9, 10:15,
10:19, 10:22,
11:9, 11:15,
37:9, 69:1

**$**

$400
9:24

**0**

00
2:18
00193
1:8, 2:8

**1**

10
2:18, 14:12
100
15:13

1050
3:5
11
54:17
1100
3:5
11:02 am
47:19
11:10 am
47:19
11:59 am
80:25
12
62:13
120
24:3
12:01 pm
80:25
12:04 pm
83:15
12:13 pm
83:15
12:17 pm
88:19
13
21:25, 22:4,
90:9, 90:12
130
77:16, 77:21
16
14:13, 14:18
17
46:12
1st
5:17

**2**

2
66:17
20
43:5, 72:22,
73:9, 74:7,
74:14, 77:5,
77:23
2000
9:19, 13:21,
83:23
20001
3:16

2002
31:3
2003
31:3
20036
3:6
2017
17:23
2018
46:12
2019
9:20, 12:14,
21:10, 41:13,
41:22, 42:16,
46:11, 68:4,
68:12, 68:15,
80:12, 80:14
2020
39:22, 41:13,
41:22, 42:11,
42:13, 46:10,
50:20, 51:2,
76:11, 87:21
2021
23:13, 24:25,
25:1, 26:11,
69:10
2022
24:8, 24:12,
24:19, 25:22,
26:1, 26:9
2023
19:7, 19:14,
23:4, 23:22,
24:7, 24:24,
25:20, 27:9,
48:1, 48:2,
48:3, 48:13,
49:20, 51:9,
51:15, 51:24,
52:12, 70:6,
70:16, 81:7
2024
1:19, 2:19,
5:17, 7:23,
71:17, 72:22,
74:7, 74:14,
75:6, 77:5, 80:9

**2025**
5:18
**21**
70:16
**22**
6:11, 90:15
**23**
1:8, 2:8
**24**
6:11, 48:6,
48:9, 72:22,
74:7, 74:14,
77:5, 77:23
**250**
2:17
**27**
1:19, 2:19,
88:1, 88:2
**27701**
4:9
**28**
71:17, 71:25,
72:16
**29**
75:6, 80:8

---
**3**
---

**30**
14:24, 68:4,
68:11, 68:15
**304**
4:8
**31**
5:18, 13:17,
13:21, 14:10,
14:16, 15:20,
31:1
**3rd**
70:8

---
**4**
---

**42**
90:17
**4:-cv--d**
1:8, 2:8

---
**5**
---

**50**
24:4

**55**
2:17
**553256**
1:22

---
**6**
---

**6.1**
88:7
**601**
3:15
**67**
90:22

---
**7**
---

**71**
90:24
**76**
90:27

---
**8**
---

**83**
90:5