IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:23-cv-193-D

| | |
|---|---|
| RODNEY D. PIERCE, ET AL. | ) |
| | ) |
| v. | ) **NOTICE OF SPECIAL APPEARANCE** |
| | ) |
| THE NORTH CAROLINA STATE BOARD OF ELECTIONS, ET AL. | ) |

Please take notice that the undersigned, ORION DE NEVERS, hereby enters a notice of special appearance as attorney for Plaintiffs in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Edwin M. Speas, Jr., N.C. State Bar No. 4112.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

/s/ Orion de Nevers
Orion de Nevers
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
202.942.5918
orion.denevers@arnoldporter.com
D.C. Bar. No. 90001065
Attorney for Plaintiffs

/s/ Edwin M. Speas, Jr.
Edwin M. Speas, Jr.
Poyner Spruill LLP
P.O. Box 1801
Raleigh, NC 27602-1801

919.783.6400
Fax: 919.783.1075
espeas@poynerspruill.com
N.C. Bar. No. 4112
Local Civil Rule 83.1(d) Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties registered in said system.


Dated: November 22, 2024

                                                   /s/ Orion de Nevers
                                                 Orion de Nevers