IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

RODNEY D. PIERCE and
MOSES MATTHEWS,

        Plaintiffs,               Case No. 4:23-cv-193-D

v.

THE NORTH CAROLINA STATE BOARD
OF ELECTIONS, *et al.*,

        Defendants.

## ORDER GRANTING JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

This matter is before the Court on the Joint Motion of Plaintiffs Rodney D. Pierce and Moses Matthews, together with Defendants the North Carolina State Board of Elections, Alan Hirsch, Jeff Carmon III, Stacy Eggers IV, Kevin N. Lewis, Siobhan O'Duffy Millen, each in their official capacities, and Philip E. Berger and Timothy K. Moore[1], both in their official capacities, for an order modifying the Court's Scheduling Order, D.E. 81, to allow the parties additional time to exchange supplemental reports from their respective Racially Polarized Voting ("RPV") experts utilizing data from the November 2024 election, and to conduct depositions of the competing RPV experts based upon the same.

The Court, having reviewed the Motion, finds good cause to allow the relief requested. It is therefore ORDERED that the Scheduling Order shall be modified to allow the parties until January 24, 2025 to exchange supplemental reports from their respective RPV experts utilizing

---

[1] Speaker Moore will not return to the General Assembly for the 2025-2026 legislative session, as he was recently elected to Congress. Legislative Defendants will notify the Court and all parties of the new Speaker upon his or her election.

1

data from the November 2024 election. It is further ORDERED that the Scheduling Order shall be modified to allow the parties until January 31, 2025 to conduct depositions of the RPV experts with regard to their supplemental reports.

SO ORDERED this, the 8 day of January, 2025.

_____
The Honorable James C. Dever III
United States District Court Judge