IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| RODNEY D. PIERCE and MOSES MATTHEWS, <br><br> Plaintiffs, <br><br> v. <br><br> THE NORTH CAROLINA STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants. | Case No. 4:23-cv-193-D |

## NOTICE OF SUBSTITUTION

Destin Hall, by and through undersigned counsel, hereby notifies the Court that Timothy Moore no longer holds the office of Speaker of the North Carolina House of Representatives and that he, as the successor in office and current Speaker of the North Carolina House of Representatives, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, is automatically substituted as a party in the above-captioned matter. Speaker Hall respectfully requests that all future filings be served through his undersigned counsel.

Respectfully submitted, this the 9th day of January, 2025.

**BAKER & HOSTETLER LLP**

Richard B. Raile*
DC Bar No. 1015689
Katherine L. McKnight*
Trevor Stanley*
1050 Connecticut Ave. NW, Suite 1100
Washington DC 20036
Ph: (202) 861-1500
rraile@bakerlaw.com
kmcknight@bakerlaw.com

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: /s/ *Phillip J. Strach*
    Phillip J. Strach
    North Carolina State Bar no. 29456
    Alyssa M. Riggins
    North Carolina State Bar no. 52366
    Cassie A. Holt
    North Carolina State Bar no. 56505
    Jordan Koonts

1

tstanley@bakerlaw.com

Patrick T. Lewis*
Ohio State Bar no. 0078314
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Ph: (216) 621-0200
plewis@bakerlaw.com

Erika Dackin Prouty*
Ohio State Bar No. 0095821
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
(614) 462-4710
eprouty@bakerlaw.com

Rachel Hooper*
Texas State Bar no. 24039102
Tyler G. Doyle*
Texas State Bar no. 24072075
811 Main Street, Suite 1100
Houston, Texas 77002
Ph: (713) 751-1600
rhooper@bakerlaw.com
tgdoyle@bakerlaw.com
* *Appeared via Special Notice*

North Carolina State Bar no. 59363
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800
phil.strach@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
cassie.holt@nelsonmullins.com
Jordan.koonts@nelsonmullins.com

*Attorneys for Legislative Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing document was filed on the Court's electronic case filing system, and that notice of the filing will be served on all counsel of record by the Court's system. Copies of this filing are available via the Court's system.

This the 9th day of January, 2025.

        **NELSON MULLINS RILEY &**
        **SCARBOROUGH LLP**

        By: /s/ *Phillip J. Strach*
              Phillip J. Strach
              North Carolina State Bar no. 29456