# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| RODNEY D. PIERCE, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:23-cv-00193-D-RN |
| NC STATE BOARD OF ELECTIONS, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NCSBE, Hirsch, Carmon, III, Eggers, IV, Lewis, Millen .

Date: 01/30/2025

/s/ Michael Bulleri
*Attorney's signature*

Michael Bulleri, NC State Bar No. 35196
*Printed name and bar number*

North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602

*Address*

mbulleri@ncdoj.gov
*E-mail address*

(919) 716-6942
*Telephone number*

(919) 716-6791
*FAX number*