IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:23-cv-193-D

| | |
|---|---|
| RODNEY D. PIERCE and MOSES MATTHEWS, <br><br> Plaintiffs, <br><br> v. <br><br> THE NORTH CAROLINA STATE BOARD OF ELECTIONS, et al., <br><br> Defendants. | **NOTICE OF CERTIFICATION OF TRAINING FOR USE OF COURTROOM TECHNOLOGY** |

Pursuant to Local Civil Rule 83.10, the undersigned does hereby certify that the person(s) responsible for operating courtroom technology for the Legislative Defendants in this action completed the necessary training on 1/30/2025, and has been informed that other than this training, the court and its employees do not provide information technology services.

01/30/25
*Date*

*Signature of Court Staff*

Respectfully submitted, this the 30th day of January, 2025.

NELSON MULLINS RILEY &
SCARBOROUGH LLP

By: /s/ Phillip J. Strach
Phillip J. Strach

North Carolina State Bar no. 29456
Alyssa M. Riggins
North Carolina State Bar no. 52366
Cassie A. Holt
North Carolina State Bar no. 56505
Jordan A. Koonts
North Carolina State Bar no. 59363
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800
phil.strach@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
cassie.holt@nelsonmullins.com
jordan.koonts@nelsonmullins.com

**BAKER & HOSTETLER LLP**

Katherine L. McKnight*
D.C. Bar No 994456
1050 Connecticut Ave. NW, Suite 1100
Washington DC 20036
Ph: (202) 861-1500
kmcknight@bakerlaw.com

Patrick T. Lewis*
Ohio State Bar no. 0078314
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Ph: (216) 621-0200
plewis@bakerlaw.com

Erika Dackin Prouty*
Ohio State Bar No. 0095821
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
(614) 462-4710
eprouty@bakerlaw.com
* *Appeared via Special Notice*

*Attorneys for Legislative Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this day the forgoing document was filed on the Court's electronic case filing system (CM/ECF), and that notice of the filing will be served on all counsel of record by the Court's system.

This the 30th day of January, 2024.

                             **NELSON MULLINS RILEY & SCARBOROUGH LLP**

                             By: /s/ Phillip J. Strach
                                   Phillip J. Strach
                                   North Carolina State Bar No. 29456