IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:23-cv-193-D

| | |
|---|---|
| RODNEY D. PIERCE and MOSES MATTHEWS, <br><br> Plaintiffs, <br><br> v. <br><br> THE NORTH CAROLINA STATE BOARD OF ELECTIONS, et al., <br><br> Defendants, | **NOTICE OF CERTIFICATION OF TRAINING FOR USE OF COURTROOM TECHNOLOGY** |

Pursuant to Local Civil Rule 83.10, the undersigned does hereby certify that the person(s) responsible for operating courtroom technology for the Plaintiffs in this action completed the necessary training on 1/30/2025, and has been informed that other than this training, the court and its employees do not provide information technology services.

_____1/30/2025_____
*Date*

*Travis Orr*
_____
*Signature of Court Staff*

Filed by:

POYNER SPRUILL LLP
By:/s/ Edwin M. Speas, Jr.
Edwin M. Speas, Jr.
North Carolina State Bar no. 4112
Caroline P. Mackie
North Carolina State Bar no. 41512
Post Office Box 1801
Raleigh, NC 27602
Telephone: (919) 783-1108
cmackie@poynerspruill.com
espeas@poynerspruill.com

**ARNOLD & PORTER
KAYE SCHOLER LLP**
By: /s/ R. Stanton Jones
Robert Stanton Jones*
Elisabeth S. Theodore*
John A. Freedman*
Samuel I. Ferenc*
Orion de Nevers*
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
stanton.jones@arnoldporter.com
elisabeth.theodore@arnoldporter.com
john.freedman@arnoldporter.com
sam.ferenc@arnoldporter.com
orion.denevers@arnoldporter.com

**Appeared via Special Notice*
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the cm/ecf system, which will send notification of such filing to all counsel and parties registered in said system.

Respectfully submitted this, the 31st day of January, 2025.

                                                      /s/ Orion de Nevers
                                                      Orion de Nevers