IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

RODNEY D. PIERCE and
MOSES MATTHEWS,

              Plaintiffs,

v.

THE NORTH CAROLINA STATE BOARD
OF ELECTIONS, *et al.*,

              Defendants.

Case No. 4:23-cv-193-D

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiffs Rodney D. Pierce and Moses Matthews, together with Defendants the North Carolina State Board of Elections, Alan Hirsch, Jeff Carmon III, Stacy Eggers IV, Kevin N. Lewis, Siobhan O'Duffy Millen, each in their official capacities, and Philip E. Berger and Timothy K. Moore, both in their official capacities, jointly move the Court for an order modifying the Scheduling Order, D.E. 81. The parties move to modify the Scheduling Order to allow the parties to exchange supplemental reports analyzing the 2024 general election results from their respective racially polarized voting ("RPV") experts after trial, incorporate those reports in the trial record as admitted exhibits, and extend the deadline for the parties to file their proposed findings of fact and conclusions of law. In support, the parties show the following:

      1.      The parties discussed and agreed with the Court at the pretrial conference that the Court's Scheduling Order, D.E. 81, should be modified to reflect a timeline and protocols that will permit supplemental RPV reports analyzing the 2024 general election results to be admitted to the record after trial. Following the pre-trial conference, counsel for the State Board Defendants notified the parties on January 31, 2025, that precinct-sorted data was now publicly available. At

the conclusion of trial, the Court held open the record and directed the parties to submit a proposed briefing schedule. D.E. 111. The parties propose the following schedule:

- The parties' RPV experts' supplemental reports analyzing the November 2024 election results are due by February 28, 2025.

- Rebuttals to the parties' RPV experts' supplemental reports are due by March 7, 2025.

- The parties' joint filing on the docket of opening and rebuttal supplemental RPV expert reports for admission to the record as admitted exhibits is due by March 10, 2025.

- The parties shall file proposed findings of fact and conclusions of law by March 14, 2025.

WHEREFORE, the parties respectfully request that the Court modify the Scheduling Order to allow the exchange of supplemental RPV expert reports analyzing the November 2024 election results by February 28, 2025, exchange of rebuttals to the parties' supplemental reports by March 7, 2025, joint filing of the supplemental reports for admission to the record by March 10, 2025, and submission of proposed findings of fact and conclusions of law by March 14, 2025.

Respectfully submitted this, the 17th day of February, 2025.

**POYNER SPRUILL LLP**

By:/s/ Edwin M. Speas, Jr.
Edwin M. Speas, Jr.
North Carolina State Bar no. 4112
Caroline P. Mackie
North Carolina State Bar no. 41512
Post Office Box 1801
Raleigh, NC 27602
Telephone: (919) 783-1108
cmackie@poynerspruill.com
espeas@poynerspruill.com

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By:/s/ Phillip J. Strach
Phillip J. Strach
North Carolina State Bar no. 29456
Alyssa M. Riggins
North Carolina State Bar no. 52366
Cassie A. Holt
North Carolina State Bar no. 56505
Jordan A. Koonts
North Carolina State Bar no. 59363

**ARNOLD & PORTER**
**KAYE SCHOLER LLP**

By:/s/ R. Stanton Jones
Robert Stanton Jones*
Elisabeth S. Theodore*
John A. Freedman*
Samuel I. Ferenc*
Orion de Nevers*
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
stanton.jones@arnoldporter.com
elisabeth.theodore@arnoldporter.com
john.freedman@arnoldporter.com
sam.ferenc@arnoldporter.com
orion.denevers@arnoldporter.com

*Appeared via Special Notice*
*Attorneys for Plaintiffs*


**N.C. DEPARTMENT OF JUSTICE**

By:/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
E-mail: tsteed@ncdoj.gov

Mary Carla Babb
Special Deputy Attorney General
N.C. State Bar No. 25731
E-mail: mcbabb@ncdoj.gov

N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6567
Facsimile: (919) 716-6761

*Attorneys for Defendants NCSBE,*
*Hirsch, Carmon III, Eggers IV,*
*Lewis, and Millen*

301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800
phil.strach@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
cassie.holt@nelsonmullins.com
jordan.koonts@nelsonmullins.com


**BAKER & HOSTETLER LLP**

By:/s/Katherine L. McKnight
Katherine L. McKnight*
D.C. Bar No 994456
1050 Connecticut Ave. NW, Suite 1100
Washington DC 20036
Ph: (202) 861-1500
kmcknight@bakerlaw.com

Patrick T. Lewis*
Ohio State Bar no. 0078314
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Ph: (216) 621-0200
plewis@bakerlaw.com

Erika Dackin Prouty*
Ohio State Bar No. 0095821
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
(614) 462-4710
eprouty@bakerlaw.com


* *Appeared via Special Notice*
*Attorneys for Legislative Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the cm/ecf system, which will send notification of such filing to all counsel and parties registered in said system.

Respectfully submitted this, the 17th day of February, 2025.

/s/ Orion de Nevers
Orion de Nevers