# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

| | |
|---|---|
| RODNEY D. PIERCE and MOSES MATTHEWS,<br><br>           Plaintiffs,<br><br>v.<br><br>THE NORTH CAROLINA STATE BOARD OF ELECTIONS, *et al.*,<br><br>           Defendants. | Case No. 4:23-cv-193-D |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER

This matter is before the Court on a joint motion to modify the Scheduling Order. The Court, having reviewed the Motion, finds good cause to allow the relief requested. It is therefore ORDERED that the Scheduling Order, D.E. 81, is modified to reflect the following timeline and protocols:

- The parties' RPV experts' supplemental reports analyzing the November 2024 election results are due by February 28, 2025.

- Rebuttals to the parties' RPV experts' supplemental reports are due by March 7, 2025.

- The parties' joint filing on the docket of opening and rebuttal supplemental RPV expert reports for admission to the record as admitted exhibits is due by March 10, 2025.

- The parties shall file proposed findings of fact and conclusions of law by March 14, 2025.

SO ORDERED this, the ____ day of _____, 2025.

                                                                                  _____
                                                                                  The Honorable James C. Dever III
                                                                                  United States District Court Judge