IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| RODNEY D. PIERCE and MOSES MATTHEWS, <br><br> Plaintiffs, <br><br> v. <br><br> THE NORTH CAROLINA STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants. | Case No. 4:23-cv-193-D |

## JOINT NOTICE OF FILING SUPPLEMENTAL RPV REPORTS

Plaintiffs Rodney D. Pierce and Moses Matthews ("Plaintiffs"), together with Defendants the North Carolina State Board of Elections, Alan Hirsch, Jeff Carmon III, Stacy Eggers IV, Kevin N. Lewis, Siobhan O'Duffy Millen, each in their official capacities ("State Board Defendants"), and Philip E. Berger and Destin Hall, both in their official capacities ("Legislative Defendants"), pursuant to D.E. 113, notify the Court of their opening and rebuttal supplemental racially polarized voting ("RPV") expert reports analyzing the November 2024 election results to the record in this matter as follows:

Legislative Defendants move the opening and rebuttal supplemental reports of Dr. John Alford, LD075 and LD076, for admission to the record as admitted exhibits. Stamped copies of LD075 and LD076 are attached hereto as **Attachment A**.

Plaintiffs do not object to the admission of Dr. Alford's opening supplemental report, LD075. Plaintiffs object to the admission of certain portions of Dr. Alford's supplemental rebuttal report, LD076, as improper supplementation and improper rebuttal. Plaintiffs will file a brief

1

Case 4:23-cv-00193-D-RN    Document 122    Filed 03/10/25    Page 1 of 4

setting forth their objections to LD076 within 14 days. Legislative Defendants will file any response to Plaintiffs' objections within 14 days, and Plaintiffs shall have 7 days to file any reply.

Plaintiffs move the opening and rebuttal supplemental reports of Dr. Loren Collingwood, PX279 and PX280, for admission to the record as admitted exhibits. Stamped copies of PX279 and PX280 are attached hereto as **Attachment B**. Legislative Defendants do not object to the admission of PX279 or PX280.

State Board Defendants do not submit any supplemental RPV reports.

Respectfully submitted, this the 10th day of March, 2025.

| | |
|---|---|
| **POYNER SPRUILL LLP** | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
| By:/s/ Edwin M. Speas, Jr. | |
| Edwin M. Speas, Jr. | By:/s/ Phillip J. Strach |
| North Carolina State Bar no. 4112 | Phillip J. Strach |
| Caroline P. Mackie | North Carolina State Bar no. 29456 |
| North Carolina State Bar no. 41512 | Alyssa M. Riggins |
| Post Office Box 1801 | North Carolina State Bar no. 52366 |
| Raleigh, NC 27602 | Cassie A. Holt |
| Telephone: (919) 783-1108 | North Carolina State Bar no. 56505 |
| cmackie@poynerspruill.com | Jordan A. Koonts |
| espeas@poynerspruill.com | North Carolina State Bar no. 59363 |
| | 301 Hillsborough Street, Suite 1400 |
| | Raleigh, North Carolina 27603 |
| | Ph: (919) 329-3800 |
| | phil.strach@nelsonmullins.com |
| | alyssa.riggins@nelsonmullins.com |
| **ARNOLD & PORTER** | cassie.holt@nelsonmullins.com |
| **KAYE SCHOLER LLP** | jordan.koonts@nelsonmullins.com |
| By:/s/ R. Stanton Jones | |
| Robert Stanton Jones* | **BAKER & HOSTETLER LLP** |
| Elisabeth S. Theodore* | |
| John A. Freedman* | By: /s/Katherine L. McKnight |
| Samuel I. Ferenc* | Katherine L. McKnight* |
| Orion de Nevers* | D.C. Bar No 994456 |
| 601 Massachusetts Ave., NW | 1050 Connecticut Ave. NW, Suite 1100 |
| Washington, D.C. 20001 | Washington DC 20036 |
| Telephone: (202) 942-5000 | Ph: (202) 861-1500 |

stanton.jones@arnoldporter.com
elisabeth.theodore@arnoldporter.com
john.freedman@arnoldporter.com
sam.ferenc@arnoldporter.com
orion.denevers@arnoldporter.com

**Appeared via Special Notice*
*Attorneys for Plaintiffs*

kmcknight@bakerlaw.com

Patrick T. Lewis*
Ohio State Bar no. 0078314
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Ph: (216) 621-0200
plewis@bakerlaw.com

Erika Dackin Prouty*
Ohio State Bar No. 0095821
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
(614) 462-4710
eprouty@bakerlaw.com


* *Appeared via Special Notice*
*Attorneys for Legislative Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties registered in said system.

Respectfully submitted this, the 10th day of March, 2025.

/s/ Orion de Nevers
Orion de Nevers
