IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| RODNEY D. PIERCE and MOSES MATTHEWS, <br><br> Plaintiffs, <br><br> v. <br><br> THE NORTH CAROLINA STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants. | Case No. 4:23-cv-193-D |

### NOTICE OF FILING RULE 26(E) SUPPLEMENT

Defendants Philip E. Berger and Destin Hall, both in their official capacities ("Legislative Defendants"), notify the Court of the Rule 26(e) Supplement of John R. Alford, Ph.D. to Supplemental Rebuttal Report as follows:

Legislative Defendants move Dr. Alford's Rule 26(e) Supplement, LD077, for admission to the record as an admitted exhibit. A stamped copy of LD077 is attached hereto as **Attachment A**.

Plaintiffs object to the admission of LD077. Plaintiffs' objection to LD077 will be briefed together with Plaintiffs' objection to portions of LD076 as set forth in the parties' Joint Notice of Filing Supplemental RPV Reports, D.E. 122.

Respectfully submitted, this the 13th day of March, 2025.

**NELSON MULLINS RILEY &
SCARBOROUGH LLP**

By:/s/ Phillip J. Strach
Phillip J. Strach
North Carolina State Bar no. 29456
Alyssa M. Riggins

North Carolina State Bar no. 52366
Cassie A. Holt
North Carolina State Bar no. 56505
Jordan A. Koonts
North Carolina State Bar no. 59363
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Ph: (919) 329-3800
phil.strach@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
cassie.holt@nelsonmullins.com
jordan.koonts@nelsonmullins.com


**BAKER & HOSTETLER LLP**

By: /s/Katherine L. McKnight
Katherine L. McKnight*
D.C. Bar No 994456
1050 Connecticut Ave. NW, Suite 1100
Washington DC 20036
Ph: (202) 861-1500
kmcknight@bakerlaw.com

Patrick T. Lewis*
Ohio State Bar no. 0078314
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Ph: (216) 621-0200
plewis@bakerlaw.com

Erika Dackin Prouty*
Ohio State Bar No. 0095821
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
(614) 462-4710
eprouty@bakerlaw.com


*Appeared via Special Notice*
*Attorneys for Legislative Defendants*

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties registered in said system.

Respectfully submitted this, the 13th day of March, 2025.

/s/ Phillip J. Strach
Phillip J. Strach
