# Attachment A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| RODNEY D. PIERCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE NORTH CAROLINA STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants. | Case No. 4:23-cv-193-D |

**RULE 26(E) SUPPLEMENT OF JOHN R. ALFORD, PH.D.
TO SUPPLEMENTAL REBUTTAL REPORT**

In my March 7, 2025, Supplemental Rebuttal Report in this matter, I cited a New York Times exit poll for the 2024 election.[1] That citation was incorrect, as the exit poll cited was for the 2020 election. The correct citation should have been to the exit poll conducted in North Carolina by Edison Research,[2] which reported 37% White support for Kamala Harris, and 12% Black voter support for Donald Trump. Other exit polls reported similar results of between 36 and 37% White support for Harris, and between 11 and 12% Black voter support for Trump.[3]

This incorrect citation in no way alters my analysis or conclusions reached in my Supplemental Rebuttal Report. In fact, the numbers in the correct exit polls actually show lower Black cohesion and higher White crossover voting, and are still closer to my EI results showing 32% White support for Harris and 6% Black voter support for Trump than Dr. Collingwood's

---

[1] *North Carolina Exit Polls: How Different Groups Voted*, N.Y. Times, https://www.nytimes.com/interactive/2020/11/03/us/elections/exit-polls-north-carolina.html (accessed Mar 11. 2025).
[2] *North Carolina presidential exit polls*, The Washington Post, (Nov. 15, 2024), https://www.washingtonpost.com/elections/interactive/2024/north-carolina-exit-polls/.
[3] *Election 2024: Exit polls*, CNN, https://www.cnn.com/election/2024/exit-polls/north-carolina/general/president/0 (accessed Mar. 11, 2025); *2024 Fox News Voter Analysis*, Fox News, https://www.foxnews.com/elections/2024/general-results/voter-analysis (accessed Mar. 11, 2025).

Leg. Defs. Trial Exs.
Pierce v. NCSBE
4:23-CV-193
LD077

estimates. Dr. Collingwood estimated 27% White support for Harris and 1.4% Black voter support for Trump, which is about 10% lower than the numbers reported in the exit polls cited above.

Additionally, there are two references to Table 5 on page 15 of my Supplemental Rebuttal Report that should be references to Table 6.

March 11, 2025.

John R. Alford, Ph.D