IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| RODNEY D. PIERCE and MOSES MATTHEWS,<br><br>Plaintiffs,<br><br>v.<br><br>THE NORTH CAROLINA STATE BOARD OF ELECTIONS, *et al.*,<br><br>Defendants. | Case No. 4:23-cv-193-D |

## NOTICE OF FILING OF PROPOSED CONCLUSIONS OF LAW

Defendants Philip E. Berger and Destin Hall, both in their official capacities ("Legislative Defendants"), by and through undersigned counsel and pursuant to this Court's Scheduling Order as amended, D.E. 81 and D.E. 113, hereby give notice of filing of their Proposed Conclusions of Law, which accompany Legislative Defendants' Proposed Findings of Fact, D.E. 124, but which are filed separately herewith as **Exhibit A** due to file size constraints.

Respectfully submitted, this the 14th day of March, 2025.

        **NELSON MULLINS RILEY & SCARBOROUGH LLP**

        By:/s/ Phillip J. Strach
        Phillip J. Strach
        North Carolina State Bar no. 29456
        Alyssa M. Riggins
        North Carolina State Bar no. 52366
        Cassie A. Holt
        North Carolina State Bar no. 56505
        Jordan A. Koonts
        North Carolina State Bar no. 59363
        301 Hillsborough Street, Suite 1400
        Raleigh, North Carolina 27603

Ph: (919) 329-3800
phil.strach@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
cassie.holt@nelsonmullins.com
jordan.koonts@nelsonmullins.com

**BAKER & HOSTETLER LLP**

By: /s/Katherine L. McKnight
Katherine L. McKnight*
D.C. Bar No 994456
1050 Connecticut Ave. NW, Suite 1100
Washington DC 20036
Ph: (202) 861-1500
kmcknight@bakerlaw.com

Patrick T. Lewis*
Ohio State Bar no. 0078314
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Ph: (216) 621-0200
plewis@bakerlaw.com

Erika Dackin Prouty*
Ohio State Bar No. 0095821
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
(614) 462-4710
eprouty@bakerlaw.com


*Appeared via Special Notice*
*Attorneys for Legislative Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties registered in said system.

      Respectfully submitted this, the 14th day of March, 2025.

/s/ Phillip J. Strach
Phillip J. Strach
