# EXHIBIT B

| From: | Prouty, Erika Dackin <eprouty@bakerlaw.com> |
|---|---|
| Sent: | Tuesday, March 11, 2025 2:41 PM |
| To: | Theodore, Elisabeth; Eddie Speas; zzz.External.CMackie@poynerspruill.com; Freedman, John A.; Jones, Stanton; Steed, Terence; de Nevers, Orion |
| Cc: | Phil Strach; Jordan Koonts; McKnight, Katherine L.; Lewis, Patrick T.; Cassie Holt; Alyssa Riggins; Stanley, Trevor M.; Raile, Richard |
| Subject: | RE: Pierce v. North Carolina State Board of Elections - Legislative Defendants' Supplemental Rebuttal RPV Report |
| Attachments: | Pierce v. NCSBE - Errata of Dr. John Alford to Supplemental Rebuttal Report.pdf |



Elisabeth,

Please see the attached errata to Dr. Alford's March 7, 2025 Supplemental Rebuttal Report.

Sincerely,

**Erika Prouty**
Associate

**BakerHostetler**
200 Civic Center Drive | Suite 1200
Columbus, OH 43215-4138
T +1.614.462.4710

eprouty@bakerlaw.com
bakerlaw.com

---

**From:** Prouty, Erika Dackin
**Sent:** Tuesday, March 11, 2025 11:56 AM
**To:** Theodore, Elisabeth <Elisabeth.Theodore@arnoldporter.com>; Eddie Speas <ESpeas@poynerspruill.com>; CMackie@poynerspruill.com; Freedman, John A. <John.Freedman@arnoldporter.com>; Jones, Stanton <Stanton.Jones@arnoldporter.com>; Steed, Terence <Tsteed@ncdoj.gov>; de Nevers, Orion <Orion.deNevers@arnoldporter.com>
**Cc:** Phil Strach <phil.strach@nelsonmullins.com>; Jordan Koonts <jordan.koonts@nelsonmullins.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>; Lewis, Patrick T. <plewis@bakerlaw.com>; Cassie Holt <cassie.holt@nelsonmullins.com>; Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; Stanley, Trevor M. <tstanley@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>
**Subject:** RE: Pierce v. North Carolina State Board of Elections - Legislative Defendants' Supplemental Rebuttal RPV Report

Elisabeth,

Thank you for bringing this issue to our attention. We are working with Dr. Alford to prepare an errata and will be able to send it to you this afternoon.

Sincerely,

**Erika Prouty**
Associate


**BakerHostetler**

200 Civic Center Drive | Suite 1200
Columbus, OH 43215-4138
T +1.614.462.4710

eprouty@bakerlaw.com
bakerlaw.com

---

**From:** Theodore, Elisabeth <Elisabeth.Theodore@arnoldporter.com>
**Sent:** Tuesday, March 11, 2025 10:29 AM
**To:** Prouty, Erika Dackin <eprouty@bakerlaw.com>; Eddie Speas <ESpeas@poynerspruill.com>; CMackie@poynerspruill.com; Freedman, John A. <John.Freedman@arnoldporter.com>; Jones, Stanton <Stanton.Jones@arnoldporter.com>; Steed, Terence <Tsteed@ncdoj.gov>; de Nevers, Orion <Orion.deNevers@arnoldporter.com>
**Cc:** Phil Strach <phil.strach@nelsonmullins.com>; Jordan Koonts <jordan.koonts@nelsonmullins.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>; Lewis, Patrick T. <plewis@bakerlaw.com>; Cassie Holt <cassie.holt@nelsonmullins.com>; Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; Stanley, Trevor M. <tstanley@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>
**Subject:** RE: Pierce v. North Carolina State Board of Elections - Legislative Defendants' Supplemental Rebuttal RPV Report

**[External Email: Use caution when clicking on links or opening attachments.]**

Erika:

We wanted to follow up on this request, since the source for this data should have been disclosed on Friday. Can you please send us the link?

Thanks,
Elisabeth

---

**From:** Theodore, Elisabeth
**Sent:** Monday, March 10, 2025 3:47 PM
**To:** Prouty, Erika Dackin <eprouty@bakerlaw.com>; Eddie Speas <ESpeas@poynerspruill.com>; zzz.External.CMackie@poynerspruill.com <CMackie@poynerspruill.com>; Freedman, John A. <John.Freedman@arnoldporter.com>; Jones, Stanton <Stanton.Jones@arnoldporter.com>; Steed, Terence <Tsteed@ncdoj.gov>; de Nevers, Orion <Orion.deNevers@arnoldporter.com>
**Cc:** Phil Strach <phil.strach@nelsonmullins.com>; Jordan Koonts <jordan.koonts@nelsonmullins.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>; Lewis, Patrick T. <plewis@bakerlaw.com>; Cassie Holt <cassie.holt@nelsonmullins.com>; Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; Stanley, Trevor M. <tstanley@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>

**Subject:** RE: Pierce v. North Carolina State Board of Elections - Legislative Defendants' Supplemental Rebuttal RPV Report

Erika:

Can you please provide a link to the New York Times exit poll data that Dr. Alford indicates he is relying on on page 3 of his supplemental rebuttal report? There is no citation/hyperlink in the report and we did not see this data in the backup data.

Thanks,
Elisabeth

---

**From:** Prouty, Erika Dackin <eprouty@bakerlaw.com>
**Sent:** Friday, March 7, 2025 9:31 PM
**To:** Eddie Speas <ESpeas@poynerspruill.com>; zzz.External.CMackie@poynerspruill.com <CMackie@poynerspruill.com>; Freedman, John A. <John.Freedman@arnoldporter.com>; Jones, Stanton <Stanton.Jones@arnoldporter.com>; Theodore, Elisabeth <Elisabeth.Theodore@arnoldporter.com>; Steed, Terence <Tsteed@ncdoj.gov>; de Nevers, Orion <Orion.deNevers@arnoldporter.com>
**Cc:** Phil Strach <phil.strach@nelsonmullins.com>; Jordan Koonts <jordan.koonts@nelsonmullins.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>; Lewis, Patrick T. <plewis@bakerlaw.com>; Cassie Holt <cassie.holt@nelsonmullins.com>; Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; Stanley, Trevor M. <tstanley@bakerlaw.com>; Raile, Richard <rraile@bakerlaw.com>
**Subject:** Pierce v. North Carolina State Board of Elections - Legislative Defendants' Supplemental Rebuttal RPV Report

External E-mail

Counsel,

Please see the attached Supplemental Rebuttal Expert Report of Dr. John Alford. The report and associated back-up materials are located at the link below:

https://globalftp.bakerlaw.com/w/f-0accb6db-71e8-469a-a2bd-14f713182097

Please let us know if you have any trouble accessing.

Sincerely,

**Erika Prouty**
Associate



**BakerHostetler**
200 Civic Center Drive | Suite 1200
Columbus, OH 43215-4138
T +1.614.462.4710

eprouty@bakerlaw.com
bakerlaw.com

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

_____

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com