# Exhibit B

| From: | Jones, Stanton |
|---|---|
| To: | Alyssa Riggins; Jordan Koonts; Cassie Holt; Steed, Terence; Phil Strach; Prouty, Erika Dackin; Lewis, Patrick T.; McKnight, Katherine L.; Babb, Mary Carla (Hollis) |
| Cc: | espeas@poynerspruill.com; CMackie@poynerspruill.com; Theodore, Elisabeth; Ferenc, Sam; de Nevers, Orion |
| Subject: | RE: Pierce -- Burch supplement |
| Date: | Monday, November 25, 2024 1:05:51 PM |
| Attachments: | image001.png<br>Pierce v NCSBE -- Corrected Burch Supplement.pdf |

[External Email: Use caution when clicking on links or opening attachments.]

Counsel: Attached please find a correction to the Burch supplement, reflecting that 10 Black Senators were elected in 2024 (not 9).

Regards,
Stanton

---

**From:** Jones, Stanton <Stanton.Jones@arnoldporter.com>
**Sent:** Friday, November 22, 2024 4:18 PM
**To:** Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; Jordan Koonts <jordan.koonts@nelsonmullins.com>; Cassie Holt <cassie.holt@nelsonmullins.com>; Steed, Terence <Tsteed@ncdoj.gov>; Phil Strach <phil.strach@nelsonmullins.com>; Prouty, Erika Dackin <eprouty@bakerlaw.com>; Lewis, Patrick T. <plewis@bakerlaw.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>; Babb, Mary Carla (Hollis) <MCBabb@ncdoj.gov>
**Cc:** espeas@poynerspruill.com; zzz.External.CMackie@poynerspruill.com <CMackie@poynerspruill.com>; Theodore, Elisabeth <Elisabeth.Theodore@arnoldporter.com>; Ferenc, Sam <Sam.Ferenc@arnoldporter.com>; de Nevers, Orion <Orion.deNevers@arnoldporter.com>
**Subject:** Pierce -- Burch supplement

Alyssa et al.: Pursuant to FRCP 26(e)(2), please see the attached supplement from Dr. Burch.

Regards,
Stanton

_____

R. Stanton Jones

Arnold & Porter

601 Massachusetts Ave., NW
Washington, DC 20001-3743
T: +1 202.942.5563
Stanton.Jones@arnoldporter.com
www.arnoldporter.com | LinkedIn

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives

this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com