# Exhibit C

| | |
|---|---|
| **From:** | de Nevers, Orion |
| **To:** | Cassie Holt; Theodore, Elisabeth; Jones, Stanton; Steed, Terence; Babb, Mary Carla (Hollis); Eddie Speas; CMackie@poynerspruill.com; Freedman, John A. |
| **Cc:** | Phil Strach; Alyssa Riggins; Jordan Koonts; McKnight, Katherine L.; Prouty, Erika Dackin; Lewis, Patrick T. |
| **Subject:** | RE: Pierce - Legislative Defendants" Stamped Exhibits |
| **Date:** | Saturday, January 18, 2025 12:08:20 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | CORRECTED Burch supplement 01-17-25.pdf |

<span style="color:red">[External Email: Use caution when clicking on links or opening attachments.]</span>

Counsel,

You should just have received access to the stamped Plaintiffs' and Joint Exhibits through Kiteworks. Please let us know if you have any difficulty accessing the files.

We added three exhibits (PX276-78) that are figures or videos from Dr. Burch's supplemental report. Dr. Burch has also made an additional correction to her supplemental report relating to the count of Black House members. That corrected report is attached and is reflected at PX271.

Thanks,

Orion

_____

Orion de Nevers
Associate | Bio

**Arnold&Porter**

601 Massachusetts Ave., NW
Washington, DC 20001-3743
T: +1 202.942.5918
Orion.deNevers@arnoldporter.com
www.arnoldporter.com | LinkedIn

---

**From:** Cassie Holt <cassie.holt@nelsonmullins.com>
**Sent:** Friday, January 17, 2025 4:48 PM
**To:** Theodore, Elisabeth <Elisabeth.Theodore@arnoldporter.com>; Jones, Stanton <Stanton.Jones@arnoldporter.com>; Steed, Terence <Tsteed@ncdoj.gov>; Babb, Mary Carla (Hollis) <MCBabb@ncdoj.gov>; Eddie Speas <ESpeas@poynerspruill.com>; de Nevers, Orion <Orion.deNevers@arnoldporter.com>; zzz.External.CMackie@poynerspruill.com <CMackie@poynerspruill.com>; Freedman, John A. <John.Freedman@arnoldporter.com>
**Cc:** Phil Strach <phil.strach@nelsonmullins.com>; Alyssa Riggins <alyssa.riggins@nelsonmullins.com>; Jordan Koonts <jordan.koonts@nelsonmullins.com>; McKnight, Katherine L. <kmcknight@bakerlaw.com>; Prouty, Erika Dackin

<eprouty@bakerlaw.com>; Patrick T. Lewis <plewis@bakerlaw.com>
**Subject:** Pierce - Legislative Defendants' Stamped Exhibits

External E-mail

Counsel,

Pursuant to our agreement, you will be receiving a Titanfile shortly with Legislative Defendants' stamped exhibits.

We have not heard back from you regarding the proposed additional joint exhibits with demographics for the State House and Senate for the 2025-2026 Session. Out of an abundance of caution, we have marked those items as LD071 and LD072 respectively. That said, we maintain that both demographic sheets are proper joint exhibits to supplement what is already on the joint list (JX42-JX51). Please let us know your position.

Thank you,

Cassie



**CASSIE A. HOLT  ASSOCIATE**
cassie.holt@nelsonmullins.com
**301 HILLSBOROUGH STREET | SUITE 1400**
**RALEIGH, NC 27603**
T **919.329.3886**  F **919.329.3799**
**NELSONMULLINS.COM**   **VCARD**  **VIEW BIO**

**Confidentiality Notice**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:

http://www.arnoldporter.com