# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

| | |
|---|---|
| RODNEY D. PIERCE and MOSES MATTHEWS,<br><br>               Plaintiffs,<br><br>v.<br><br>THE NORTH CAROLINA STATE BOARD OF ELECTIONS, *et al.*,<br><br>               Defendants. | Case No. 4:23-cv-193-D |

## PLAINTIFFS' NOTICE OF REPLY IN SUPPORT OF OBJECTIONS TO LEGISLATIVE DEFENDANTS' MOTIONS TO ADMIT SUPPLEMENTAL OPINIONS OF DR. JOHN ALFORD

Plaintiffs Rodney D. Pierce and Moses Matthews notify the Court of their reply brief supporting their objections to Legislative Defendants' motions to admit supplemental opinions of Dr. John Alford. Plaintiffs filed their opening brief on March 24, 2025. D.E. 127. Legislative Defendants filed their response on April 7, 2025. D.E. 128. Plaintiffs' reply brief is attached hereto as Attachment A.

Respectfully submitted this, the 14th day of April, 2025.

                                            **POYNER SPRUILL LLP**
                                            By:/s/ Edwin M. Speas, Jr.
                                            Edwin M. Speas, Jr.
                                            North Carolina State Bar no. 4112
                                            Caroline P. Mackie
                                            North Carolina State Bar no. 41512
                                            Post Office Box 1801
                                            Raleigh, NC 27602
                                            Telephone: (919) 783-1108
                                            cmackie@poynerspruill.com
                                            espeas@poynerspruill.com

**ARNOLD & PORTER**
**KAYE SCHOLER LLP**
By: /s/ R. Stanton Jones
Robert Stanton Jones*
Elisabeth S. Theodore*
John A. Freedman*
Samuel I. Ferenc*
Orion de Nevers*
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
stanton.jones@arnoldporter.com
elisabeth.theodore@arnoldporter.com
john.freedman@arnoldporter.com
sam.ferenc@arnoldporter.com
orion.denevers@arnoldporter.com

*Appeared via Special Notice*
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the cm/ecf system, which will send notification of such filing to all counsel and parties registered in said system.

Respectfully submitted this, the 14th day of April, 2025.

                                              /s/ Orion de Nevers
                                              Orion de Nevers