# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina ▼

| | |
|---|---|
| RODNEY D. PIERCE, et al., | ) |
| *Plaintiff* | ) |
| v. | ) |
| NC STATE BOARD OF ELECTIONS, et al., | ) |
| *Defendant* | ) |

Case No.   4:23-cv-00193-D-RN

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NCSBE, Hirsch, Carmon, III, Eggers, IV, Lewis, Millen                                    .

Date: 05/12/2025

/s/ Mary L. Lucasse
*Attorney's signature*

Mary L. Lucasse, NC State Bar No. 39153
*Printed name and bar number*
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602

*Address*

mlucasse@ncdoj.gov
*E-mail address*

(919) 716-6900
*Telephone number*

(919) 716-6763
*FAX number*