UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| RODNEY D. PIERCE and MOSES MATTHEWS,<br><br>        Plaintiffs,<br><br>vs.<br><br>THE NORTH CAROLINA STATE BOARD OF ELECTIONS, ALAN HIRSCH, JEFF CARMON III, STACY FOUR EGGERS IV, KEVIN N. LEWIS, SIOBHAN O'DUFFY MILLEN, PHILIP E. BERGER, and TIMOTHY K. MOORE,<br><br>        Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:23-CV-193-D-RN** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that in sum, having considered the entire record and governing law and having made credibility findings concerning each witness who testified, the court FINDS that plaintiffs have failed to prove their Section 2 claim against defendants. Thus, judgment SHALL BE ENTERED in favor of defendants and against plaintiffs. Defendant may seek costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

This Judgment filed and entered on September 30, 2025, and copies to:
Counsel of record for the parties    (via CM/ECF electronic notification)

September 30, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Amber Harrison
Deputy Clerk