IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| RODNEY D. PIERCE and MOSES MATTHEWS, <br><br> Plaintiffs, <br><br> v. <br><br> THE NORTH CAROLINA STATE BOARD OF ELECTIONS, *et al.*, <br><br> Defendants. | Case No. 4:23-cv-193-D |

## NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3(c)(1) and 4(a), notice is hereby given that Plaintiffs Rodney D. Pierce and Moses Matthews appeal to the United States Court of Appeals for the Fourth Circuit from this Court's Order and Judgment (D.E. 131-32) finding that plaintiffs failed to prove their Section 2 claim against defendants and entering judgment in favor of defendants and against plaintiffs, and all earlier, merged judgments and orders.

Respectfully submitted this, the 1st day of October, 2025.

        **POYNER SPRUILL LLP**
        By:/s/ Edwin M. Speas, Jr.
        Edwin M. Speas, Jr.
        North Carolina State Bar no. 4112
        Caroline P. Mackie
        North Carolina State Bar no. 41512
        Post Office Box 1801
        Raleigh, NC 27602
        Telephone: (919) 783-1108
        cmackie@poynerspruill.com
        espeas@poynerspruill.com

        **ARNOLD & PORTER**
        **KAYE SCHOLER LLP**
        By:/s/ R. Stanton Jones
        Robert Stanton Jones*

Elisabeth S. Theodore*
John A. Freedman*
Samuel I. Ferenc*
Orion de Nevers*
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
stanton.jones@arnoldporter.com
elisabeth.theodore@arnoldporter.com
john.freedman@arnoldporter.com
sam.ferenc@arnoldporter.com
orion.denevers@arnoldporter.com

**Appeared via Special Notice*
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties registered in said system.


Dated: October 1, 2025

                                              /s/ Orion de Nevers  
                                              Orion de Nevers