FILED: October 6, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2180
(4:23-cv-00193-D-RN)

_____

RODNEY D. PIERCE; MOSES MATTHEWS

       Plaintiffs - Appellants

v.

THE NORTH CAROLINA STATE BOARD OF ELECTIONS; ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; JEFF CARMON, III, in his official capacity as Secretary of the North Carolina State Board of Elections; STACY "FOUR" EGGERS, IV, in his official capacity as a member of the North Carolina State Board of Elections; KEVIN LEWIS, in his official capacity as a member of the North Carolina State Board of Elections; SIOBHAN MILLEN, in her official capacity as a member of the North Carolina State Board of Elections; PHILLIP E. BERGER, in his official capacity as President Pro Tem of the North Carolina Senate; TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives

       Defendants - Appellees

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of North Carolina at Greenville |
|---|---|
| Originating Case Number | 4:23-cv-00193-D-RN |
| Date notice of appeal filed in originating court: | 10/01/2025 |
| Appellant(s) | Rodney D. Pierce |

| Appellate Case Number | 25-2180 |
|---|---|
| Case Manager | R. Sewell<br>804-916-2702 |